Steven M. Tindall,
RUKIN, HYLAND, DORIA
100 Pine Street
San Francisco, CA 94111
ATTORNEY FOR (Name): Plaintiff

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Ref. No. or File No.: none

FILED 07 OCT -9 PM 3:46

E-filing

PLAINTIFF:
Gerald Lee, et al.

DEFENDANT:
ConAm Inspection and Engineering Services, Inc.

## PROOF OF SERVICE

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|
| | | | C-07-4956 SI |

. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Civil Case Cover Sheet, Summons, Summons, Welcome to the US District Court, Notice of Availability, Order Setting ntial Case Management Conference, Public Notice, ECF Registration Information Handout

2. Party Served:           ConAm Inspection and Engineering Services, Inc.

3. Person Served:          Mike Price, General Manager - Person authorized to accept service of process

4. Date & Time of Delivery: October 5, 2007          4:40 pm

5. Address, City and State: 3985 Teal Ct.
                            Benecia, CA 94510

6. Manner of Service:      Personal Service - By personally delivering copies.

BY FAX

ee for Service: $ 64.00

egistered California process server.
ounty: SOLANO
egistration No.:316
:piration: May 1, 2008

ne Legal, Inc.
14 Redwood Blvd #223
ovato, CA 94947
5-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on October 8, 2007 at Oakland, California.

Signature: _____
Fidel Moralez