STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | **CASE NO. 3:07-cv-04956-SI**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CIVIL L.R. 3-16**<br><br>**Courtroom:** 10<br>**Judge:** Hon. Susan Illston |

Plaintiffs Gerald Lee and Steven Taylor, through their attorneys of record, jointly submit this Certification of Interested Entities or Persons.

///

///

///

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there are no interested entities or persons to report.

Respectfully submitted,

DATED: January 14, 2008            RUKIN HYLAND & DORIA LLP


By:_____/s/_____
            Steven M. Tindall


LAW OFFICE OF ELLYN MOSCOWITZ
Ellyn Moscowitz

Attorneys for Individual and Representative Plaintiffs
Gerald Lee and Steven Taylor