# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE, | No. C 07-04956 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CONAM INSPECTION ENGINEERING SERVICES, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 23, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 1, 2008.

DESIGNATION OF EXPERTS: 10/6/08; REBUTTAL: 10/17/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 3, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 9, 2009;

    Opp. Due January 23, 2009;  Reply Due January 30, 3009;

    and set for hearing no later than February 13, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 17, 2009 at 3:30 PM.

JURY TRIAL DATE: March 30, 3009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in private mediation in either April or May 2008. Counsel shall notify the Court of the exact date of the private mediation session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge