UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated
        Plaintiff(s),

v.

CONAM INSPECTION AND ENGINEERING SERVICES, INC.
        Defendant(s).

CASE NO. 3:07-cv-04956-SI

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR (*please identify process and provider*)   Mediation with private mediator Mark Rudy of Rudy Exelrod & Zieff.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline   May 30, 2008

Dated: 1/10/2008                                   Steven M. Tindall
                                                    Attorney for Plaintiff

Dated: 1/10/2008                                   Marcus Torrano
                                                    Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
-     Mediation
- ✓   Private ADR

    Deadline for ADR session
-     90 days from the date of this order.
- ✓   other   May 30, 2008

IT IS SO ORDERED.

Dated: _____                                 _____
                                                                                       UNITED STATES DISTRICT     JUDGE