corrected minute

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 1/15/08

Case No.  C-07-4956 SI            Judge:  SUSAN ILLSTON

Title: GERAL LEE -v- CONAM

Attorneys: S. Tindall       M. Torrano (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)  Initial Case Management Conference - HELD

2)  _____

3)  _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                           PART

Case continued to **5/23/08 @ 2:30 p.m.** for Further Case Management Conference

Case continued to **7/11/08 @ 9:00 a.m.** for Motion for Class Certification
(file 5/30/08, opposition 6/13/08, reply 6/20/08)

Case continued to **2/13/09    @ 9:00 a.m.**  for Motions
(Motion due **/9/091**, Opposition **/23/09** Reply **1/30/08**)

Case continued to **3/17/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/30/09   @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 10/1/08  Designate Experts by: 10/6/08, Rebuttal Experts:10/17/08, Expert Discovery Cutoff:11/2/08

ORDERED AFTER HEARING:
The parties will participate in private mediation in either April or May 2008. Counsel shall notify the Court of the exact date of the private mediation session.