MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: 3:07-CV-04956-SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES**<br><br>**(Local Rule 3-16)** |

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Defendant Conam Inspection and Engineering Services, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Conam Inspection and Engineering Services, Inc.;

(2) Mistras Group, Inc.; and

CERTIFICATION OF INTERESTED ENTITIES   - 1 -
Case No. C-07-4956-SI

1       (3)    Physical Acoustic Company.

DATED: March 27, 2008

MARCUS A. TORRANO
CANDACE S. BERTOLDI
FULBRIGHT & JAWORSKI L.L.P.
By

_____
Candace S. Bertoldi
Attorneys for Defendant
CONAM INSPECTION AND
ENGINEERING SERVICES, INC.