# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
555 SOUTH FLOWER STREET
FORTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071
WWW.FULBRIGHT.COM

CBERTOLDI@FULBRIGHT.COM
DIRECT DIAL: (213) 892-9363

TELEPHONE: (213) 892-9200
FACSIMILE: (213) 892-9494

April 9, 2008

**VIA ELECTRONIC FILING**

Hon. Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

      Re:    *Lee et al. v. ConAm, Inc. (Case No. C 07-4956-SI)*
              <u>Letter confirming the parties' resolution of discovery dispute</u>

Your Honor:

      In lieu of an opposition to Plaintiffs Gerald Lee and Steven Taylor's letter brief filed with the Court on April 2, 2008, Defendant Conam Inspection and Engineering Services, Inc., submits this letter, on behalf of both parties, to confirm that it has reached an agreement with Plaintiffs' counsel to resolve the discovery dispute previously submitted to this Court.

      By that agreement, Defendant will provide the names and last known contact information for its current employees and for all former employees, employed with Defendant during the statutory class period, to a third-party administrator, to be selected by the parties. The third-party administrator will send an "opt-out" letter to a randomly selected group consisting of one-third of Defendant's current employees and all former employees identified. Once the opt-out deadline passes, those current employees and former employees' contact information will be released to Plaintiffs' counsel. Plaintiffs also reserve the right to seek the contact information for the remaining employees at a later time if need be.

      The foregoing is a complete and accurate description of the agreement reached between Plantiffs' counsel, Steven Tindall and Ellyn Moscowitz, and the undersigned, on behalf of Defendant. In light of this agreement, the parties respectfully ask that the Court consider

Hon. Susan Illston
April 9, 2008
Page 2

Plaintiffs' letter brief withdrawn. In the alternative, we request that the Court issue a Minute Order acknowledging the parties' agreement to informally resolve the discovery dispute.

                                        Respectfully submitted,

                                        Candace Bertoldi
                                        Fulbright & Jaworski L.L.P.

                                        Counsel for Defendant Conam Inspection and Engineering

cc:    Steven Tindall (via electronic delivery)
        Ellyn Moscowitz (via electronic delivery)

70279601.1