STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING<br><br>Courtroom: 10<br>Judge: Hon. Susan Illston |

Plaintiffs Gerald Lee and Steven Taylor and Defendant Conam Inspection and Engineering Services, Inc., through their attorneys of record, jointly submit the following stipulation regarding the deadlines for briefing class certification in this action.

WHEREAS, by Order of January 15, 2008, the Court established pre-trial dates, including dates for the briefing and hearing of a motion for class certification;

1  WHEREAS, the current class certification briefing schedule provides that the motion for class certification is to be filed by May 30, 2008, the opposition to be filed by June 13, 2008, the reply to be filed by June 20, 2008, and the hearing to be held on July 11, 2008 at 9:00 a.m.;

WHEREAS, since these deadlines were set in January, the parties have been engaging in discovery and working diligently and cooperatively to respond to the other party's discovery requests without the need for court intervention;

WHEREAS, although the Defendant has attempted to provide the documents and interrogatory responses requested by Plaintiffs in a timely manner, the process to provide such discovery has taken longer than expected due to the difficulty in compiling all of the documentation needed to respond fully to such requests; and

WHEREAS, the parties wish the Court to have all of the relevant evidence available to it for a fully informed decision on the merits of class certification in this action;

IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PARTIES that Plaintiffs should have an extension of time to file their motion for class certification to enable them to receive and review the discovery to be provided by Defendant and incorporate it into their motion for class certification. The parties agree to the following schedule regarding the briefing of class certification and, if the Court's schedule permits it, regarding the hearing on class certification:

Deadline to file class certification motion: June 27, 2008.

Deadline to file opposition to class certification motion: July 11, 2008

Deadline to file reply brief in support of class certification: July 18, 2008.

Hearing on class certification: August 15, 2008

Respectfully submitted,

DATED: May 6, 2008            RUKIN HYLAND DORIA & TINDALL LLP

                              By: _____
                                  Steven M. Tindall

-2-

STIPULATION AND PROPOSED ORDER REGARDING CLASS CERTIFCATION BRIEFING

LAW OFFICE OF ELLYN MOSCOWITZ
Ellyn Moscowitz

Attorneys for Individual and Representative Plaintiffs

DATED: May 5, 2008                FULBRIGHT & JAWORSKI, LLP

By: *[signature]*

Marcus A. Torrano

Attorneys for Defendant

**[PROPOSED] ORDER**

For good cause shown, the Court amends its previous scheduling Order as follows:

Deadline to file class certification motion: June 27, 2008.

Deadline to file opposition to class certification motion: July 11, 2008

Deadline to file reply brief in support of class certification: July 18, 2008.

Hearing on class certification: August 15, 2008

**IT IS SO ORDERED.**

*[signature]*

Hon. Susan Illston
United States District Court Judge