STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
**RUKIN HYLAND & DORIA LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (SBN. 129287)
**LAW OFFICES OF ELLYN MOSCOWITZ**
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiffs

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
Conam Inspection and Engineering Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: 3:07-CV-04956-SI<br><br>**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**(Local Rule 16-10(d))**<br><br>Date: May 23, 2008<br>Time: 2:00 p.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

JOINT FURTHER CASE MANAGEMENT
CONFERENCE STATEMENT                    - 1 -
Case No. C-07-4956-SI

DOCUMENT PREPARED ON RECYCLED PAPER

Pursuant to Local Rule 16-10(d), Plaintiffs Gerald Lee and Steven Taylor ("Plaintiffs") and Defendant Conam Inspection and Engineering Services, Inc., ("Defendant"), through their attorneys of record, hereby submit this Joint Further Case Management Conference Statement.

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

The following progress or changes have occurred since the Initial Case Management Statement filed by the Parties on December 28, 2007.

**I.   Motions**

There are no pending motions. By Stipulation and Order of this Court, the Class Certification Briefing Schedule was amended as follows:

(1)   Deadline to file class certification motion: June 27, 2008;

(2)   Deadline to file opposition to class certification motion: July 11, 2008;

(3)   Deadline to file reply brief in support of class certification: July 18, 2008;

(4)   Hearing on class certification: August 15, 2008.

Plaintiffs anticipate filing their class certification motion pursuant to the above schedule, and Defendant intends to oppose that Motion. Depending upon the outcome of Plaintiffs' class certification motion, the Parties anticipate filing motions for summary adjudication or summary judgment.

No additional changes have been made to the scheduling order set forth by the Court on January 17, 2008.

**II.   Discovery Status**

The Parties are cooperating in the conduct of discovery in this case, which is currently ongoing. Following consultations between the Parties, Defendant agreed to provide the names and last known contact information for its current and former employees during the statutory class period to a third-party administrator mutually agreed upon by the Parties. The Parties agreed that the third-party administrator would randomly select a representative sample consisting of one-third of

Defendant's current employees and all former employees to receive an "opt-out" letter agreed to by the Parties—that is, a letter informing them that Plaintiffs' counsel had requested their contact information from Defendant and giving them the opportunity to choose not to have their contact information disclosed. It was agreed that after the expiration of the opt-out period, the third-party administrator would disclose to Plaintiffs the names and contact information for those individuals who did not opt out. From the list of current and former employees Defendant submitted to the third-party administrator, 131 individuals were selected to receive the opt-out letter, which was mailed out on April 17, 2008. Fourteen of those individuals opted-out before the May 2, 2008 deadline. Thereafter, a total of 117 individuals' names and contact information were provided to Plaintiffs' counsel.

In addition, Plaintiffs and Defendant have each propounded written discovery requests. Defendant noticed the depositions of both named Plaintiffs to take place on June 2, 2008. Plaintiffs intend to notice a Fed. R. Civ. P. 30(b)(6) deposition to take place in early June.

### III. Settlement and ADR

In the Stipulation and Order Selecting ADR process entered on January 17, 2008, the Parties agreed to private mediation with Mark Rudy of Rudy Exelrod & Zieff to be conducted by May 30, 2008. Because discovery regarding the facts of the case has taken longer than anticipated, the Parties believe that a mediation by the May deadline would not be productive. The Parties are currently engaged in a significant factual investigation and respectfully request an additional 60 days (or until July 29, 2008) to conduct a mediation. The Parties believe the additional time would allow them to be better informed as to each others' positions and thus better prepared to discuss a resolution of this matter.

### IV. Disclosure of Non-party Interested Entities or Persons

Defendant filed the Certification of Interested Entities or Persons required by Civil Local Rule 3-16, on March 27, 2008. Plaintiffs filed their Certification of

Interested Entities or Persons on January 14, 2008. No additional interested entities or persons have been identified since that time.

DATED: May ___, 2008

MARCUS A. TORRANO
CANDACE S. BERTOLDI
FULBRIGHT & JAWORSKI L.L.P.

By

_____
Marcus Torrano
Attorneys for Defendant
Conam Inspection and Engineering Services, Inc.

DATED: May ___, 2008

ELLYN MOSCOWITZ
LAW OFFICES OF ELLYN MOSCOWITZ

By

_____
Ellyn Moscowitz
Attorneys for Plaintiffs Gerald Lee and Steven Taylor

Interested Entities or Persons on January 14, 2008. No additional interested entities or persons have been identified since that time.

DATED: May 16, 2008

MARCUS A. TORRANO
CANDACE S. BERTOLDI
FULBRIGHT & JAWORSKI L.L.P.
By

_____
Marcus Torrano
Attorneys for Defendant
Conam Inspection and Engineering Services, Inc.

DATED: May 16th, 2008

ELLYN MOSCOWITZ
LAW OFFICES OF ELLYN MOSCOWITZ
By

_____
Ellyn Moscowitz
Attorneys for Plaintiffs Gerald Lee and Steven Taylor