**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/23/08

Case No.   C-07-4956 SI            Judge:   SUSAN ILLSTON

Title: GERAL LEE -v- CONAM

Attorneys: S. Tindall        M. Torrano (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **9/5/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **9/5/08 @ 9:00 a.m.** for Motion to Certify the Class

Case continued to

Case continued to  for Pretrial Conference

Case continued to  for Trial (jury:  Days)

ORDERED AFTER HEARING:
Counsel shall complete mediation by 7/29/08.