IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE,

        Plaintiff,

v.

CONAM INSPECTION ENGINEERING SERVICES,

        Defendant.

No. C 07-04956SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference has been continued to Friday, October 3, 2008, at 2:30 p.m.

Dated: July 1, 2008



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk