# Exhibit A

Case 3:07-cv-04956-SI   Document 29-3   Filed 08/01/2008   Page 1 of 3

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
**RUKIN HYLAND & DORIA LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (SBN 129287)
**LAW OFFICES OF ELLYN MOSCOWITZ**
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: 3:07-CV-04956-SI<br><br>**NOTICE OF DEPOSITION OF DEFENDANT CONAM INSPECTION AND ENGINEERING SERVICES, INC.**<br><br>Date: July 15, 2008<br>Time: 10:00 a.m. |

TO DEFENDANT AND ITS ATTORNEY OF RECORD IN THIS ACTION:

Defendant Conam Inspection and Engineering Services, Inc., is hereby requested and required, pursuant to FRCP 30(b)(6), to designate and produce a

NOTICE OF DEPOSITION OF
DEFENDANT CONAM
Case No. C-07-4956-SI

- 1 -

Pltfs EXHIBIT 6 (2pp)
FOR IDENTIFICATION
WITNESS: Bertolotti
DATE: 7/15/08
DEBRA M. NAKANO PERRY
DEPOSITION OFFICER

person or persons to testify on behalf of Defendant Conam Inspection and Engineering Services, Inc., on the following matters at the following place and time:

(1) Any and all alternative workweek schedule elections that Conam has held involving or affecting Conam's California employees; and

(2) Conam's policies in California regarding overtime, meal breaks, and the payment of wages to its California employees.

As the parties have agreed, the deposition will take place on July 15, 2008, beginning at 10:00 a.m. Pacific Time at defense counsel's offices, 555 South Flower Street, 41st Floor, Los Angeles, California 90071

The deposition will be taken upon oral examination before a notary public or other person authorized by law to administer oaths and will be recorded stenographically through the instant visual display of testimony.

Dated: July 10, 2008

RUKIN HYLAND DORIA & TINDALL LLP

By: _____

Steven M. Tindall

Attorneys for Plaintiffs

NOTICE OF DEPOSITION OF DEFENDANT CONAM
Case No. C-07-4956-SI

-2-