# Exhibit B

Condensed Transcript

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR,
individually and on behalf of
all others similarly situated,

Plaintiffs,

vs.                                                    CASE NO. 3:07-CV-04956-SI

CONAM INSPECTION AND
ENGINEERING SERVICES, INC.

Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF
DENNIS BERTOLOTTI

July 15, 2008
10:02 a.m.

555 South Flower Street, Forty-Second Floor
Los Angeles, California

Debra M. Nakano Perry, CSR No. 6627



**Nationwide Scheduling**

Toll Free: 1.800.451.3376

Facsimile: 1.888.451.3376

www.setdepo.com

**set depo**

Streamlined · Centralized · Standardized
The Evolution of Deposition Management

## 13

1  A   No.
2  Q   Did they ask any questions about it?
3  A   No.
4  Q   In preparation for the deposition, did you look
5  for any documents in your possession?
6  A   None.
7  Q   And did you bring any documents with you today
8  concerning this litigation?
9  A   Just the employee manuals.
10  MR. TINDALL: Let's mark as Exhibit 6 a document
11  entitled "Notice of Deposition of Defendant Conam
12  Inspection and Engineering Services, Inc."
13  (Exhibit 6 marked.)
14  Q   BY MR. TINDALL: Mr. Bertolotti, can you review
15  this document and let me know if you've seen it before.
16  A   Yes, I have.
17  Q   What do you understand it to be?
18  A   A deposition notice for today's meeting.
19  Q   And you understand that you are appearing here
20  in response to this deposition notice?
21  A   Yes.
22  Q   Do you understand that you're being put forth as
23  the person at Conam most knowledgeable about two topics?
24  A   Yes, I do.
25  Q   And for the record how do you pronounce the name

## 14

1  of the company?
2  A   MISTRAS.
3  Q   MISTRAS.
4  How do you pronounce the name of C-o-n-a-m?
5  A   Conam.
6  Q   Conam.
7  If you look on the second page of that document,
8  there's two topics with numbers 1 and 2 about a third of
9  the way down the page. The first topic after the number
10  1 says:
11  "Any and all alternative workweek
12  schedule elections that Conam has held
13  involving or affecting Conam's California
14  employees."
15  Do you see that?
16  A   Yes.
17  Q   Do you understand that you're the person most
18  knowledgeable at the company about that topic?
19  A   Yes, I do.
20  Q   And same thing with -- same question with regard
21  to No. 2, "Conam's policies in California regarding
22  overtime, meal breaks, and the payment of wages to its
23  California employees."
24  Do you understand that you're the person most
25  knowledgeable at Conam with regard to that topic?

## 15

1  A   Yes, I do.
2  Q   Okay. Can you tell me briefly your work history
3  with MISTRAS or Conam.
4  A   I started in the industry '81 and came to Conam
5  approximately '91, ten years later, still doing other
6  things in the industry in that period, but came to Conam
7  in '91, been with Conam since. I have been anything from
8  various corporate roles through local, regional
9  management to vice-president to recent position as
10  president.
11  Q   And if I could walk you through that just a
12  little bit.
13  When you first came to Conam, you say it was
14  1991; is that correct?
15  A   Yeah.
16  Q   And was the name of the company -- what was the
17  name of the company --
18  A   It was Conam.
19  Q   I'm sorry. Let me finish the question.
20  A   Okay.
21  Q   What was the name of the company at that time?
22  A   It was Conam.
23  Q   And was it Conam Inspection and Engineering
24  Services, Inc.?
25  A   Conam Inspection.

## 16

1  Q   What was your title when you first began with
2  Conam?
3  A   Special applications, which meant I did a lot of
4  new technology and anything else that needed to be done
5  at the corporate level.
6  Q   And approximately how long did you hold that
7  position?
8  A   A year or two. And then I took a job in
9  Columbus, Ohio, as a local manager.
10  Q   And did the Columbus, Ohio, location have a
11  name?
12  A   Just Columbus, Ohio. It was a Conam Inspection
13  in Columbus.
14  Q   And how long were you in Columbus at that
15  position?
16  A   In Columbus, about eight years. I was going to
17  school at the time and getting different jobs, going from
18  local to regional and to actually vice-president just
19  before I moved back to Chicago. So during the course of
20  the eight years, I held different jobs progressing.
21  Q   Okay. So, just briefly, you were a local
22  manager, and then you were a regional manager --
23  A   Correct.
24  Q   -- is that correct?
25  And then from the regional manager position,



Nationwide Scheduling
Toll Free:      1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

sd setdepo
The Evolution of Deposition Management

21

1    A    The name was Frank Peck, P-e-c-k.
2    Q    And what was his title?
3    A    West Coast regional manager.
4    Q    In addition to the California locations, did
5    Mr. Peck have any other -- have authority over any other
6    Conam locations?
7    A    No.
8    Q    Was -- other than Mr. Peck, were there any other
9    California regional managers in the 2002 to 2005 or '6
10   time frame?
11   A    No.
12   Q    So as far as you know, he was the only
13   California regional -- or West Coast regional manager?
14   A    Yes.
15   Q    At any time were you based in California --
16   A    No.
17   Q    -- while working for Conam?
18   A    No.
19   Q    You indicated that you oversee the operational
20   duties of Conam locations.  What are the Conam locations
21   in California that you oversee?
22   A    The actual buildings in California, the property
23   that we have, are in Signal Hill and Benicia.
24   Q    And do you refer to the -- I'm sorry.  You say
25   that's the property that Conam owns?

23

1    Q    Has that -- the number at Signal Hill -- you
2    said recently there was an acquisition, and it went up to
3    approximately 150.  Let me take you back to 2003.  So
4    about five years ago.  Do you have an idea as to
5    approximately how many employees -- Conam employees
6    worked at the Signal Hill office?
7    A    My guess would be in the 40 range, 50.
8    Q    And you suggested earlier that until recently it
9    was in the range of 70 to 80; is that correct?
10   A    Until two months ago.  A month -- I -- a month
11   and a half.  It's something like that.
12   Q    And what was the -- was there a company that you
13   acquired recently?
14   A    Yes.
15   Q    What company is that?
16   A    South Bay Inspection.
17   Q    To the best of your recollection, that was in
18   approximately May of 2008?
19   A    Yes.
20   Q    And same question with regard to Benicia.
21   Approximately five years ago, in 2003, how many employees
22   do you think were employed there, Conam employees?
23   A    35, 40, guessing.
24   Q    And the employees at the Signal Hill office --
25   are these employees who are inspectors for Conam?

22

1    A    Not that they own --
2    MR. TORRANO:  I'll object.  Calls for a legal
3    conclusion.
4    Go ahead.
5    THE WITNESS:  Not that they own it.  Those are
6    two offices.  We can work in different parts of the
7    country, but that's the two offices.
8    Q    BY MR. TINDALL:  Okay.  And are there -- and
9    Signal Hill -- where is that located approximately?  I
10   don't know where Signal Hill is as a city.
11   A    Long Beach area.  Right next to Long Beach.
12   Q    And at Signal Hill -- is that -- what offices
13   are located there?  Are they the administrative offices?
14   A    Every Conam location has an office that does
15   administrative, technical support.  It's all one.
16   Q    And are there employees assigned to work at the
17   Signal Hill office?
18   A    Yes.
19   Q    Currently how many Conam employees work there?
20   A    Guessing right now, it would be somewhere in the
21   90 -- well, actually it would be quite a bit bigger
22   because we just had an acquisition.  So 150.
23   Q    And what about Benicia?  Currently how many
24   Conam employees work there?
25   A    50.

24

1    A    Predominantly, yes.  There will be
2    administrative as well.
3    Q    And I won't ask you about the 150, but in the --
4    until about two months ago, of the people in the sort of
5    70 to 80 employee range that you said worked there until
6    approximately two months ago, about how many do you think
7    are -- of the employees were inspectors?
8    A    Probably all but ten roughly.
9    Q    Is the same true of the Benicia office?
10   A    Probably less administrative.  Maybe only eight
11   or six.  Probably closer to six.
12   Q    And the remaining 42 to 44 would be inspectors?
13   A    Yes.
14   Q    Okay.  You indicated that you had -- that you
15   were overseeing the California operations.  Are there --
16   other than Signal Hill and Benicia, do I understand
17   correctly that there aren't other locations that you
18   consider sort of Conam-run locations?
19   A    Yes, that's true.  Correct.
20   Q    Okay.  But is it correct that the inspectors
21   working for Conam are often working at refineries in
22   California?
23   A    Yes.
24   Q    When an employee -- strike that.
25   Are inspectors generally assigned to a



**sd setdepo**
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

25

1    particular location where they'll be working?
2        A    That varies. They can be scheduled by the day,
3    by the week, and sometimes they do get assigned to a
4    particular location, but even that moves around. It
5    depends on what the customer is looking for or --
6        Q    And how is it communicated to the inspectors
7    where they will be working on a given week?
8        A    They normally report -- if they are always going
9    to the one location, then they're dealing with the
10   owner's representatives and the Conam representatives.
11   If they're scheduled out daily on call-out type of work,
12   they would have a supervisor, what we would call a field
13   supervisor, that works for Conam, one of the
14   administrative people, doing the scheduling.
15       Q    Let me -- it sounds like you sort of categorized
16   two different workings. One you said some people are
17   dealing with the owner representative and the Conam
18   representative?
19       A    If they're assigned to the -- if they're
20   assigned to a refinery or utility or something of that
21   nature or they're going to the owner's facility as a
22   first call, then there's going to be an owner and a Conam
23   supervisor that they deal with.
24       Q    And by "an owner," you're referring to the owner
25   of the -- say, the refinery where they're working?

26

1        A    Yes.
2        Q    And in that instance there would also be a Conam
3    representative assigned to that location as well?
4        A    There will be a lead person assigned to that
5    facility as well.
6        Q    A lead Conam person.
7        A    Yes.
8        Q    And, then, I couldn't tell from your previous
9    answer. Were you distinguishing that between the
10   situation which a person is assigned to a refinery as
11   their first -- I think you called it report or first
12   place that they go?
13       A    What do you --
14       Q    I'm sorry. You referred to a field supervisor.
15       A    If they have no schedule -- they don't know for
16   the five days ahead where they're going -- then they
17   would be reporting to the Signal Hill or the Benicia
18   field supervisor, asking them what the schedule would be
19   for that particular week.
20       Q    Okay. And has that been the structure that you
21   just described where inspectors report either to a
22   location, a refinery, for example, or to a field
23   supervisor at Signal Hill or Benicia -- is that the sort
24   of way the inspectors had been assigned for the past five
25   years?

27

1        A    Yes.
2        Q    And currently where are -- at what refineries or
3    power plants are Conam representatives assigned?
4            MR. TORRANO: When you say "representatives,"
5    you mean the lead person?
6            MR. TINDALL: Correct.
7            THE WITNESS: In California only?
8        Q    BY MR. TINDALL: In California.
9        A    In Signal Hill it would be bp Carson; Exxon
10   Torrance; ConocoPhillips, two facilities, two sites, now
11   because of the acquisition. And over the course of the
12   years, there could have been other ones where people were
13   there for a while, and then the work wasn't necessary or
14   the situation changed. I'm giving you -- I might be
15   missing one or two, but I'm giving you predominantly what
16   we have right now.
17       Q    Okay. And you mentioned that that was the
18   Signal Hill locations. What about the Benicia?
19       A    Shell Martinez, Dow.
20       Q    Is that Dow Chemical?
21       A    Chemical.
22           Valero in Benicia. Mostly I think that's it.
23   There may be a couple where we've got a few here and
24   there, but it moves around.
25       Q    Okay. You'd mentioned Valero in Benicia. Is

28

1    there Valero in another location?
2        A    Valero owns 13 lo- -- yeah. They own 13
3    refineries across the country, but specifically the one
4    in Benicia right by our office is --
5        Q    The one where you have a representative; is that
6    correct?
7        A    Yes.
8        Q    Is there another Valero refinery or location in
9    California where Conam inspectors work?
10       A    Not all -- not assigned to -- permanently to
11   that.
12       Q    Okay. And over the past five years, other than
13   the locations you've identified -- and I'll list them for
14   you. bp Carson, Exxon Torrance, ConocoPhillips -- you
15   said there were two -- Shell Martinez, Dow Chemical, and
16   Valero. Over the past five years, were there other
17   locations where Conam had sort of field representatives,
18   field supervisors as you were describing before?
19       A    Probably, yeah, for smaller periods of time, but
20   off the top of my head, I don't -- sometimes a utility
21   for shorter periods, though.
22       Q    Okay. I'm going to ask you about a couple such
23   locations.
24           Oh, first of all, you said ConocoPhillips --
25   there are two locations. What are those two different



Nationwide Scheduling
Toll Free:      1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

29

1   locations?
2       A   Yeah. I don't remember off the top of my -- I
3   think it's Rodeo and -- they're in the Los Angeles area.
4       Q   Okay. And is there a separate -- and I want to
5   make sure my terminology is right. Do you call it a
6   Conam field representative is the person who sort of is
7   located at the location where Conam inspectors report?
8       A   Field or lead person at that site.
9       Q   Okay. Has there been a lead person -- during
10  the past five years, has there been a lead person
11  assigned to the bp Pipeline, the bp Pipeline refinery?
12      A   No. Because if I understand you correctly,
13  that's a split-off of what used to all be the bp complex.
14  bp's changed their corporate structure. Now there's bp,
15  bp Pipeline, INEOS. No.
16      Q   Okay. Are you saying that there wasn't --
17  that -- strike that.
18          There was a Conam field representative, lead
19  person assigned to bp Carson; correct?
20      A   Yes.
21      Q   Was that the -- was there no additional person
22  assigned to the bp Pipeline?
23      A   Correct.
24      Q   Okay. Would the bp Carson field representative
25  have sort of authority or be the Conam assigned person

30

1   with regard to the bp Pipeline as well?
2       MR. TORRANO: I just want to object. And I
3   don't think you're doing it intentionally, but you keep
4   saying "field representative," and I think the witness
5   has said it's a lead person.
6       MR. TINDALL: Okay. Or he said it's both.
7       MR. TORRANO: I think he said -- I think he said
8   lead person or field -- or field supervisor. But,
9   anyway, I think lead person has been the primary. Maybe
10  we should nail it down as to what these persons are
11  actually called.
12      THE WITNESS: Let's call it a lead person.
13      Q   BY MR. TINDALL: And is the lead person an
14  inspector himself or herself?
15      A   Yes. He may not be doing actual inspection at
16  the time, maybe doing more administrative, but background
17  is an inspector.
18      Q   Do you know if the lead person is paid
19  differently from the inspectors? And by that I mean
20  salaried as opposed to hourly?
21      A   Generally not, no.
22      Q   Generally they're paid hourly?
23      A   Yes.
24      Q   And so the -- going back to the bp Carson
25  question. So the lead person at the bp Carson

31

1   facility -- would that person also be in charge of the
2   sort of Conam Inspection employees at the bp Pipeline as
3   well?
4       MR. TORRANO: I'll object. It assumes that
5   there are more than one employee.
6       But you can go ahead.
7       Or that there are any employees.
8       THE WITNESS: bp sometimes has the Carson
9   facility doing work at, like, terminals or pipelines, and
10  other times it's a separate contract. So bp Pipeline
11  per se is a separate contract that we don't do any work
12  for, but there has been times when we've supported parts
13  of the rest of the bp structure in the Los Angeles area
14  out of Carson.
15      Q   BY MR. TINDALL: Okay.
16      A   So it gets -- it gets a little difficult.
17      Q   And you referred to the -- to INEOS, I-N-E-O-S;
18  is that correct?
19      A   Yes. A few years ago bp decided to break up
20  some of its holdings and form a new company from the
21  chemical side, and mostly when you hear "INEOS," that was
22  an old bp chemical facility.
23      Q   And does Conam have a -- strike that.
24          In the past five years, has Conam had a lead
25  person assigned to INEOS?

32

1       A   Prior to the breakup the portion that was now --
2   that is now INEOS was part of bp Carson.
3       Q   And so at that time the lead person -- the Conam
4   lead person assigned to bp Carson also had -- was the
5   person assigned as far as the INEOS facility is
6   concerned?
7       A   Before it was considered INEOS when it was still
8   a part of the bp operating facility.
9       Q   Okay. Since it's become INEOS, has there been a
10  separate Conam lead person assigned there?
11      A   I think currently we only have one person
12  assigned to the entire INEOS facility.
13      Q   Okay. I'm going to ask you about a couple other
14  locations.
15          Were there -- and this is all relating to the
16  past five years. At any point in the past five years --
17  and specifically September 23rd of 2003 to the present.
18  So it's approximately five years -- was there a Conam
19  lead person assigned to the Wood Group in Vernon,
20  California?
21      A   Possibly. I'm not familiar with it unless it's
22  a different name.
23      Q   Okay. You're not familiar with that --
24      A   No.
25      Q   Same question with regard to -- strike that.



Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

sd setdepo
The Evolution of Deposition Management

33

1      Are you familiar with the term "MBS"?
2    A    No.
3    Q    Is there an MBS facility in Signal Hill,
4  California?
5    A    Not that I -- I am aware of, no.
6    Q    Okay.  You referred to ConocoPhillips.  Is one
7  of the locations where there is a lead person assigned by
8  Conam the ConocoPhillips refinery in Wilmington?
9        MR. TORRANO:  I'll object that it's vague as to
10  time.  Do you mean after the acquisition or before the
11  acquisition?
12    Q    BY MR. TINDALL:  At any time since the past --
13  in the past five years.
14    A    There is since the last two months.
15    Q    In the last two months, there is a lead person
16  assigned to ConocoPhillips in Wilmington?
17    A    Yes.
18    Q    Was there a lead person assigned to
19  ConocoPhillips at any time before the past two months?
20    A    I'm guessing.  I would say no, but there could
21  have been some small projects there for a while but --
22    Q    Okay.  Is the Wilmington refinery the --
23  separate from the Rodeo refinery?
24    A    Yes.
25    Q    Okay.  Is that the other that you were referring

34

1  to?
2    A    Wilmington is, yes.
3    Q    So there's Wilmington, and there's Rodeo.
4    A    I believe Rodeo is the other name, yes.
5    Q    Okay.  In the past five years, has Conam had a
6  lead person assigned to the Chevron refinery in
7  El Segundo?
8    A    I don't think so.  We have done sporadic
9  projects there, but I don't think we've been there what
10  we would call on an ongoing basis.
11    Q    And to the best of your recollection, of these
12  sporadic projects, was there -- in the past five years,
13  were Conam people there for longer than six months at any
14  stretch?
15    A    I would guess no.
16    Q    Okay.  In the past five years, has Conam had a
17  lead person assigned to the Texaco refinery in
18  Wilmington?
19    A    Again I would guess no.
20    Q    Do you believe, similar to the Chevron El
21  Segundo refinery, that at times Conam did work at the
22  Texaco refinery in Wilmington?
23    A    Truthfully I think we've done very little there,
24  if at all.
25    Q    Has -- at any time in the past five years, has

35

1  Conam had a lead person assigned to the Thums
2  Corporation, a sort of pumping facility in Long Beach?
3    A    We used to work there, but with Thums it's a
4  little different because you're almost on a call-out
5  basis.  They can call you out a lot, or they can call you
6  out a little.  Being that you're on platforms, it's not
7  like you're there all the time.  You're there as needed.
8  We do less now than we did in the past.
9    Q    Okay.  Was there at some point in the past five
10  years -- strike that.
11        I'm just trying to get a sense.  You said you
12  did more in the past at Thums.  In the past five years,
13  was there a time period in which you were doing more work
14  at -- in which Conam was doing more work at Thums than
15  they are now?
16    A    Now we do very, very little.  In the past they
17  would call us up more, but, again, it was just based on
18  their need.
19    Q    Right.  And I understand.  I'm just trying to
20  get a sense of in the past.  Would it be -- in the past
21  five years, during that time period, was there a time·
22  period in which it was more frequent that you -- that
23  Conam did work for Thums?
24    A    Within the last year we have done very little.
25  Maybe one to two years ago or one to two and a half years

36

1  ago or something.  But within the last approximate year,
2  we've done very little.
3    Q    And just so I understand your response, one to
4  two and a half years ago, you did more than you've been
5  doing in the past year or so at Thums.
6    A    Yes.
7    Q    And you said it works a little different, that
8  there's -- the work is sort of assigned on a call-out
9  basis; is that correct?
10    A    Yes.
11    Q    Can you explain how that works.  What do you
12  mean that the Thums work is done on a call-out basis?
13    A    Thums are offshore platforms.  So you have to be
14  transported out to the facility.  So they will call you
15  hopefully a few days ahead of time and tell you here's
16  what we have for next week or the next couple days, and
17  we will need people working on Tuesday or Wednesday or --
18  it's not like you know you're going to go there X amount
19  of times in a given week.
20    Q    And that's different -- for the most part that's
21  different from the other locations where Conam works?
22    A    The ones where we have people full time there,
23  people know they'll be there for those five days ahead of
24  time, right.
25    Q    At some point over the past five years, was a



Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

Dennis Bertolotti

---

**37**

1  Conam lead person assigned to the ARCO Pipeline in
2  Long Beach?
3      A   ARCO is now bp. bp bought ARCO a while ago. So
4  it goes back to those original questions. Probably not.
5  There might have been some work from Carson for bp
6  Pipeline, but I think bp bought ARCO more than five years
7  ago.
8      Q   At some point was the bp Carson facility owned
9  by ARCO?
10     A   Prior to bp buying that facility, it was ARCO,
11 and it may have been something before that but -- yeah.
12     Q   And that's the Carson facility that you're
13 referring to?
14     A   Correct.
15     Q   Okay. So if I asked you about the ARCO Pipeline
16 in Long Beach, do you believe that that is just the
17 earlier name of the bp Pipeline?
18     A   Yes, I do.
19     Q   Okay. Are you familiar with the term
20 "alternative workweek schedule"?
21     A   Yes.
22     Q   What's your understanding of that term?
23     A   Reference to California work rules to work a
24 shift other than a traditional 40-hour shift.
25     Q   And by "a traditional 40-hour shift," what do

---

**38**

1  you understand that to be?
2      A   Eight hours a day, five days a week.
3      Q   In the year 2000 are you aware of whether Conam
4  held any alternative workweek schedule, which I'll call
5  "AWS," elections during that year of 2000?
6      A   Yes.
7      Q   How many did they hold? How many such elections
8  in 2000?
9      A   I know for sure there was one conducted in
10 Benicia, and I'm being told there was one conducted in
11 Signal Hill, and that's the two I know of.
12     Q   And do you have a sense of when the Benicia
13 election was held?
14     A   Early 2000.
15     Q   Do you know what sort of alternative workweek
16 schedule was being sort of voted on at that time?
17     A   For Benicia?
18     Q   For Benicia.
19     A   What they refer to as a 9/80.
20     Q   And what's your understanding of what a 9/80 is?
21     A   You accumulate -- in a two-week period, you
22 accumulate your 80 hours which provides you for a --
23 every other Friday off.
24     Q   And do you recall how many people -- or
25 approximately how many people voted in the Benicia

---

**39**

1  election in early 2000?
2      A   I don't remember exact numbers. I know it was
3  for the Shell Martinez. So it was whatever that group
4  was at the time.
5      Q   So it was -- the election was specifically with
6  regard to Conam employees who were working at the Shell
7  Martinez refinery; is that correct?
8      A   Correct.
9      Q   And your understanding is that the number of
10 people who voted was -- strike that -- that only the
11 people who worked at the Shell Martinez refinery voted in
12 that election in early 2000?
13     A   That I know of, yes.
14     Q   What I mean by that, just so the record is
15 clear, is that in the -- what we referred to as the
16 Benicia election, that the Conam employees who voted in
17 that election were only the employees who were assigned
18 to the Shell Martinez refinery; is that correct?
19     A   That I know of, yes, it is.
20     Q   And you referred to an election that -- I
21 believe you said you were informed that there was an
22 election in Signal Hill in 2000. Is that correct?
23     A   Yes. We still have many people that work for us
24 presently from that time period, and many people do --
25 have approached me telling me that they were part of that

---

**40**

1  election.
2      Q   Okay. So you don't have any independent
3  recollection of that election; is that correct?
4      A   I -- I was not out here. No.
5      Q   Okay. Who is it that told you that there was an
6  election in Signal Hill or regarding Signal Hill in 2000?
7      A   I can give you a few names. People who are
8  still at the refinery, and some are still in the office.
9      Q   Okay. At which refinery?
10     A   bp Carson.
11     Q   And who are those people?
12     A   Off the top of my head, I can go through a few.
13 Sergio Gomez, G-o-m-e-z, I believe, was one who said he
14 was at that time. Wendy, our administrative assistant,
15 who is in the office and was in the office then, was part
16 of that, remembers it. Wendy Myers. Pete Guevara, who
17 is now our office salesperson, I believe, was actually
18 working at the refinery at the time, remembers that. I
19 believe Tom Schindler, who is now at the refinery.
20 That's -- off the top of my head, that's -- there are a
21 few more I don't remember.
22     Q   Okay. And your understanding from speaking with
23 these people is that they understand that there was some
24 sort of AWS election with regard to the bp Carson
25 refinery in 2000?

---

**setdepo**
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

---

**41**

1    A    Yes.
2    Q    Have you seen any written documents relating to
3    that -- to an election held in 2000 at bp Carson?
4    A    Myself personally, no.
5    Q    Do you know if any such documents relating to an
6    election in 2000 at bp Carson exist?
7    A    I am told they do exist, yes.
8    Q    And who told you that?
9    A    Wendy and Pete that I mentioned earlier who are
10   still in the office and others have said that they
11   remember writing and doing this. So my assumption is we
12   still have it somewhere. Our business is to retain
13   records, and I would assume we would have it somewhere.
14   Q    Do you have any sense whether the results of an
15   election that was held in the bp Carson facility was ever
16   reported to the DIR, the Department of -- I believe
17   that's Industrial Relations.
18   A    I don't know that part. Again that preceded me
19   being out here.
20   Q    If there were documents relating to an election
21   held in 2000 at bp Carson, you believe it's the company's
22   policy to retain such documents?
23   A    It should have, yes.
24   Q    Okay. Do you know where they would be located?
25   A    No. Because of the acquisitions and everything

---

**42**

1    else, sometimes those things were sent to corporate,
2    which would have been with the preceding company.
3    Sometimes they would be retained locally. That's between
4    the local office and HR.
5    Q    Do you have any knowledge of the number --
6    assuming there was an election regarding the bp Carson
7    facility, do you have any knowledge of how many people
8    voted in that election?
9    A    Not firsthand. My assumption would be -- would
10   have been the entire group, but I don't know.
11   Q    You don't know one way or the other?
12   A    No.
13   Q    In 2000 do you know approximately how many Conam
14   employees worked at the bp Carson facility? And if
15   you -- I don't want you to guess if you don't know.
16   A    The majority of the office at the time. So
17   whatever the office -- I forgot what number I gave you,
18   but it would be 80 percent of the office at the time
19   probably.
20   Q    Other than -- strike that.
21        At the Shell Martinez refinery, are you aware of
22   any alternative workweek schedule elections that were
23   held in 2001?
24   A    No. I was told the one that was held was in
25   2000.

---

**43**

1    Q    Okay. So between -- let me see if I could
2    short-circuit this. You refer to the one that was held.
3    Is it your understanding that between 2000 and, say,
4    2007, that the election that you referred to in early
5    2000 at the Shell Martinez refinery was the only
6    alternative workweek schedule election held at that
7    facility?
8    A    That I know of.
9    Q    Yes, that's the only one you know of?
10   A    Yes. That I know of, yes.
11   Q    Other than that election, the -- I believe it is
12   the February 2000 Shell Martinez alternative workweek
13   schedule election, do you know of any other alternative
14   workweek schedule elections that were held at any place
15   in California between 2000 and the end of 2007?
16   A    Personally I do not.
17   Q    Anywhere in California; is that correct?
18   A    Correct.
19   Q    Have there been alternative workweek schedule
20   elections held in California in 2008?
21   A    Yes.
22   Q    Okay. At what locations?
23   A    Both Signal Hill and Benicia.
24   Q    And approximately when was the 2008 election in
25   Signal Hill?

---

**44**

1    A    I think Signal Hill and Benicia are 2008, June,
2    roughly.
3    Q    And the -- let's talk about the Benicia June
4    election. Did that relate to the employees of a
5    particular -- I'm sorry -- the Conam employees assigned
6    to a particular facility?
7    A    I believe the two we did were Shell Martinez and
8    Dow. HR was involved and would know for sure, but I
9    believe that's the two we did.
10   Q    Shell Martinez and Dow Chemical?
11   A    Dow Chemical.
12   Q    Do you know approximately how many people voted
13   in the Shell Martinez election in June 2008?
14   A    Whatever the group is. I'm guessing. 14, 16, I
15   think, is the present head count. I don't know.
16   Q    And do you know approximately how many people
17   voted in the Dow Chemical election in 2008?
18   A    Very small. Very small. Three or four, I
19   think, is --
20   Q    Do you know if in those elections the employees
21   voted in favor of the alternative workweek schedule?
22   A    Yes. I'm told both groups overwhelmingly.
23   Q    And the Signal Hill election in 2008 -- did
24   that -- was there -- how many elections are you referring
25   to when you refer to the Signal Hill sort of election in

---



**sd** set**depo**
*The Evolution of Deposition Management*

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

Dennis Bertolotti
July 15, 2008

## 45

1    2008?
2    A   bp Carson, both ConocoPhillips, Mobil Exxon --
3    Exxon in Torrance.
4    Q   And when did these elections --
5    A   I --
6    Q   -- take place?
7        Oh, go ahead.
8    A   I may be wrong on the two ConocoPhillips.  There
9    was some talk about we were going to have to do that.
10   Then I think at the last minute they determined that they
11   were actually going to stay to a normal workweek.  So I'm
12   not 100 percent sure of which ones on those.  There's --
13   I'm trying to figure out which ones had AWS versus a
14   standard workweek.
15   Q   Okay.
16   A   And the customer was driving that and was
17   looking to move that and change that.
18   Q   At the ConocoPhillips location is what you're
19   referring to?
20   A   Locations, possibly both.
21   Q   And just so I can clarify, to the best of your
22   recollection, you believe that there may not have been an
23   AWS election with regard to the ConocoPhillips Conam
24   employees?
25   A   It was originally intended, but I believe

## 46

1    they -- Conoco was talking about moving it back to a
2    normal AWS -- or never moving it from AWS is what it was.
3    They had talked about changing it, and then they weren't
4    sure.
5    Q   So as far as you know, to the best of your
6    recollection -- I realize you're not certain.
7    A   Yeah.
8    Q   -- there have not been -- there has not been an
9    AWS election with regard to the ConocoPhillips locations?
10   A   I don't think it happened.  It was originally
11   intended, but I think last minute Conoco decided it
12   wasn't what they wanted to do.
13   Q   Okay.  Do you know approximately when the 2008
14   election with regard to the bp Carson facility occurred?
15   A   Also June.
16   Q   Do you know approximately how many people voted
17   in that election?
18   A   I think the present work group right now is
19   around 60, 66.
20   Q   And do you believe approximately that many
21   voted?
22   A   I think attendance was very close to 100 percent
23   the day they voted, yes.
24   Q   Okay.  How about with regard to the Exxon
25   Torrance facility?  Do you know approximately how many

## 47

1    Conam employees voted in the 2008 election?
2    A   Again I think it's the entire group, but I don't
3    remember what the group is there.  Closer to a dozen
4    or --
5    Q   And do you have an understanding as to whether
6    the employees at these two locations, bp Carson and Exxon
7    Torrance, voted in favor of the AWS election?
8    A   Yeah.  Again it was very, very overwhelming.
9    They --
10   Q   Approving it.
11   A   -- positively approved the election, yes.
12       MR. TINDALL:  Can we take a quick break.
13       MR. TORRANO:  Sure.  That's fine.
14       (Recess.)
15       MR. TINDALL:  Back on the record.
16   Q   Mr. Bertolotti, do you understand you're still
17   under oath?
18   A   Yes.
19   Q   We're back after a short break.
20       We talked about the AWS elections in 2000.  Do
21   you have any knowledge of any AWS elections in California
22   that were held prior to 2000?
23   A   Not personally, no.
24   Q   Let's mark as -- let's see -- Exhibit 7 a
25   document that's been Bates stamped CO 019342 through

## 48

1    CO 019346.
2        (Exhibit 7 marked.)
3    Q   BY MR. TINDALL:  Mr. Bertolotti, can you review
4    this and let me know if you have seen it before.
5    A   No, I haven't.
6    Q   Do you know who Chuck Penley is?
7    A   Yes.
8    Q   Who is he?
9    A   The former manager of Benicia.
10   Q   And by "the former manager of Benicia," he's the
11   sort of -- he was a Conam manager; correct?
12   A   Yes.
13   Q   And he was the manager of the Conam operations
14   in Benicia?
15   A   Correct.
16   Q   Until what time?
17   A   2000 -- late 2004, early 2005.
18   Q   That's your best estimate?
19   A   Yes.
20   Q   I'll direct your attention to the first
21   paragraph on the first page of that document.  It says:
22       "The Martinez Refining Company operates
23       on several work schedules, including the 9/80
24       and 4/10 alternate workweek schedules.  These
25       alternate workweek schedules are a



Nationwide Scheduling
Toll Free:      1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

53

1    A   Correct.
2    Q   The last -- about a third of the page up from
3    the bottom, there's sort of a one-sentence paragraph
4    beginning "Personnel not assigned at the site."
5        Do you see that?
6    A   Yes, I do.
7    Q   It says:
8        "Personnel not assigned at the site and
9        called in occasionally will revert to the
10       Conam Inspection standard workweek."
11       Do you see that?
12   A   Yes.
13   Q   Do you have an understanding of what is referred
14   to as the "Conam Inspection standard workweek"?
15   A   Yes.
16   Q   What is that?
17   A   It starts at 12:01 Monday and goes through the
18   following 12:00 a.m. Sunday.
19   Q   And do you have an -- do you have an
20   understanding of whether it refers to an alternative
21   workweek schedule or a 5/8 schedule or anything like
22   that?
23   A   Unless you're specifically assigned to an AWS,
24   it refers to a 5/8 schedule.
25   Q   This goes to something that we were discussing

54

1    earlier. This paragraph refers to personnel not assigned
2    at the site and called in occasionally.
3        Do you see that?
4    A   Yes.
5    Q   And it's correct that certain Conam employees
6    are assigned to a particular site, such as the Martinez
7    refinery; correct?
8    A   Yes.
9    Q   Okay. And occasionally other employees -- it
10   suggests here that occasionally other Conam employees are
11   called in to work at the site; is that correct?
12   A   Yes.
13   Q   And is it your understanding with regard to the
14   Martinez refinery that those employees at least in 2000
15   were assigned a 5/8 work schedule?
16   MR. TORRANO:  I'll object. That's vague. I'm
17   sorry, Steve. Can you say that one more time.
18   MR. TINDALL:  Sure.
19   Q   I'm just trying to understand this sentence. It
20   says:
21       "The personnel not assigned at the site
22       and called in occasionally will revert to the
23       Conam Inspection standard workweek."
24   Is it your understanding that that means that
25   Conam personnel who are only called in occasionally work

55

1    a 5/8 40-hour week as opposed to a 4/10 or a 9/80
2    alternative workweek schedule?
3    A   Yes.
4    Q   Okay. Do you have an understanding of whether
5    that's the case at other California Conam facilities as
6    well?
7    A   Yes, that is.
8    Q   Okay. And by that, I mean the employees who are
9    assigned to a site where there's an alternative workweek
10   schedule -- the ones who are assigned at the site work
11   the alternative workweek schedule; is that correct?
12   A   If that's the preference at the site, yes.
13   Q   Okay. Whereas is it your understanding that
14   people who are called in occasionally to work at such a
15   site where there's an alternative workweek schedule, that
16   those employees are working a 5/8 schedule as opposed to
17   the AWS?
18   A   Yes. Because there's no prediction of how long
19   or how many days they may work the site. So they may
20   come in for one eight-hour day or longer or shorter, and
21   it may only be one day, or it may be many.
22   Q   And is that your understanding that that's the
23   way the schedules have worked at the various sites for
24   the past five years or so?
25   A   Yes.

56

1    Q   I've reviewed some of the time records, and I'll
2    represent to you that some of the employees appear to be
3    working 4/10 alternate workweek schedules at that work
4    site whereas another employee during the same week is --
5    appears to be working a 5/8 schedule. If that's the
6    case, does that suggest -- and I'm asking you to assume
7    that what I just said is correct. In that instance
8    would -- the person working a 5/8 would likely be
9    somebody who was assigned as sort of an occasional
10   employee to that work site?
11   A   Yes.
12   Q   Whereas the person working the alternate
13   workweek schedule would be someone that's assigned on a
14   more ongoing basis.
15   A   Correct.
16   Q   Do you have any -- you indicated that you didn't
17   have knowledge of whether this document, referring to
18   Exhibit 7, was distributed to the Conam employees working
19   at the Martinez site; correct?
20   A   Correct.
21   Q   Do you have any knowledge of whether the
22   document was translated into Spanish or any other
23   language other than English at any point?
24   A   No personal knowledge.
25   Q   Okay. Has anyone informed you that it was



sd setdepo
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

57

1  translated into Spanish?
2      A   No.
3      Q   I'm marking as Exhibit 8 a document, Bates
4  Nos. CO 06156 through 6161.
5          (Exhibit 8 marked.)
6      Q   BY MR. TINDALL: Can you review this document,
7  let me know if you've seen it before.
8      A   Yes.  I've briefly seen this at the Benicia
9  office.
10     Q   When did you see it at the Benicia office?
11     A   I -- I don't know.  I do remember seeing it,
12  just -- I remember seeing it because I remember it's from
13  Mike Price, who is now our -- Mike Price is the manager.
14  I remember he was the one at the site.  So I remember
15  seeing it, but it was probably six months or more ago.
16     Q   Do you remember if it was in connection with
17  this lawsuit in any way that you reviewed it?
18     A   I don't remember why I -- I don't remember why I
19  was there.  It was just going over just the
20  administrative duties.
21     Q   Okay.  On the first page of the document, the
22  document -- well, strike that.
23         You said you've seen it.  To your understanding,
24  what is this document?
25     A   To my understanding, this is what Mike Price

58

1  used, who was at Shell Martinez, for the information for
2  the vote.
3      Q   And "the information for the vote" -- by that,
4  you refer to the alternative workweek schedule election
5  at the Shell Martinez refinery in 2000?
6      A   Correct.
7      Q   Tell me again who is Mike Price.
8      A   He was the lead person at Shell Martinez.
9      Q   What was his title?
10     A   Lead -- lead person, Shell Martinez.
11     Q   And was he an inspector, or was he a supervisor
12  over inspectors or --
13     A   His background is inspection, but in that
14  position at that facility, he was doing more supervision
15  than actual inspections.
16     Q   Okay.  In this document -- I believe in the
17  other one as well -- there are times when the letters
18  "MRC" are used.  Do you understand that that stands for
19  "Martinez Refining Company"?
20     A   Yes.
21     Q   Is that a commonly used term, calling it MRC?
22     A   That Shell uses, yes.
23     Q   Do you have any understanding of whether this
24  document, Exhibit 8, was made available to Conam
25  employees at MRC?

59

1      A   I was told by Mike Price, yes, it was given to
2  the employees.
3      Q   Do you know if it was given to employees before
4  the election?
5      A   I would assume.  I don't know logistics or
6  anything like that, but I would assume, yes.
7      Q   Do you know if this memo was translated into any
8  other language?
9      A   No, I don't know.
10     Q   You don't know one way or the other?
11     A   No, I don't.
12     Q   Do you have any reason to believe that it was?
13     A   I -- I was not told about it, no.
14     Q   You were not told that it was ever translated.
15     A   No.
16     Q   Is that correct?
17     A   Correct.
18         MR. TORRANO:  Just so the record is clear, I
19  think the testimony is he wasn't told one way or another.
20  He has no information about it.  I think that's what he
21  said.
22         MR. TINDALL:  Okay.  Well, let me clarify.
23     Q   Do you have any basis for believing that it was
24  translated into Spanish?
25     A   I was never told.  I don't know.  If there was

60

1  Spanish-speaking people there, he may have done that, but
2  no, I don't have any knowledge that he did do it or that
3  it was -- I've never seen any alternate language document
4  at all.
5      Q   Can you turn to the second page, which is
6  CO 006157.
7      A   (Complies.)
8      Q   About halfway down the page, there's a note
9  where it says "Note" in bold.
10         Do you see that?
11     A   Yes.
12     Q   I'm going to read it -- paraphrase and read it.
13         "An employee already voluntarily working
14  a valid alternative workweek schedule as of
15  July 1, 1999, may continue that schedule
16  after January 1, 2000, without overtime
17  premiums if the employer approves a written
18  request by that employee to do so."
19         Do you see that?
20     A   Yes.
21     Q   Are you aware of any documents indicating that
22  an employee -- any employee at Conam made a written
23  request to continue working an alternative workweek
24  schedule?
25     A   I don't have any of the details of how this



65

1   A   Correct.
2   Q   You identified Diane Morelli.  Is she the
3   director of human resources?
4   A   Correct.
5   Q   How long has she been the HR director?
6   A   Guessing, only a year, plus or minus.
7   Q   And is she HR director for all of the Conam
8   company?
9   A   MISTRAS, which encompasses Conam, correct.
10  Q   So she's not specifically affiliated with
11  California.
12  A   Not specifically, no.
13  Q   But is the HR director for all of MISTRAS?
14  A   Correct.
15  Q   Who was the HR director before Ms. Morelli?
16  A   Anne, A-n-n-e, W-i- -- Winski, W-i-n- -- maybe
17  two N's -- s-k-i.  I don't remember exactly.
18  Q   Approximately how long was she in that position?
19  A   Probably early 2004.
20  Q   Okay.  And do you know who was the HR director
21  before Ms. Winski?
22  A   Yes.  It was a male, and I can't think of his
23  name right now.  I'll think of it.
24  Q   Okay.  If you think of it at a later time --
25  A   Yeah.

66

1   Q   -- I may ask you.  So let us know.
2       We'll mark two documents as Exhibit 9 and 10.
3   Exhibit 9 is Bates stamped CO 19347 to CO 19378.
4       (Exhibit 9 marked.)
5       MR. TINDALL:  And actually since I'm on the
6   ball, what I previously said would be Exhibit 10 is what
7   we marked previously as Exhibit 3.
8       MR. TORRANO:  Right.
9       MR. TINDALL:  So do you just want to continue
10  referring to it as Exhibit 3?
11      MR. TORRANO:  I think that's great, yeah.  I
12  think that's a really good idea.
13  Q   BY MR. TINDALL:  So this will be Exhibit 3.
14      (Exhibit 3 previously marked.)
15  Q   BY MR. TINDALL:  Mr. Bertolotti, can you first
16  review Exhibit 9 and let me know if you've seen it
17  before.
18  A   Yes.
19  Q   Can you tell me what this document is.
20  A   Employee Manual for Conam Inspection and
21  Engineering.
22  Q   And I'll direct your attention to the second
23  page.  At the bottom it says "Sincerely, Dennis
24  Bertolotti."
25      Do you see that?

67

1   A   Yes.
2   Q   Do you have a sense of -- so what was your --
3   strike that.
4       Did you have any role in the creation of this
5   document?
6   A   Yes.
7   Q   What was your role?
8   A   Truthfully I don't remember if I was part author
9   or I had seen it and reviewed it before I put it out, but
10  I don't remember how it came to be, who originally wrote
11  it.
12  Q   Do you have any idea of when this document was
13  produced, created, in this form?
14  A   In that form?
15  Q   Uh-huh.
16  A   Probably early after the acquisition.  So in
17  late 2003.
18  Q   So to the best of your recollection, Exhibit 9
19  was created sometime in 2003?
20  A   Yes.
21  Q   And I'm going to ask you some questions about
22  this document, but can you look at Exhibit 3 briefly and
23  let me know if you've seen that before.
24  A   Yes.
25  Q   What is this document?

68

1   A   The Employee Policy Manual written with the
2   MISTRAS Group for MISTRAS Group.
3   Q   Did you have any role in the creation of this
4   document?
5   A   Probably not.
6   Q   Okay.  I'll direct your attention on the first
7   page to the one written textual paragraph.  It says "This
8   manual specifically supersedes and replaces all previous
9   employee manuals" and then, skipping to the end of the
10  sentence, "effective August 1, 2006."
11      Do you see that?
12  A   Yes.
13  Q   Do you have an understanding of whether this
14  Employee Policy Manual went into effect on or after
15  August 1, 2006?
16  A   By the way it's written, my guess would be
17  that's when it got put in place is --
18  Q   Okay.  I don't want you to guess.  I mean does
19  it seem -- does it make sense that that is when this
20  document would be put into place?
21  A   Yes.
22  Q   Okay.  And to the best of your knowledge, was
23  Exhibit 9 -- the Employee Manual marked as Exhibit 9 the
24  employee manual regarding Conam from 2003 to August 1 of
25  2006?



sd setdepo
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

---

**69**

1    A   To the best of my knowledge, yes.
2    Q   Okay. But this was -- Exhibit 9 was the
3    employee manual that was in effect at that time?
4    A   Yes.
5    Q   As far as you know, other than these two
6    documents, are you aware of any other employee manual
7    that has been in effect for Conam employees who worked in
8    California since 2003?
9    A   No.
10   Q   As far as you know, these are the only two?
11   A   As far as I know, yes.
12   Q   And is there only one employee manual that
13   relates to the employees in California at one time?
14   A   Yes.
15   Q   If I could ask you to turn in Exhibit 9 to page
16   14 of that exhibit, which is Bates No. 19360.
17   A   (Complies.)
18   Q   In the paragraph that has the subheading
19   "A. Work Schedules" -- do you see that paragraph?
20   A   Yes.
21   Q   Can you read that -- just the first part of that
22   paragraph before the indented portion and let me know
23   when you're finished.
24   A   Done.
25   ///

---

**70**

1    Q   Okay. The first sentence says:
2        "Your work schedule is determined at the
3        time that you are hired and may change
4        depending on your department's business
5        needs."
6        Do you see that?
7    A   Yes.
8    Q   At the time Conam inspector employees are hired,
9    this sentence suggests that they are given a work
10   schedule at that time; is that correct?
11   A   Yes. They're assigned either to a call-out
12   schedule, which can vary during the week -- it could be
13   eight hours or less or more -- or they're assigned to one
14   of these facilities we've been talking about, and then
15   they know what their set hours are unless that facility
16   changes those hours.
17   Q   Okay. So -- and this is something that we've
18   talked about earlier, and I appreciate your telling me
19   about it.
20       When an employee is hired, what you just said, I
21   believe, is that usually they are either assigned on a
22   sort of call-out schedule, or they're assigned to a
23   particular facility; is that correct?
24   A   Correct.
25   Q   Who is it that decides how a particular employee

---

**71**

1    is going to get assigned or scheduled?
2    A   Combination of the employee and the Conam
3    supervisor. They look at their skills and tell them you
4    could fit to this or this role, and then the employee and
5    the supervisor will determine what's best generally.
6    Q   And by "the supervisor," in California who is
7    that person? I don't mean in particular. I mean what is
8    their position?
9    A   Either the lab manager or the field supervisor
10   who schedules the work.
11   Q   And you said the lab manager?
12   A   Yes.
13   Q   What is the lab manager?
14   A   Chuck Penley from that memo in early 2000 for
15   Benicia. Whoever was assigned.
16   Q   And so the lab manager, as far as you recall --
17   was there a lab manager in Benicia and another one in
18   Signal Hill?
19   A   Yes.
20   Q   Okay. And by "field supervisor," are you
21   referring to someone who's assigned -- a Conam employee
22   who's assigned to a particular refinery?
23   A   No. Field supervisor would be somebody working
24   either in Signal Hill or in Benicia that is scheduling
25   the rest of the call-out-type work.

---

**72**

1    Q   But that's different from the lab manager --
2    A   Yes.
3    Q   -- the field supervisor position?
4    A   Yes.
5    Q   If you'll take a look at the section that's
6    marked "Breaks." Do you see where it says bold letter
7    "B. Breaks"? Can you read that subsection to yourself
8    and let me know when you're finished.
9    A   Done.
10   Q   To the best of your knowledge, is the break
11   policy that's laid out here -- was it the break policy
12   for Conam's California employees in 2003?
13   A   Should have been for Conam company-wide, yes.
14   Q   Okay. And from 2003 all the way up until now,
15   is this the policy that's been in effect?
16   A   Well, the 2006 one would probably have a similar
17   reference. I'd have to look to see if it's the same.
18   Q   Actually you're making me be very careful, which
19   I appreciate.
20       From 2003 until August 1, 2006, is it your
21   understanding that the break policy as stated in Exhibit
22   9 in the paragraph you just read -- that that is the
23   break policy for Conam's California employees?
24   A   Yes.
25   Q   Okay. If I could ask you to turn to Exhibit 3,

---



The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

| 73 | 75 |
|---|---|
| 1  and this -- it's on page 13. | 1  Clarkson, who's the predominant coordinator for the |
| 2      A  (Complies.) | 2  Carson facility. |
| 3      Q  Do you see Section B where it says "Breaks"? | 3      Q  And Ron Clarkson is a Conam employee? |
| 4  Could you read that to yourself and let me know when | 4      A  bp. |
| 5  you're finished. | 5      Q  I just want you to sort of educate me a little |
| 6      A  Done. | 6  about this.  The "Employee Name" -- it says "Steve |
| 7      Q  Okay.  Is it your understanding that this was | 7  Taylor."  That would be the tech submitting the time; is |
| 8  the break policy for Conam beginning on August 1, 2006? | 8  that correct? |
| 9      A  Yes. | 9      A  Yes. |
| 10     Q  And it would apply to the California Conam | 10     Q  And it says "Work Description: RT ASST."  Do |
| 11 employees; correct? | 11 you know what that means? |
| 12     A  Correct. | 12     A  "Radiographic" -- |
| 13     Q  Okay.  It appears -- I looked at it pretty | 13     Q  I'm sorry.  I'm going across the top of the |
| 14 carefully.  It appears that it's word for word the same | 14 document. |
| 15 as the previous one.  Do you have any understanding of | 15     A  "Radiographic technician assistant." |
| 16 whether the policy with regard to breaks changed in any | 16     Q  And does that refer to -- what does that refer |
| 17 way in 2006? | 17 to? |
| 18     A  If the wording is identical, then, it may have | 18     A  A skill type.  The technicians all have various |
| 19 been the same at that time, yes. | 19 different skills that they're using, and that means he's |
| 20     Q  Okay.  If the wording is identical, do you have | 20 performing radiography, but he's not the -- what we would |
| 21 any reason to believe that the policy would be different | 21 call the lead.  He's not the person -- of the |
| 22 at all starting on August 1, 2006? | 22 two-person-or-more team, he's not the person in charge of |
| 23     A  No. | 23 that team.  He's helping. |
| 24        MR. TINDALL:  Could we go off the record for a | 24     Q  Okay.  And your understanding is that when it |
| 25 sec. | 25 appears in the location that it appears on this sheet, |

| 74 | 76 |
|---|---|
| 1      (Discussion off the record.) | 1  it's referring to the employee's position? |
| 2      MR. TINDALL:  I'm going to mark as Exhibit 10 a | 2      A  Yeah.  Skill set that they're doing for that |
| 3  one-page document marked with Bates No. CO 15192, I | 3  particular day or week. |
| 4  believe. | 4      Q  Okay.  And the "Job Number."  There's some |
| 5      (Exhibit 10 marked.) | 5  digits after the "Job Number."  I don't -- I don't mean |
| 6      Q  BY MR. TINDALL:  Can you take a look at this and | 6  to ask you what exactly these job numbers refer to, but |
| 7  let me know if you've seen a document like this before | 7  what does that reference, these two numbers? |
| 8  even if you haven't seen this exact document before. | 8      A  It's just bp's way of tracking where the charges |
| 9      A  Yes, I have. | 9  belong to.  Inside a given refinery they may have dozens |
| 10     Q  Can you tell me what it is. | 10 of charge numbers for their accounting system.  So it's |
| 11     A  Time sheet for the technicians to report their | 11 kind of telling bp where inside the refinery the work was |
| 12 hours upon. | 12 being charged because inside that refinery there's |
| 13     Q  And this specifically -- it says at the top "bp | 13 different managers that have different budgets, and they |
| 14 West Coast Products LLC." | 14 track them separately. |
| 15     Do you see that? | 15     Q  Okay.  So these are bp numbers rather than Conam |
| 16     A  Yes. | 16 numbers? |
| 17     Q  What does that refer to? | 17     A  They could be a Conam number, but it's referring |
| 18     A  It's showing that the physical location this | 18 to a bp charge so that bp could understand how they break |
| 19 time sheet was used for was Carson bp West Coast | 19 up their different kingdoms and their budgets. |
| 20 Products -- yeah.  Probably Carson, yes. | 20     Q  It's to relate to bp's information system. |
| 21     Q  Your understanding is that bp West Coast | 21     A  Yes. |
| 22 Products is bp Carson? | 22     Q  Okay.  On the -- one more sort of data question: |
| 23     A  Yeah.  They -- again, it may have been -- | 23 It has -- the second column has "Charge/AFC Number" in |
| 24 sometimes you get involved in the pipeline or something | 24 the second column.  Do you know what that refers to? |
| 25 like that but -- and this one is by the coordinator Ron | 25     A  No.  Every refinery's got nuances of how they |



**Nationwide Scheduling**
Toll Free:      1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

---

**77**

1  want the charges, and my total guess it's like an
2  authorization for charge.  They use different acronyms
3  for that.  Again it's sub-breaking out the way that they
4  budget inside bp I think is what that's referring to.
5      Q    And by "they," you mean bp?
6      A    Yes.
7          The other -- the other thing it could be is
8  actually that could be what we're charging that employee
9  out as.
10      Q    Okay.
11      A    That could be our charge code that they were
12  using, which it's just a way of us knowing what rate and
13  bp knowing what rate they're being charged at.
14      Q    Okay.  And then the second to last column on the
15  right-hand side -- it says "Name Tech/Assistant."  Do you
16  know -- and it looks like the name Richard Garcia or
17  Gitrch or something.  What does it mean that there's a
18  tech/assistant listed there?
19      A    In that case they're just saying who is the
20  other person working as the team.
21      Q    Okay.  In this, if you look at the first line,
22  there's a column listing "Time in," another column
23  listing "Time Out."
24          Do you see that?
25      A    Yes.

**78**

1      Q    What is your understanding as to what the
2  employee is to fill in in those two columns?
3      A    What they call gate time.  When he checked into
4  the refinery and when he checked out.
5      Q    So it appears from this -- and I'm not asking
6  you to give testimony as to whether it actually occurred
7  on this date, but from this document it appears that
8  Mr. Taylor checked in at the gate at 0600, which would be
9  6:00 a.m.; correct?
10      A    Correct.
11      Q    And then "Time Out," would have checked out at
12  the gate at 1630, which, I guess, would be 4:30 p.m.; is
13  that correct?
14      A    Correct.
15      Q    And then it lists "Total Hours" and "ST Hours."
16          Do you see that?
17      A    Yes.
18      Q    "Total hours," it says "10."  And what's your
19  understanding of what that "10" refers to?
20      A    Under "Total Hours"?
21      Q    Uh-huh.  Yes.
22      A    10 hours worked at site, inside the gate.
23      Q    Okay.  If you calculate the time between 6:00 in
24  the morning and 4:30 in the afternoon, I believe that's
25  10 and a half hours.  Do you have an understanding as to

**79**

1  why the total hours is listed as 10 as opposed to 10 and
2  a half?
3      A    A half hour for lunch.
4      Q    Okay.  And then the "ST Hours."  Do you know
5  what the "ST" refers to?
6      A    "Straight time."
7      Q    And then the next two columns -- I believe I
8  understand these.  There's "OT" and "DT."  Do you have an
9  understanding as to what those letters refer to?
10      A    "Overtime," "Double Time."
11      Q    Okay.  And so if an employee reports time in at
12  6:00 o'clock, time out at 1630, the total hours that are
13  being -- and reports total hours of 10, they would be
14  paid for 10 hours of work as opposed to 10 and a half
15  hours; is that correct?
16      A    In this case, yes.  The way it's shown, yes.
17      Q    Okay.  And then if you look two lines down, the
18  date that's listed as January 26th of '05, time in is
19  listed at 3:00 o'clock and time out at 7:00 o'clock.
20          Do you see that?
21      A    Yes.
22      Q    Total hours there is listed as four, and if you
23  go from 3:00 o'clock to 7:00 o'clock, that's four hours.
24  Do you have an understanding as to why the total hours is
25  the same in that instance as opposed to, you know,

**80**

1  subtracting a half hour?
2      A    For some reason they were only required to work
3  four hours that day.  I don't know why.  But they only
4  worked four hours in the gate.  Don't know if he went
5  somewhere else and did other duties that day, but it was
6  only four hours inside the gate.
7      Q    Okay.  And so -- but it doesn't reflect -- these
8  numbers here would not suggest that he had a lunch break;
9  is that correct?
10      A    Correct.
11      Q    Okay.  Can you take a -- let's see.  We'll mark
12  as Exhibit 11 a document, Bates stamp No. CO 14412.
13          (Exhibit 11 marked.)
14          BY MR. TINDALL:  Can you take a look at this
15  document.  Does it look familiar to you?  This type of
16  document.
17      A    Yes, this type.
18      Q    Is it -- it's a similar type of document as the
19  one we were just looking at; is that correct?
20      A    Yes.
21      Q    Do you know why some -- the one we just looked
22  at was handwritten, and this appears to be typed.  Do you
23  know why that might be?
24      A    No, I don't.  I would -- I thought most would
25  have been handwritten.  I'm not sure why this one was

---



Nationwide Scheduling
Toll Free:      1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

81

1  typed out.
2     Q   Yeah. I mean do you know -- is the employee the
3  person who fills out the time sheet, to the best of your
4  knowledge?
5     A   Yes, it is.
6     Q   Both if it's handwritten or if it's typed?
7     A   Yes. Yes. My -- our assumption is that they
8  have the employees fill out the sheets to turn in.
9     Q   Okay. And I'll ask you a similar question. If
10 you look at the line where it says -- it looks like June
11 6th, 2005.
12       Do you see that line?
13    A   Yes.
14    Q   Time in is listed as 6:00 o'clock. I assume
15 that's 6:00 a.m. Time out at 1630, which would be 4:30.
16       Do you see that?
17    A   Yes.
18    Q   If you subtract those two, it's 10 and a half
19 hours; yet the total hours are listed at 10,
20 straight-time hours listed at 10.
21    A   Yes.
22    Q   Do you know why that would be?
23    A   Again, assumption is half-hour lunch.
24    Q   Okay. And if you look at the line below, the
25 same question. Time in is 6:00 o'clock; time out is 1800

82

1  hours, which would be 6:00 o'clock p.m. It's correct
2  that if you were working from 6:00 a.m. to 6:00 p.m.,
3  that would be 12 hours of time passage; correct?
4     A   Correct.
5     Q   The total hours are listed as 11.5.
6        Do you see that?
7     A   Yes.
8     Q   Do you have an understanding as to why the work
9  hours are listed as 11.5 if the time in and time out --
10 there's 12 hours in between?
11    A   Assumption of only taking a half-hour lunch.
12    Q   Okay. And if this -- if this time sheet is --
13 strike that.
14       Do the -- does Conam do any sort of inspections
15 to see if people are taking the half-hour lunches that
16 they are sort of referring to on their time sheets?
17       MR. TORRANO: I'll object as vague as to what's
18 meant by "inspection." It's overbroad as to time.
19    Q   BY MR. TINDALL: During the past five years, has
20 Conam sort of done anything to make sure that employees
21 get a lunch break?
22       MR. TORRANO: Same objection.
23    Q   BY MR. TINDALL: While they're, you know,
24 working on site.
25    A   We tell them to take the lunch break. We tell

83

1  them to -- yes. We tell them to make sure that they take
2  their lunch break. And that is communicated with, in
3  this case, bp or whoever the owner is to coordinate so
4  they know when it is. And I in person am not there, but
5  the assumption is that everyone is taking their -- their
6  breaks --
7     Q   Okay.
8     A   -- and generally with -- coordinated with -- at
9  the same time or close to with bp so they know about
10 what's going on too.
11    Q   And that's -- let me ask you about that last
12 part.
13       So you want to coordinate it with bp, and by
14 that you mean is there -- in this instance they're
15 working at bp Carson, it looks like. The employee is
16 sort of coordinating their lunch break so that it comes
17 at the same time as the bp Carson employees; is that
18 correct?
19    A   Just so they know -- it doesn't always have to
20 be the same time as bp Carson. Just so that they know
21 when they're breaking because bp has to know when we're
22 inside their units and doing work. So they generally
23 have to tell bp ahead of time what's going on and when
24 they're going to be breaking and so that the guys know
25 when they're in or out. They have to announce it or

84

1  write it in.
2     Q   Okay.
3        MR. TORRANO: Steve, are you at any kind of
4  breaking point? Because I took you seriously for 12:30,
5  but I realized I had reservations made -- this is off the
6  record.
7        (Discussion off the record.)
8     Q   BY MR. TINDALL: Looking at Exhibit 11 again.
9  If you look at that second line where it says June 7th,
10 that's the day where it appears that Mr. Taylor went in
11 at 6:00 and left at 1800 hours. That line would suggest
12 that he took one half-hour lunch break; is that correct?
13       MR. TORRANO: I'll object that it calls for
14 speculation.
15       But you can go ahead.
16    Q   BY MR. TINDALL: Based on this record.
17    A   Yes.
18    Q   Do you have any knowledge of whether Conam
19 supervisors ever obtained written waivers of second meal
20 periods in California at any time in the last five years?
21    A   I have no personal knowledge.
22    Q   Have you ever seen any written waiver documents?
23    A   I have not, no.
24    Q   Do you have any knowledge of whether supervisors
25 obtained oral waivers of second meal periods at any time



Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

sd setdepo
The Evolution of Deposition Management

93

1    Q   Can you describe -- and I don't mean this
2  particular document with this particular information on
3  it, but can you tell me in general what this document
4  appears to be.
5    A   A time sheet that is to be signed by the
6  customer.
7    Q   And at the -- it appears sort of the title, it
8  says "Field Time/Material Sheet."  What does it mean that
9  it's a time and material sheet?
10    A   We charge customers for not only labor, but for
11  materials consumed.  So if there is any materials that
12  are consumed on the project, we'll note that as well for
13  them to sign.
14    Q   Do you refer to this as a T & M sheet, by
15  chance?
16    A   Yes.
17    Q   And are there times when you use a T & M sheet
18  as opposed to the time sheets that we were looking at
19  earlier today?
20    A   Referring to, like, Document 11?
21    Q   Correct.
22    A   They are essentially the same thing.  On the
23  bottom of 11, on the right-hand side, there is "UT,"
24  "MT," "PT," "Film."  That's where -- materials would go
25  there as well.  Where your finger is.

94

1    Q   "UT," "MT," "PT"?
2    A   Yeah.  If there's equipment there -- "UT" is for
3  "ultrasonic testing."  "MT" is "magnetic testing."  It's
4  acronyms for the various types of testing.  So if there's
5  materials that would be chargeable -- these things down
6  here are pieces of film, four and a half inches by ten
7  inches, common size, by 17 inches, eight by ten.  So you
8  would say three pieces of eight by ten, X pieces.  So,
9  again, it's time and material.
10    Q   And is there any -- can you think of any reason
11  why in some instances the format in Exhibit 13 is used
12  and in other instances the format in Exhibit 11 is used?
13    A   Sometimes customers like to see it in a little
14  bit different layout just so it's familiar to them.
15    Q   Okay.  I'll mark as Exhibit 14 -- it's a
16  document with Bates Nos. 3307 through 3311.
17        (Exhibit 14 marked.)
18    Q   BY MR. TINDALL:  Can you look at this document,
19  let me know if you've seen a document like this before.
20    A   Yes.
21    Q   Can you tell me what it is.
22    A   We would refer to it as a payroll register,
23  which is an output of ADP that shows the various pay and
24  deductions for each employee.
25    Q   And what is ADP?

95

1    A   They are what we use to create our payroll and
2  do the payroll and taxes, and we are using them as our
3  payroll company.
4    Q   Is this --
5    A   Have been -- have been the whole time.
6    Q   And "the whole time" meaning since 2003 -- from
7  2003 to the present, you've used ADP as a payroll
8  company?
9    A   Yes.
10    Q   Do you have -- is there one person at ADP who is
11  assigned to Conam, to your knowledge?
12    A   I don't know how that works.  Our payroll person
13  is the one responsible to make sure things are being
14  done, and they deal with our client representative at
15  ADP, but I don't -- I don't know if we have one or many.
16    Q   Is there one person at Conam who is the liaison
17  with ADP?
18    A   Yes.
19    Q   Who is that person?
20    A   Presently it's Dawn D-e-l-u-c-a, Deluca.
21    Q   And is she -- is her title -- what is her title?
22    A   I don't know exactly.  Payroll administrator or
23  supervisor.
24    Q   And is she the payroll administrator or
25  supervisor for all of the Conam employees in California?

96

1    A   Yes.
2    Q   I'm going to ask you some specific questions
3  about this, and if you know, great, and if you don't, let
4  me know.
5        In the upper left-hand corner --
6    A   Uh-huh.
7    Q   -- of the document, there's the name Oscar
8  Vivanco.
9        Do you see that --
10    A   Uh-huh.
11    Q   -- under "Personnel"?
12    A   Yes.
13    Q   And then underneath that is listed "File,"
14  "Dept," and "Rate."  Can you tell me what those three
15  things mean.
16    A   "File" is the unique employee identification
17  number.  "Department" is just signifying mostly that he's
18  a technician for -- "585" represents Signal Hill.  "585"
19  in the middle.  And "Rate" is the hourly wage.
20    Q   So from the -- thank you.
21        From the department number you're able to
22  identify where he is working; is that correct?
23    A   The office.  Signal Hill.  Not within Signal
24  Hill as far as what customers or anything of that nature.
25  Just I can tell he's a Signal Hill employee.



101

1   there's a Shawn Lee Bird.
2       A   Yes.  Same --
3       Q   He also has a "Clock" notation.  You don't know
4   what that signifies?
5       A   No, I do not.
6       Q   Okay.  And you don't know why some have it and
7   some do not.
8       A   No, I don't.
9       Q   If you look at Mr. Afemata, at the "Department"
10  number, it's -- his department is 358511.
11          Do you see that?
12      A   Yes.
13      Q   And just as a way of review, the "585" indicates
14  he's operating out of the Signal Hill operation; is that
15  correct?
16      A   Yes.
17      Q   And it's "11" as opposed to "10."  Do you know
18  what that means?
19      A   Yes.  "11" means that they've been with us and
20  are with us as a full time.  A "10" means that they may
21  only be assigned for a short period for a certain project
22  or something of that nature.
23      Q   And so the "10" on the previous page for
24  Mr. Vivanco would suggest that he was only working for a
25  short period of time?

102

1       A   Project specific.
2       Q   Okay.  And when someone is working for a short
3   period of time, project specific -- when that time
4   period -- does the project end at a certain point?
5       A   Yes.
6       Q   Okay.  And when -- say if Mr. Vivanco -- his
7   project ends, do you know if his name and records are
8   kept on the payroll books as a current employee?
9       A   If there is no need to bring him back, he would
10  not be listed as a current employee.
11      Q   And do you know how it's determined -- but if
12  there is a need to bring him back, is he listed as a
13  current employee even though the project ends?
14          MR. TORRANO:  I object.  It's vague and
15  speculative.
16          THE WITNESS:  If he's on another term project,
17  he would stay as a current employee, but if we don't
18  anticipate using him in the next couple weeks, then we
19  would list him as an inactive employee.
20      Q   BY MR. TINDALL:  Okay.  Do you know -- I don't
21  mean to play word games.  Do you know if it's listed as
22  an inactive employee or a terminated employee?
23      A   I believe it's terminated.
24      Q   Okay.  If a project ends, do you know -- do you
25  have any knowledge as to whether that person's paycheck

103

1   gets paid on the date the project ends or whether the
2   paycheck gets paid at the usual time that the payroll
3   would come out?
4       A   I don't know.  Again HR function.  I know there
5   are some differences state by state.  I don't know how
6   that works all the time.
7       Q   In California would you expect there to be a
8   procedure by which employees whose projects end get paid
9   in a particular way?
10      A   I do know California's got special regulations
11  about end of projects, and we're adhering to that.  I
12  just don't know how that works.
13      Q   Okay.  Do you know who would know?
14      A   Payroll in Princeton would know.  HR in
15  Princeton.
16      Q   You said that you believe that the HR is
17  adhering to the sort of regulations in California with
18  regard to payment.  What is your assumption based on?
19      A   Well, we work through ADP, and we're constantly
20  auditing to make sure we're proper in all states that we
21  operate in.
22      Q   And so you believe that because -- I'm sorry.
23  Who -- is ADP auditing, or you're auditing --
24      A   Internal.  Internal.  And I know they consult
25  with ADP.

104

1       Q   And by "they," would it be the payroll
2   department?
3       A   Payroll and HR, yes.
4       Q   Are they separate departments, payroll and HR?
5       A   Yes.
6       Q   Is Dawn Deluca -- where is she based?
7       A   Princeton, New Jersey.
8       Q   She's in Princeton.
9       A   Princeton Junction, New Jersey, actually.
10      Q   Is all of the -- and I may have asked this
11  already, but I think I'm asking it a slightly different
12  way.  The payroll for all of the Conam California
13  employees -- does that all get administered from one
14  place?
15      A   Signal Hill operates independently of Benicia.
16  Then both feed back to Princeton Junction.
17      Q   Are you aware of any differences between how
18  Signal Hill operates payroll from Benicia?
19          MR. TORRANO:  I'm going to object that it
20  assumes facts not in evidence that they are different.
21      Q   BY MR. TINDALL:  Well, let me ask it that way.
22  Do you know if there are any differences between the way
23  Signal Hill processes payroll to the way Benicia does?
24      A   I do not know.
25      Q   You don't know one way or the other?



## 105

1   A   I don't know if -- I don't think there is, but I
2   do not know of any.
3       Q   Okay.  You say you don't think there is a
4   difference.  Why do you believe that there's not a
5   difference between them?
6       A   If they are both operating in the state of
7   California, I'm assuming both would be in compliance.  So
8   I wouldn't think they would do anything different.  But
9   again it's -- I don't monitor that per se.  It's more
10  through the payroll and HR group.
11      Q   Do you have an understanding as to whether the
12  pay periods for all of the employees in Conam in
13  California -- are those the same?
14      A   The workweek is the same, if that's what you're
15  asking, from 1:00 -- 1:00 o'clock in the morning Monday
16  until Sunday, yes.
17      Q   Okay.  The workweek is the same, and the
18  frequency with which people are paid paychecks is also
19  the same throughout California?
20      A   Yes.
21      Q   Do you know if the policy regarding how the
22  employees who are working on a project basis, either
23  terminated or non- -- what was the other term you used?
24      A   Inactive?
25      Q   Inactive employees.

## 106

1       Do you know if the procedure by which they are
2   paid is the same throughout California?
3       A   I -- my assumption is it would be the same.
4       Q   And your assumption is based on what?
5       A   Same thing I stated earlier.  If they're both
6   operating in California, I would assume that we would try
7   to make them operate the same way.
8       Q   Okay.  And do you believe that would be
9   coordinated out of the payroll and HR department in
10  New Jersey?
11      A   Yes.
12      Q   Can you refer back to Exhibit 9 and specifically
13  to page 15 of that document, which is Bates stamp
14  No. 19361.
15      A   (Complies.)
16      Q   Can you read to yourself the subsection that
17  says "Payday" and let me know when you've finished
18  reviewing that.
19      A   Done.
20      Q   Is it your understanding -- I believe you said
21  that this was the -- that Exhibit 9 was the Employee
22  Manual you believe was in effect from at least 2003 to
23  2006.  Is that correct?
24      A   Yes.
25      Q   Is it your understanding that the pay day

## 107

1   policy -- that the policy -- the pay policies identified
2   on page 15 that you just read -- is it your understanding
3   that those were the pay policies in effect from the 2003
4   to the 2006 time frame?
5       A   Yes.
6       Q   And is it your understanding that the policy
7   that's identified here would apply to both the Benicia
8   employees working out of Benicia and the employees
9   working out of Signal Hill?
10      A   Yes.
11      Q   And if you could look at Exhibit 3, which is the
12  other Employee Policy Manual, and look on page 13 of that
13  document, which is Bates No. 0287.
14      A   (Complies.)
15      Q   If I can direct your attention to Subsection E
16  where it says "Payday."  Can you review that -- read that
17  and let me know when you've finished reading.
18      A   Done.
19      Q   I believe you testified earlier that Exhibit 3
20  is the Employee Policy Manual that was in effect
21  beginning approximately August of 2006.  Is that correct?
22      A   Yes.
23      Q   Do you believe that the sort of pay policies
24  identified in that Subsection E were the pay policies in
25  effect for Conam employees in California beginning in

## 108

1   August 2006?
2       A   Yes.
3       Q   And they would -- is it correct that the
4   policies identified in that subsection would apply to
5   both the employees working out of Signal Hill and out of
6   Benicia?
7       A   Yes.
8       Q   Do you know -- just going back to the
9   distinction that we were talking about between the
10  employees who are working on a project basis and sort of
11  the other category of employees who are working on an
12  ongoing basis.  Is that a fair way to characterize what
13  you were describing?
14          MR. TORRANO:  I'm going to object that it's
15  vague.
16          THE WITNESS:  We call it "call-out."  Is that
17  what you're saying?
18      Q   BY MR. TINDALL:  What -- that's a start.  What
19  are the -- what are you referring to by "call-out"?  What
20  do you mean by that?
21      A   The distinction is they are not assigned to a
22  given customer and their locations that they go to, and
23  the type of work can vary based on the customer demand
24  and that week's phone calls.
25      Q   Okay.  And do you -- are some employees



**set depo**
sc
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

## 109

1 categorized as call-out employees?

2  A  Yes. Well --

3  Q  Is that -- okay.

4  A  If they're not assigned to a site, essentially

5 everybody is a call-out for the remainder of the group

6 because we do our work as customers call us. So you're

7 either assigned to a site, or you're just part of the

8 group that we would call "call-out."

9  Q  Okay. Let me just try to parse that a little

10 bit.

11     Are there -- is there a group of employees that

12 on a given time period are assigned to a particular site

13 and then a separate group who are call-out employees?

14  A  As customers ask for a volume of people, we'll

15 make sure they ask for that -- or they get that. So if

16 bp wanted or Shell wanted ten people at the site or

17 whatever the number is, then ten people are assigned to

18 Shell, and they'll pick that based on the skill sets of

19 the people they need. The remainder of the group could

20 work at Shell, or they could work anywhere else. So they

21 can go into other facilities and be part of that standard

22 group, or they could just be going to random jobs as the

23 week unfolds.

24  Q  Okay. Earlier today we talked about different

25 locations where Conam employees were assigned or based.

## 110

1 I want to ask you about some of them.

2     Starting with the -- is it better to call it bp

3 Carson or bp West Coast Refinery?

4  A  Carson.

5  Q  bp Carson?

6  A  (Nods head.)

7  Q  To your knowledge, in approximately 2000 do you

8 know about how many Conam employees were assigned to the

9 bp Carson site?

10     MR. TORRANO: Objection. Asked and answered.

11     THE WITNESS: Again, it's a guess. At that time

12 probably 80 percent of our work force was at Carson.

13 Specifically what the amount would be I don't -- I forgot

14 what I said. Like, in the 30 range or something like

15 that. It wasn't -- it wasn't that big at the time.

16  Q  BY MR. TINDALL: Okay. And, then, currently --

17 and I apologize. I've asked this about bp Carson, but

18 I'm going to ask about some of the other places.

19 Currently how many people are assigned to the bp Carson

20 site?

21     MR. TORRANO: Objection. Asked and answered

22 again.

23     THE WITNESS: I think 50 to 60 something. But,

24 again, I'm guessing. That does change. The customer can

25 change that weekly. They could see projects coming up

## 111

1 and increase the load, or they could say they got too

2 much. It could change as the budget changes.

3  Q  BY MR. TINDALL: And so the numbers that you're

4 giving me -- it can -- depending on the needs of the

5 customer, the number of Conam employees assigned to that

6 site can change.

7  A  Absolutely. In fact, near the end of the year,

8 as they start using up their budget, you'll see them

9 taking people off site saying, "We've used up too much

10 budget this year. We've got to reduce" -- it fluctuates.

11 It does. And that's just part of business.

12  Q  And does it -- that sounds like it decreases on

13 occasion towards the end of the year. Are there

14 instances in which the numbers increase as well?

15  A  The steady group itself?

16  Q  Yes.

17  A  Not so much. Not unless they have something

18 coming up where they're having these large turnarounds

19 and things of that nature. That's a whole different

20 animal.

21  Q  Okay.

22  A  But not for just the going and doing their

23 normal maintenance. They try to keep that tightly

24 controlled.

25  Q  And I'm specifically talking about bp Carson.

## 112

1     To your knowledge, was there a turnaround

2 between -- at the bp Carson refinery from 2000 to -- at

3 any time from 2000 to 2008?

4  A  Yes, absolutely.

5  Q  When they have -- and when there are

6 turnarounds, are there usually more Conam employees

7 assigned to the site?

8  A  Yes.

9  Q  What is the -- do you have any sense of what the

10 longest turnaround at the bp Carson site was? Number of

11 weeks or days.

12     MR. TORRANO: You mean for the whole period?

13  Q  BY MR. TINDALL: For the whole period, in the

14 2000 to 2008 time frame.

15  A  They try to keep them between six and eight

16 weeks. It doesn't mean that they can't have people what

17 they call pre- or post-turnaround, people getting ready

18 for it. But the actual heaviest activity they try to

19 limit to six or eight weeks. But it's not uncommon to

20 have people for a while ahead of that working higher

21 amount of hours.

22  Q  And in a turnaround -- or do you have a sense of

23 in the 2000 to 2008 time frame what the largest number of

24 Conam employees were assigned to work at the bp Carson

25 facility?



**sd setdepo**
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free:        1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com

## 113

1    A    From 2000 to 2008?
2    Q    Yes.
3    A    The last one we had to put an additional 100
4    people on it.
5    Q    When was that?
6    A    January, February of '08.
7    Q    And if you don't mind, if we start in 2000, do
8    you recall other projects that were of similar size?
9    A    Nothing ever close to that.
10   Q    Okay.  Were there -- other than that in the
11   January of '08 time period, was there a previous
12   turnaround that lasted between six and eight weeks?
13   A    Yes.  They generally have one to two a year.
14   Q    And what do you think -- other than that 2008
15   turnaround that you just referred to, what do you think
16   is the highest number of Conam employees working at the
17   bp Carson site other than that time frame?
18   A    Again, this is a guess.  I'm thinking it didn't
19   go past 50 or 60 additional.
20   Q    50 or 60 additional -- 50 or 60 employees in
21   addition to the ones who are already assigned to the
22   site; is that correct?
23   A    Correct.
24   Q    Do you believe that -- you said it didn't go
25   past 50 or 60.  Is that your estimate as to what the

## 114

1    largest number of Conam employees who were assigned to
2    the bp Carson site during a turnaround was?
3         MR. TORRANO:  Just to object.  I don't want to
4    quibble.  I think the witness said he was guessing, and
5    then you used the word "estimate," which, I think, is
6    different because we don't know what your house color is.
7    So I just want to be clear that I think the witness is
8    giving you the best numbers he can, but they're guesses,
9    and I think the records will reflect how many people were
10   working at any particular time.
11        THE WITNESS:  Yes.  Guess, estimate, that is the
12   best number I could come up with, but I'm telling you it
13   could fluctuate over on either side but --
14   Q    BY MR. TINDALL:  Okay.  And what about the --
15   strike that.  Let me ask you about a couple other places.
16        The INEOS refinery -- are there people currently
17   assigned -- Conam people currently assigned there?
18   A    Again, not a refinery.  It's probably a small
19   chemical facility.  I believe -- I think we only have one
20   there.
21   Q    And in the time that you've been doing work for
22   INEOS as INEOS, do you know if that number has gone up or
23   down?  It can't go too far down.
24        MR. TORRANO:  To either zero or two?
25        THE WITNESS:  Yeah.  Right.  During this '08

## 115

1    turnaround they may have put people on there that
2    probably would have came from the group that I referred
3    to from the refinery.  I don't know.  Maybe not.  Maybe
4    they were separate because they were INEOS now.  I don't
5    even remember.  But it wouldn't have been too
6    significant.
7    Q    BY MR. TINDALL:  Okay.  Let me ask you about the
8    Exxon Mobil refinery.
9         In approximately 2000 -- strike that.
10        In approximately 2003 do you have a sense of how
11   many Conam employees were assigned to the Exxon Mobil
12   refinery?
13   A    Very few, if any.
14   Q    How many people are assigned there currently?
15   A    Estimate, eight to ten.
16   Q    Was there some point between 2003 and 2008
17   where -- strike that.
18        At what point did the number of Conam employees
19   at Exxon Torrance go from very few, if any, to five to
20   ten, for example?
21   A    Most likely it crept up one or two.  I don't
22   remember if it started at a number or -- I don't remember
23   how that got started, to tell you the truth.  I think it
24   may have started at a few and then crept up to six or
25   eight, where we're at now.

## 116

1    Q    Okay.
2    A    I can't remember what the number is.
3    Q    And from 2003 to the present, has Exxon Torrance
4    had turnarounds during which more Conam employees were
5    assigned to that facility?
6    A    They have had turnarounds.  I am not 100 percent
7    sure we were a part of it.  I think we may have supplied
8    some labor, but I don't know how much.
9    Q    Okay.  We talked earlier about the Valero
10   refinery.
11   A    Yes.
12   Q    That's located in Benicia; is that correct?
13   A    Yes.
14   Q    Okay.
15   A    And there is a Valero here.
16   Q    And by "here," you mean --
17   A    Los --
18   Q    -- Los Angeles?
19   A    Los Angeles.
20   Q    And Valero Benicia -- are there Conam employees
21   currently assigned there?
22   A    I believe, because of the acquisition, there is
23   now people there.
24   Q    That's fairly recent?
25   A    Two months.



Nationwide Scheduling
Toll Free:      1.800.451.3376
Toll Free Fax:  1.888.451.3376
www.setdepo.com