# Exhbit C

STAVELEY
SERVICES

Conam Inspection
Analytical & Quality Services

3985 Teal Court
Benicia, CA 94510
Telephone + 1 707-746-5870
Facsimile + 1 707-746-8664



# Memorandum

**To:**    Conam Inspection Employees assigned to the Martinez Refining Company site

**From:**  Chuck Penley, General Manager

**Date:**  February 07, 2000

**Re:**    Alternative Workweek Schedule

---

The Martinez Refining Company operates on several work schedules, including the 9/80 and 4/10 Alternate workweek schedules. These Alternate workweek schedules are a site-specific requirement as stated in our current contract. In order to comply, Conam Inspection is initiating the proposal of these two Alternate workweek schedules to the employees assigned to this facility.

A Secret ballot will be held on February 23, 2000. A 2/3rd passing vote must be obtained for these schedules to be implemented. A definition of both schedules will be provided.

Pltfs' EXHIBIT 7 (598)
FOR IDENTIFICATION
WITNESS: JC Foloth
DATE: 7/15/08
DEBRA M. NAKANO PERRY
DEPOSITION OFFICER
1

**Conam Inspection**
Analytical & Quality Services

3985 Teal Court
Benicia, CA 94510
Telephone + 1 707-746-5870
Facsimile + 1 707-746-8664



# Memorandum

**To:**    Conam Inspection Employees assigned to the Martinez Refining Company site

**cc:**    Accounting/Payroll Department

**From:**  Chuck Penley, General Manager

**Date:**  February 24, 2000

**Re:**    Alternative Workweek Schedule

In order to comply with our client's requirements, Conam Inspection proposed to it's employees assigned at this facility, two Alternate workweek schedules.

A Secret ballot was held on February 23, 2000. A $2/3^{rd}$ passing vote was required for these schedules to be implemented. The secret ballot was held for a total of 17 employees, and the results were 16-1 in agreement.

1

CO 019343

7.2

## THE ALTERNATIVE WORKWEEK SCHEDULES

*The "regularly scheduled alternative workweek" must provide for specified workdays and specified work hours, and these workdays and work hours must be fixed and regularly recurring.*

### THE 4/10 SCHEDULE

The 4/10 Schedule translates into four 10 hour days:  (A) Monday through Thursday, or (B)Tuesday through Friday.

EXAMPLE:

|          | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL |
|----------|-----|-----|-----|-----|-----|-----|-----|-------|
| schedule A | 10 | 10 | 10 | 10 | off | off | off | 40 |
| schedule B | off | 10 | 10 | 10 | 10 | off | off | 40 |

### THE 9/80 SCHEDULE

The 9/80 Schedule translates into a total of nine days of work in an 80-hour period—five days one calendar week and four days the following calendar week.  Eight of the shifts are nine hours and one shift is eight hours.  Employees on this schedule would receive one extra day off per 80-hour pay period.
**A regularly scheduled alternative workweek adopted by a secret ballot election cannot provide for more than 40 hours regularly scheduled within a workweek**

Avoiding the necessity for overtime payments in this situation requires a non-traditional method of defining workdays and workweeks.  Under the 9/80 schedule, employers must begin the workweek for day shift employees between the fourth and fifth hours of work on any day of the week, and define the workweek so that employees will not be required to work more than 40 hours  This means the employee would work some hours of the shift on one workday, and the remaining hours of that shift on the next workday.

On this 9/80 Schedule, the workweek and workday begin at noon on Friday and end at noon on the following Friday.  The workday begins at noon on any given day and continues until noon the following day.  This alternative workweek schedule is consistent and repeatable over every two-week period.

EXAMPLE:

|          | FRI | SAT | SUN | MON | TUE | WED | THU | FRI | TOTAL |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| workweek 1 "—" = noon | off | off | off | 5 | 5 | 5 | 5 | 4 | |
| | off | off | off | 4 | 4 | 4 | 4 | | 40 |
| workweek 2 | 4 | off | off | 5 | 5 | 5 | 5 | off | |
| | | off | off | 4 | 4 | 4 | 4 | | 40 |

CO 019344

7.3

## OVERTIME

An employee working under an alternative workweek schedule:

   a)  shall be paid overtime compensation at the rate of one and one-half times the employee's regular rate of pay for any work in excess of the regularly scheduled hours established by the alternative workweek agreement and for all hours worked in excess of 40 per week.

   b)  shall be paid overtime compensation at the rate of double the employee's regular rate of pay for all hours worked in excess of 12 hours per day on scheduled workdays, and for any work in excess of 8 hours on days worked other than regularly scheduled workdays.

## VACATION / SICK

Vacation and Sick hours used in conjunction with hours worked in a day will not count towards the calculation of daily overtime.

## HOLIDAYS

The first 12 hours worked on a client-recognized holiday will be paid at one and one-half times the employee's regular rate of pay. All hours worked in excess of 12 will be paid at a rate of double the employee's regular rate of pay. See your Supervisor for a current list of client-recognized holidays.

CO 019345

7.4

# BALLOT SHEET

February 23rd, 2000

.I have read the company definitions concerning both the Standard 40 hour work week schedule and the Alternative work week schedule.

1.  Again, the Alternative work schedule is defined as:

✓ 9/80 shift – Nine days of work in a 80 hour period, five days one calendar week and four days the following. Eight (8) of the shifts are nine hours and one (1) shift is eight hours etc.

✓ 4/10 schedule, working ten (10) hours a day, four (4) days a week, either Monday through Thursday or Tuesday through Friday.

These Alternative work schedules are a site-specific requirement as stated in the current contract. A 2/3rd-passing vote must be obtained for the alternative schedule to be implemented.

Personnel not assigned at the site, and called in occasionally will revert to the Conam Inspection standard workweek.

Please cast your vote accordingly and return to the site supervisor.


_____    YES, I agree to the Alternative work schedules.


_____    NO, I do not agree to the Alternative work schedules.


CO 019346

7.5

# Exhibit D

# CONAM 

Conam Location;
Martinez Refining Company
(a division of Equilon Enterprises).
Martinez, CA 94553
Telephone 925-313-3831
Facsimile 925-313-3023

## Interoffice Memo

ATTN: CONAM PERSONNEL AT MRC

FROM: MIKE PRICE

DATE: 1/11/00

SUBJECT: ALTERNATIVE WORKWEEK.

All Conam employees working at MRC on a regular basis, should understand that the 40 hour work week rules have changed as of January 1st 2000
To work an alternative workweek, employees working this schedule must have a secret ballot for its acceptance or rejection.
Before we all do this, why don't you take a minute to look at the schedules identified bellow. If the 9-80 schedule is acceptable to you please follow the directions on the ballot sheet. Your Supervisor will make the results immediately available to you. A 2/3 acceptance is all that's required to implement the alternative schedule.

**Date AB 60's Changes Take Effect**
- January 1, 2000 for most California businesses
- Delayed until July 1, 2000 for a few industries (details below)

**Overtime Pay Requirements as of January 1, 2000**
- Time and a half for hours worked beyond eight in a workday;
- Double time for hours worked beyond 12 in a workday;
- Time and a half for the first eight hours worked on the seventh consecutive workday in a workweek;
- Double time for hours worked beyond eight on any seventh consecutive workday of a workweek
- Time and a half for hours worked beyond 40 in a workweek.
- No pyramiding - once time is counted as overtime, it cannot be counted as overtime under some other form of overtime. For example, an employee works 12 hours Monday, Tuesday, Wednesday, and Thursday. The employee must be paid four hours of daily overtime for all four days - 16 hours of daily overtime. These 16 hours cannot be used again for purposes of calculating weekly overtime. The employee worked 32 hours of straight time and is not entitled to weekly overtime until after he/she has worked 40 straight time hours in the workweek

It is important that employers define their workday (consecutive 24-hour period) and workweek (seven consecutive 24-hour periods) in order to determine when overtime pay is required. If the employer does not designate a workday or workweek, DLSE will begin the workday at midnight and each workweek as beginning at midnight on Sunday and ending at midnight on Saturday.
*Note:* Employees covered by collective bargaining agreements that pay premium rates for overtime hours and at least 30% more than the state minimum wage are exempted from the new requirements

Pltfs EXHIBIT 8 (5p4)
FOR IDENTIFICATION,
WITNESS: _____
DATE: 1/15/03
DEBRA M. NAKANO PERRY
DEPOSITION OFFICER

Conam Inspection Inc.
A subsidiary of Staveley North America

8.1

**Make-Up Time Will Be Available**
- Employees will be able to request time off for personal obligations and make up the time without the employer having to pay overtime;
- Employee may work no more than 11 hours on another workday to make up the time off;
- Time must be made up within the same workweek;
- Employee must provide signed, written make-up time request for each occasion;
- Employers may not "encourage" or "solicit" make-up time requests;
- *Example*: Employee requests 3 hours off on Monday to go to a doctor's appointment. Employee then works 11 hours on Tuesday (or an extra hour each day on Tuesday, Wednesday and Thursday) without the employer having to pay overtime
- Employees on alternative workweeks as well as five eight hour days will be able to make-up time, under the above rules.

**Alternative Workweeks**
- Employers will be able to present to employees the opportunity to vote to implement alternative workweek schedules (allows employees to work more than eight hours per day, up to 40 hours per week, without payment of overtime);
- Requires a two-thirds vote of affected employees by secret ballot;
- Employer may offer one alternative schedule or a menu of schedules from which employees may pick;
- Limits the workday to no more than 10 hours;
- Employees on alternative workweek schedules may use new make-up time provisions;
- Any hours worked outside the agreed-upon schedule are paid at time and a half, unless make-up time is used;
- Employers must reasonably accommodate employees who can't or don't want to work the alternative workweek schedule;
- Schedule must be reported to the state's Division of Labor Statistics and Research;
- Errors in implementing or carrying out an alternative workweek subject the employer to penalties for back overtime wages
- Employers may not reduce an employee's regular rate of hourly pay as a result of the adoption, repeal or nullification of an alternative workweek schedule. This prohibition applies to reductions in the regular rate of pay that are implemented on or after January 1, 2000; it does not apply to any reduction implemented prior to January 1, 2000
- An employer who wishes to terminate an alternative workweek schedule can do so without holding a repeal election, after providing reasonable advance notice to its employees

*Note:* An employee already voluntarily working a valid alternative workweek schedule as of July 1, 1999 (not more than 10 hours per day) may continue that schedule after January 1, 2000 without overtime premiums if the employer approves a written request by that employee to do so. However, alternative workweek schedules adopted pursuant to the five wage orders amended January 1, 1998 (Orders 1, 4, 5, 7 and 9) — eliminating daily overtime — are nullified and may not be continued after January 1, 2000.

*Additional Information* about implementing an Alternative Workweek is available in the *Alternative Workweek Bulletin* on this website.

**Liability for Fines**
- New fines will be imposed on employers who do not comply with new law
- DLSE has clarified that individual employees (who do not formulate policies that lead to non-payment of required overtime) will not be fined
- First offense: $50 per underpaid employee plus the amount of wages that were underpaid;
- Second offense: $100 per underpaid employee plus the amount of wages that were underpaid

**Additional Changes/Clarifications**
- "One day of rest in seven" requirement is met if employees receive the equivalent amount each calendar month (no entitlement to one day off each calendar week);
- Prior to AB60, employees who worked less than 30 hours in a week and less than six hours in any one day of the week were not subject to the seventh day premium pay. That exemption no longer exists. The seventh day premium pay is required if the employee works seven consecutive days in a workweek, regardless of the total number of hours worked during that workweek or during any of the days during that workweek
- Full-time (40-hour) salaried non-exempt employee's regular hourly rate is to be calculated as 1/40th of the employee's weekly salary

Conam Inspection Inc
A subsidiary of Staveley North America

# MARTINEZ REFINING COMPANY
## Alternative WorkWeek Examples.

### 9 - 80

Under normal working conditions, the 9-80 work schedule is in effect. This schedule requires that the employee work 44 hours one week and 36 hours the other week. When this schedule is in effect, the following shall apply.

STRAIGHT TIME – 1st week 9 hours per day for Monday through Thursday and 8 hours Friday.
                                2nd week 9 hours per day Monday through Thursday (Friday is a day off).

OVERTIME            After straight time shift, 1 ½ times your normal rate up to 12 hours
                        First 12 hours on Saturday.
                        First 8 hours on Sunday.

PREMIUM TIME    All hours after 12, Monday through Saturday.
                        All hours after 8 hours on Sunday and including National Holidays.

### 4 - 10's

STRAIGHT TIME – 10 hours per shift, Monday through Thursday or Tuesday through Friday.

OVERTIME            After straight time shift, 1 ½ times your normal rate up to 12 hours
                        First 12 hours on Saturday.
                        First 8 hours on Sunday.

PREMIUM TIME    All hours after 12, Monday through Saturday.
                        All hours after 8 hours on Sunday and including National Holidays.

### 5 - 8's

During Turnarounds and other specialty work assignments, the 9-80 schedule is replaced by a regular 40-hour workweek. Whenever this occurs, the following shall apply.

STRAIGHT TIME – 8 hours per day, Monday through Friday.

OVERTIME –         After straight time shift, 1 ½ times your normal rate up to 12 hours.
                        First 12 hours on Saturday.
                        First 8 hours on Sunday.

PREMIUM TIME    All hours after 12, Monday through Saturday.
                        All hours after 8 hours on Sunday and including National Holidays

83

CO 006158



Conam Location;

Martinez Refining Company

a division of Equilon LLC.

Martinez, CA 94553

Telephone 925-313-3831

Facsimile  925-313-3023

## THE ALTERNATIVE WORKWEEK SCHEDULES

*The "regularly scheduled alternative workweek" must provide for specified workdays and specified work hours, and these workdays and work hours must be fixed and regularly recurring.*

### THE 4/10 SCHEDULE

The 4/10 Schedule translates into four 10 hour days:   (A) Monday through Thursday, or (B) Tuesday through Friday.

EXAMPLE:

|            | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL |
|------------|-----|-----|-----|-----|-----|-----|-----|-------|
| schedule A | 10  | 10  | 10  | 10  | off | off | off | 40    |
| schedule B | off | 10  | 10  | 10  | 10  | off | off | 40    |

### THE 9/80 SCHEDULE

The 9/80 Schedule translates into a total of nine days of work in an 80-hour period—five days one calendar week and four days the following calendar week   Eight of the shifts are nine hours and one shift is eight hours.   Employees on this schedule would receive one extra day off per 80-hour pay period.
**A regularly scheduled alternative workweek adopted by a secret ballot election cannot provide for more than 40 hours regularly scheduled within a workweek**

Avoiding the necessity for overtime payments in this situation requires a non-traditional method of defining workdays and workweeks   Under the 9/80 schedule, employers must begin the workweek for day shift employees between the fourth and fifth hours of work on any day of the week, and define the workweek so that employees will not be required to work more than 40 hours   This means the employee would work some hours of the shift on one workday, and the remaining hours of that shift on the next workday

On this 9/80 Schedule, the workweek and workday begin at noon on Friday and end at noon on the following Friday.   The workday begins at noon on any given day and continues until noon the following day.   This alternative workweek schedule is consistent and repeatable over every two-week period.

EXAMPLE:

|  | FRI | SAT | SUN | MON | TUE | WED | THU | FRI | TOTAL |
|--|-----|-----|-----|-----|-----|-----|-----|-----|-------|

CO 006160

| workweek 1 | off | off | off | 5 | 5 | 5 | 5 | 4 | |
| "---" = noon | off | off | off | 4 | 4 | 4 | 4 | | 40 |
| workweek 2 | 4 | off | off | 5 | 5 | 5 | 5 | off | |
| | | off | off | 4 | 4 | 4 | 4 | | 40 |

## OVERTIME

An employee working under an alternative workweek schedule:

a) Shall be paid overtime compensation at the rate of one and one-half times the employee's regular rate of pay for any work in excess of the regularly scheduled hours established by the alternative workweek agreement and for all hours worked in excess of 40 per week.

b) Shall be paid overtime compensation at the rate of double the employee's regular rate of pay for all hours worked in excess of 12 hours per day on scheduled workdays, and for any work in excess of 8 hours on days worked other than regularly scheduled workdays.

## VACATION / SICK

Vacation and sick hours-used in conjunction with hours worked in a day will not count towards the calculation of daily overtime

## HOLIDAYS

The first 12 hours worked on a client-recognized holiday will be paid at one and one-half times the employee's regular rate of pay. All hours worked in excess of 12 will be paid at a rate of double the employee's regular rate of pay. See your Supervisor for a current list of client-recognized holidays.

# Exhibit E

# CONAM I & ES

# EMPLOYEE MANUAL

Plff's EXHIBIT 9 (32 pg)
FOR IDENTIFICATION
WITNESS: Belto 16th
DATE: 3/5/08
DEBRA M. NAKANO PERRY
DEPOSITION OFFICER

1

CO 019347

9.1

## VII. TIME AND ATTENDANCE/RELATED PAY POLICIES

The nature of CONAM I & ES' business dictates that CONAM I & ES always remain open for business. Our clients expect CONAM I & ES to support them 24 hours a day, 7 days a week, 365 days a year. This is the nature of the work employees are expected to perform at CONAM I &ES. From time to time, employees are asked to report to work at various start times (morning, evening or night). In addition, employees are sometimes asked to work at various starting times on very short notice. On some occasions, employees are required to work overtime and, perhaps, to do so on short notice. CONAM I & ES understands the inconvenience of this to the personal lives of its employees and will try to minimize this inconvenience; however, it is a necessary part of our business

### A. Work Schedules

Your work schedule is determined at the time you are hired and may change depending on your department's business needs. Your supervisor should review with you the department's scheduling needs periodically. Changes to the schedule may be made as necessary. Your supervisor should keep you informed of any schedule changes, including any overtime needs. Your understanding and cooperation in meeting work schedules in your department are important to maintaining a productive work environment

#### Standard Work Week
Forty (40) hours per week shall constitute the standard workweek. Shifts shall be established, as business needs dictate. The workweek commences at 12:01 a.m. on Monday and extends through 12:00 midnight on the next Sunday. You will be notified if your location follows a different Standard Workweek than described above

#### Exchanging Work Schedules
Exchanging work schedules with other employees is not allowed without prior authorization by the supervisor involved. If it is necessary to exchange schedules, notify your supervisor who may authorize the exchange if possible. Work schedule exchanges will not be approved for mere convenience of if the exchange will result in a disruption of or interference with normal operations or will result in excessive overtime

### B. Breaks

Time away from your desk or workstation during each workday is important. You are encouraged to take a lunch break. However, to ensure that workflow is not disrupted in your area, lunch breaks should be scheduled with your supervisor. Lunch is not considered time worked. Additional breaks may be scheduled at the discretion of your supervisor and in accordance with applicable state laws.

### C. Overtime

Overtime is paid in accordance with all applicable federal and state laws. It may vary by state. It may also vary by customer preference only to the extent that it supercedes applicable laws

### D. Call-in-Pay

If a non-exempt or hourly employee is called into work at the specific request of a supervisor, the employee shall be paid as required by state law.

### E. Reporting Time Worked

Every non-exempt (hourly) employee is responsible for completing a timecard or time sheet to report hours worked during each pay period. This time reporting form is a legal document. Each employee is authorized to report only his/her own hours and to sign only his/her own time reporting form. Altering or falsifying a time reporting form, including reporting hours for another employee, is cause for corrective action up to and including termination. Employees who work on a customer's premises, or as a contracted or sub-contracted employee, must have their time reporting forms signed by a customer representative

14

CO 019360

9.14

**F. Payday**

During a year, the company has 26 paydays, on alternate Fridays  If a regularly scheduled payday falls on a holiday, employees will be paid on the preceding workday.

Wages are paid by check or direct deposit  All legal, voluntary and involuntary deductions are shown on the check stub or voucher

Your paycheck will not be delivered to anyone other than you or your supervisor unless you request in writing to your supervisor that the check be released to someone else.  Picture identification may be required before the paycheck is released.  If you are absent on payday, your check will be mailed to your home address unless you have made other arrangements in writing to your supervisor.

**G. Absenteeism and Tardiness**

It is important that every employee report to work promptly at the time scheduled by their supervisor  Employees are expected to report to work as scheduled, on time and prepared to work.  Employees are also expected to remain at work for their entire work schedule, except for meal periods, breaks or when you are required to leave on authorized Company business.  Late arrivals, early departures or other absences from scheduled hours are disruptive and must be avoided

When you know you are going to be late or absent, you must personally call your supervisor  Your absence or tardiness must be reported <u>directly to your supervisor</u> or other designated personnel, at least one hour prior to the start of your shift.  If you call in less than one hour before the start of your shift, you will be considered tardy for that day.  In all cases of absence or tardiness, employees must provide their supervisor with an honest reason or explanation

Employees must also inform their supervisor of the expected duration of any absence  You must call in on any day you are scheduled to work and will not report to work  Unreported or unexcused absences may be documented by corrective action.  Unreported or unexcused absences may be documented by corrective action up to and including termination of employment  See the Paid Time Off policy elsewhere in this Handbook for further information.

*If you fail to report to work without notifying your supervisor and your absence continues for a period of three days, the Company will consider you as having voluntarily resigned your employment.*

**H. Paid Time Off**

CONAM I & ES recognizes the need for employees to have paid time off from work for rest and relaxation, and occasionally for the illness or injury of the employee or legal dependent of the employee

Paid Time Off (PTO) provides you with paid time away from your job.  You can use PTO for vacation days, sick days for you and your family, or for any personal or family matters that require you to take time off work  PTO is your time to manage and use as you feel appropriate.

Upon entering the regular full-time employment classification, an employee begins to earn PTO according to the accrual rate listed below  Before PTO can be used, the employee must complete 90 calendar days  After that time, the employee can request use of earned PTO including the time accrued during the waiting period

PTO hours will be accrued on a per pay period basis for employees actively at work  Employees on short-term or long-term disability will not accrue PTO hours  All PTO must be used before any unpaid time off can be granted.  At no time shall an employee have a negative balance in the PTO account, unless approved in advance by the President  Employees begin accruing at the higher accrual rate on the pay period that their anniversary date falls.

PTO hours will accrue on a per pay period basis at the rate shown on the table below:

| Years of Service | Accrued Rate | Earned in 12 months |
|---|---|---|
| Hire through 5 | 5.23 hours | 120 hours = 17 days |
| 6 through 15 | 6 77 hours | 160 hours = 22 days |
| 16 plus | 8 31 hours | 200 hours = 27 days |

15

CO 019361

9.15

# Exhibit F



**bp** West Coast Products LLC                              bp

**Contractor:** *CONAM INSPECTION*          **bp** Coordinator: Ron Clarkson

| Employee Name: STEVE TAILON | Work Description: PT ASST. | Job Number: 52575/3565 |
| --- | --- | --- |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | Film Quantity Sq. inch | Name Tech/Assistant | T.S. No. Office use only |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-24-05 | 2825 | PT ASST | 0600 | 1630 | 10 | 10 | | | | | | Richard Gorcia | |
| 1-25-05 | 2825 | | 0600 | 1630 | 10 | 10 | | | | | | | |
| 1-26-05 | 2825 | | 0300 | 0700 | 4 | 4 | | | | | | | |
| 1-27-05 | 2825 | | 0600 | 1630 | 10 | 10 | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Consumables/Comments:

UT:

MT:

PT:

Office Use Only: (pieces of film)

Film: 4.5x10 =          4.5x17 =          8x10 =

14x17 =          Misc:

**SIGNATURE:**

# Exhibit G

 CONAM INSPECTION INC.

bp West Coast Products LLC

 bp

| Contractor: | **CONAM INSPECTION** | | | | bp Coordinator: Ron Clarkson | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | **Steve Taylor** | | | | Work Description: RT Asstistant | | | Job Number: S3797/46374 | | | |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/6/2005 | 28125 | RT Assistant | 6:00 | 1630 | 10 | 10 ✓ | | | | | | |
| 6/7/2005 | 28125 | RT Assistant | 6:00 | 1800 | 11.5 | 10 ✓ | 1.5 ✓ | | | | | |
| 6/8/2005 | 28125 | RT Assistant | 6:00 | 1200 | 6 | 6 ✓ | | | | | | |
| 6/9/2005 | 28125 | RT Assistant | 6:00 | 1830 | 12 | 10 ✓ | 2 ✓ | | | | | |
| 6/10/2005 | 28125 | RT Assistant | 6:00 | 1830 | 12 | 4 ✓ | 8 ✓ | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | 40  11.5 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| | | | | |

Consumables/Comments:

UT:

MT:

PT:

Film: 4.5x10 =          4.5x17 =          8x10 =

14x17 =          Misc:

SIGNATURE:

PLAINTIFF'S EXHIBIT
FOR IDENTIFICATION
WITNESS:
DATE:
DEERA M. NAGANO PERRY
DEPOSITION OFFICER

# Exhibit H



# MISTRAS GROUP
## Services Division (Non-Union)

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

# Employee Policy Manual

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

This manual specifically supersedes and replaces all previous employee manuals, manuals and policy statements, whether oral or written, or evidence in practice, issued by MISTRAS GROUP and its companies (CONAM I & ES and QSL Plus) effective August 1, 2006

**Recent Modifications**
Vacation Policy
Family and Medical Leave (FMLA)
Sick Leave
Short Term Disability

Exhibit __3__ (48ys)
**Previously Marked**

CON0267

- Consistently late for work, whether it be for a field job or work in the lab or office. Punctuality is a major selling point in our business. In order for us to offer punctuality to our customers, we must insist on it from our employees.
- Intentional and improper use of radiation or radiation safety equipment, or other chemicals or equipment.
- NOT complying with the company and/or customer safety regulations.
- Neglecting job duties and responsibilities or refusing to take or perform a work assignment
- Failure to comply with the company's Fitness for Duty policy.
- Sexual, verbal or physical harassment of a co-worker, supervisor, or third party.
- Interfering with the performance of other employees or supervisors
- Engaging or participating in any unlawful interruption of work.
- Insubordination to a supervisor.
- Causing a substantial loss.
- Altering any time card or punching another employee's time card.
- Absences from work without appropriate notice or supervisor approval
- Bringing firearms, intoxicating beverages or illegal drugs on the premises.
- Possessing, selling or abusing or being under the influence of any illegal drug or controlled substance while at work or on work time.
- Defacing company property or property of our clients.
- Removing from company premises any company property, records or other materials without proper authorization.
- Violating any company policy, including the company no solicitation and distribution policy.
- Assaulting an employee, supervisor, or customer or other acts of violence.
- Gambling on company premises or while conducting company business.
- Use of company property of customer information for personal benefit.
- Physical and/or verbal threats or abuse directed at an employee, supervisor, or customer.
- Failing to immediately report an accident or damage to MHG customer property
- Providing any type of service or consultation in conflict or competition with the Company's interests.

This list of unprofessional conduct is not intended to be all-inclusive. MHG reserves the right to determine whether other conduct not listed above may warrant accelerated corrective action or immediate termination.

### VII.   TIME AND ATTENDANCE/RELATED PAY POLICIES

The nature of MISTRAS Holdings Group: Services Division' business dictates that we always remain open for business. Our clients expect MHG to support them 24 hours a day, 7 days a week, and 365 days a year. This is the nature of the work employees are expected to perform. From time to time, employees are asked to report to work at various start times (morning, evening or night). In addition, employees are sometimes asked to work at various starting times on very short notice. On some occasions, employees are required to work overtime and, perhaps on short notice. MHG understands the inconvenience of this to the personal lives of its employees and will try to minimize this inconvenience; however, it is a necessary part of our business

### A. Work Schedules

Your work schedule is determined at the time you are hired and may change depending on your department's business needs. Changes to the schedule may be made as necessary. Your Supervisor should keep you informed of any schedule changes, including any overtime needs. Your understanding and cooperation in meeting work schedules in your department are important to maintaining a productive work environment.

#### Standard Work Week
Forty (40) hours per week constitutes the standard workweek. Shifts will be established, as business needs dictate. The workweek commences at 12:01 a.m. on Monday and extends through 12:00 midnight on the next Sunday. You will be notified if your location follows a different Standard Workweek than described above.

12

CON0286

**Exchanging Work Schedules**

Exchanging work schedules with other employees is not allowed without prior authorization by the supervisor involved. If it is necessary to exchange schedules, notify your Supervisor who may authorize the exchange. Work schedule exchanges will not be approved for mere convenience if the exchange will result in a disruption of or interference with normal operations or will result in excessive overtime.

## B. Breaks

Time away from your desk or workstation during each workday is important. You are encouraged to take a lunch break. However, to ensure that workflow is not disrupted in your area, lunch breaks should be scheduled with your supervisor. Lunch is not considered time worked. Additional breaks may be scheduled at the discretion of your supervisor and in accordance with applicable state laws.

## C. Overtime

Overtime compensation is paid to all nonexempt employees in accordance with federal and state wage and hour restrictions at the rate of 1-½ times straight pay. Overtime pay is based on actual hours worked. Overtime is paid for hours worked over 40 in the same work week according to Federal Law, unless State laws dictate otherwise. Time off from scheduled vacation leave, sick and/or holiday, jury duty and bereavement will not be considered hours worked for purposes of performing overtime calculations.

Double-time provisions are regulated by the State the employee works in and/or according to customer agreements

Please note: If an employee accepts a temporary position in another state or another office, that employee will be guided by all state and federal overtime rules by their work state or which ever overtime laws are employee favorable. Work state for purpose of definition is the state of where the employee's home office is located in.

## D. Reporting Time Worked

Every non-exempt (hourly) employee is responsible for completing a timecard or time sheet to report hours worked during each pay period. This time reporting form is a legal document. Each employee is authorized to report only his/her own hours and to sign only his/her own time reporting form. Altering or falsifying a time reporting form, including reporting hours for another employee, is cause for corrective action up to and including termination. Employees, who work on a customer's premises or as a contracted or sub-contracted employee, must have their time reporting forms signed by a customer representative. All overtime must be submitted to the employee's home office no later than Monday at 3:00 PM ET of a pay week. If overtime is submitted late, overtime will be paid on the following pay period

## E. Payday

Payday is normally on every other Friday for services performed during the two (2) week period ending the previous Sunday at 12:00 midnight. If a scheduled holiday falls with a banking holiday, employees will be paid on the preceding workday. *For QSL Plus non-union employees, the pay day will change to a bi-weekly, paid on alternate Fridays starting in January, 2005.*

Wages are paid by check or direct deposit. All legal, voluntary and involuntary deductions are shown on the check stub or voucher

Your paycheck will not be delivered to anyone other than you or your supervisor unless you request in writing to your supervisor that the check be released to someone else. Picture identification may be required before the paycheck is released. If you are absent on payday, your check will be mailed to your home address unless you have made other arrangements, in writing, to your supervisor.

13