# Exhibit K

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494

5  Attorneys for Defendant
   CONAM INSPECTION AND ENGINEERING
6  SERVICES, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GERALD LEE and STEVEN TAYLOR,    )  CASE NO.: C-07-4956-SI
   individually and on behalf of all others )
12 similarly situated,              )  **DEFENDANT CONAM**
                                    )  **INSPECTION AND**
13                                  )  **ENGINEERING SERVICE,**
           Plaintiffs,              )  **INC.'S SUPPLEMENTAL**
14   v.                             )  **RESPONSE TO PLAINTIFFS'**
                                    )  **FIRST SET OF REQUEST FOR**
15 CONAM INSPECTION AND             )  **ADMISSIONS**
   ENGINEERING SERVICES, INC.,      )
16                                  )
                                    )
17         Defendant.               )
                                    )
18 _____  )

19 PROPOUNDING PARTIES:   Plaintiffs Gerald Lee and Steven Taylor

20 RESPONDING PARTY:      Conam Inspection and Engineering Services, Inc.

21 SET NUMBER:            One

22    Defendant Conam Inspection and Engineering Services, Inc., ("Defendant")
23 supplements its response to Plaintiffs' First Set of Requests for Admissions
24 ("Request for Admission") as follows:

25

26

27

28

**REQUEST FOR ADMISSION NO. 5:**

Admit that CONAM has employed more that 50 EMPLOYEES in California as EMPLOYEES at all times since September 25, 2003.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admit.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the total number of EMPLOYEES working for CONAM in California for at least 30 days has, at any time since February 25, 2000, increased in size by at least 50% above the number of EMPLOYEES who worked for CONAM at the Benicia, California location in February 2000.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Defendant objects to this Request as vague, ambiguous, and unintelligible. Defendant further objects to this request as seeking information that is neither relevant to this natter nor reasonable calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, and because Defendant is unable to decipher what it is being asked to admit or deny, Defendant responds as follows: There is insufficient information at this time to admit or deny, and therefore Defendant denies the Request. Discovery and investigation are ongoing, and Defendant expressly reserves the right to supplement this response in the future.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the total number of EMPLOYEES working for CONAM in California for a least 30 days has, at any time since February 23, 2000, increased in size by at least 50% above the number of EMPLOYEES who voted to ratify the AWS in the AWS election held by CONAM on or around February 23, 2000.

DOCUMENT PREPARED ON RECYCLED PAPER

1  Defendant is currently ascertaining the information sought by this Request, and
2  therefore, Defendant cannot admit or deny the Request. Defendant expressly
3  reserves the right to supplement its response to this Request as additional facts are
4  discovered, revealed or otherwise ascertained.

DATED: June 3, 2008

MARCUS A. TORRANO
CANDACE S. BERTOLDI
FULBRIGHT & JAWORSKI L.L.P.
By

_____
Marcus A. Torrano
Attorneys for Defendant
CONAM INSPECTION AND
ENGINEERING SERVICES, INC.

# Exhibit L

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
555 SOUTH FLOWER STREET
FORTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071
WWW.FULBRIGHT.COM

CBERTOLDI@FULBRIGHT.COM
DIRECT DIAL: (213) 892-9363

TELEPHONE: (213) 892-9200
FACSIMILE: (213) 892-9494

July 25, 2008

**VIA FACSIMILE (415) 421-1700 & U.S. MAIL**

Steven M. Tindall, Esq.
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 725
San Francisco, CA 94111

Re: *Gerald Lee and Steven Taylor v. Conam Inspection and Engineering Services, Inc.*

Dear Mr. Tindall:

This letter will confirm our telephone conversation yesterday regarding the issues raised in your July 17, 2008 email. As we discussed, Marcus and I recently received some additional time sheets from our client. We are in the process of reviewing these time sheets and will produce them to you early next week.

With the exception of the aforementioned time sheets, we have produced all documents currently in our possession. Our client is diligently searching for more documents, including the documents mentioned by Mr. Bertoloiti during his deposition and any AWS election materials translated into another language. Discovery and investigation in this case is ongoing and, as a result, we cannot confirm at this time whether additional documents, including letters to the DLSR and documents concerning alternative workweek elections, exist or not. To the extent we discover additional non-privileged documents responsive to your document requests, we will certainly produce those documents at the earliest possible time.

As we also discussed during our telephone conversation, any Master Service Agreement, including the Agreement that was inadvertently produced to your office (Bates Nos. CON 00315 – CON 00350) is irrelevant to this case. Accordingly, we do not intend to produce any additional Master Services Agreements. Please return the Master Services Agreement previously produced to you at your earliest convenience and destroy any copies you may have made.

70353936.1
AUSTIN · BEIJING · DALLAS · DENVER · DUBAI · HONG KONG · HOUSTON · LONDON · LOS ANGELES · MINNEAPOLIS
MUNICH · NEW YORK · RIYADH · SAN ANTONIO · ST. LOUIS · WASHINGTON DC

Steven M. Tindall, Esq.
July 25, 2008
Page 2

    As always, thank you for your ongoing courtesy and cooperation in these regards. Please do not hesitate to contact me should you have any additional questions or if this letter does not accurately reflect our telephone conversation.

Sincerely,

Candace Bertoldi

70353936.1

# Exhibit M



**Rukin Hyland Doria & Tindall LLP**
ATTORNEYS

100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
www.rhdtlaw.com

July 25, 2008

VIA U.S. MAIL AND ELECTRONIC DELIVERY

Candace Bertoldi
Fulbright & Jaworski, L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, CA 90071

Re:   *Lee et al. v. ConAm, Inc.* (Case No.C 07-4956-SI)
      Further Meet & Confer regarding discovery requests

Dear Ms. Bertoldi:

Thank you for your letter of earlier today concerning our telephone conversation of July 24, 2008. This letter is to further memorialize that conversation. You indicated that you will produce the additional time sheets early next week. We appreciate your doing so because, as you know, our class certification motion is due on Friday, August 1, and we need to have the documents in time to refer to them in the motion.

You confirmed that, aside from these time sheets, you have produced all responsive documents currently in your possession. As we have discussed on multiple occasions, none of the documents that you have produced to date relate to AWS elections other than the Benicia election in February 2000. If you locate any other documents relating to any other elections in California, please forward them to us immediately. During our call, you agreed that if such documents were located before our reply brief is due, you would stipulate to granting us additional time to file our reply brief so that we may have sufficient time to review and consider such additional documents. We appreciate your cooperation in this regard.

Very truly yours,

Steven M. Tindall
Rukin Hyland Doria & Tindall LLP

Counsel for Plaintif

CC:   Ellyn Moscowitz (via electronic delivery)

# Exhibit N

**bp West Coast Products LLC**

Contractor: CONAM Inspection & Engineering Services, Inc. / CONAM I & E.S., Inc.

Employee Name: Jose Luis Cruches

Work Description: DRIVER / OCT 06' T/A   Job #:57866586

bp Coordinator: Ron Clarkson

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Tech/Asst Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/06 | 127762 | Driver | 06:30PM | 06:00AM | 11 | 10 | 1 | | | | | | |
| 11/7/06 | 127762 | " | 07:00PM | 06:00AM | 10.5 | 10 | .5 | | | | | | |
| 11/8/06 | 127762 | " | 06:30PM | 04:30AM | 12 | 10 | 2 | | | | | | |
| 11/9/06 | 127762 | " | 06:30PM | 01:30AM | 7 | 7 | | | | | | | |
| 11/10/06 | 126603 | " | 06:30PM | 06:00AM | 11 | 3 | 8 | | | | | | |
| 11/11/06 | 126604 | " | 06:30PM | 06:00AM | 11 | | 8 | 3 | | | | | |
| 11/12/06 | 126603 | " | 06:30PM | 06:00AM | 11 | | 8 | 3 | | | | | |

Weekly Total: 73.5 | 40 | 27.5 | 6

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127762 | 40.5 | 37 | 3.5 | |
| 126603 | 33 | 3 | 24 | 6 |
| | | | | |
| Billable Totals | 73.5 | 40 | 24 | 6 |

Comments:

Additional Equipment/Materials:

Misc:

SIGNATURE: [signature] 11/14/06

CO008614

**bp West Coast Products LLC**

Contractor: CONAM I & E.S., Inc.  
CONAM Inspection & Engineering Services, Inc.

Employee Name: Jose Magallon  
bp Coordinator: Ron Clarkson  
Work Description: RT / TA 2006  
Job #: 58095/94573

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-4-06 | 126603 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 459 | D.Harris |
| 12-5-06 | 126602 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 382 | D.Harris |
| 12-6-06 | 126603 | SR RT II | 1500 | 0530 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 459 | D.Harris |
| 12-7-06 | 138600 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 765 | D.Harris |
| 12-8-06 | 126603 | SR RT II | 1500 | 0330 | 12 | | 8 | 4 | IR 193 Dark Room | | 1 | 0 | D.Harris |
| | | | | Weekly Total | 60 | 40 | 16 | 4 | | | | 2,065 | |

Comments: S.J.R. 12/1/06

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 126603 | 36 | 20 | 12 | 4 |
| 126602 | 12 | 10 | 2 | |
| 138600 | 12 | 10 | 2 | |
| Billable Totals | 60 | 40 | 16 | 4 |

Additional Equipment/Materials:

Misc:

SIGNATURE: [signature]

**bp West Coast Products LLC**

Contractor: CONAM Inspection & Engineerig Services, Inc. / CONAM I & E.S., Inc.

Employee Name: Hector Orozco

bp Coordinator: Ron Clarkson

Work Description:

Job #: 88095/9457

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-4 | 28125 | RT/Asst | 6:00 | 4:30 | 10 | 10 | | | | | | | E. Hernandez |
| 12-5 | 28125 | RT/Asst | 6:00 | 4:30 | 10 | 10 | | | | | | | E. Hernandez |
| 12-6 | 138600 | RT/Asst | 6:00 | 4:30 | 10 | 10 | | | | | | | E. Hernandez |
| 12-7 | 89644 | RT/Asst | 6:00 | 4:30 | 10 | 10 | | | | | | | E. Hernandez |
| 12-9 | 132819 | RT/Asst | 2:00 | 2:30 | 12 | | 8 | 4 | | | | | T. Maxwell |
| 12-10 | 132819 | RT/Asst | 3:30 | 4:00 | 12 | | 8 | 4 | | | | | T. Maxwell |
| | | | Weekly Total | | 64 | 40 | 16 | 8 | | | | | |

Comments: S.A.R. 12/11/06

Additional Equipment/Materials:

Misc:

SIGNATURE: _____

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 28125 | 20 | 20 | | |
| 138600 | 10 | 10 | | |
| 89644 | 10 | 10 | | |
| 132819 | 24 | | 16 | 8 |
| Billable Totals | 64 | 40 | 16 | 8 |

**bp West Coast Products LLC**

Contractor: CONAM Inspection & Engineerig Services, Inc.
bp Coordinator: Ron Clarkson

Employee Name: Jose Magallon
Work Description: RT/ TA 2006
Job #: 58095/94573

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-4-06 | 126603 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 459 | D.Harris |
| 12-5-06 | 126602 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 382 | D.Harris |
| 12-6-06 | 126603 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 459 | D.Harris |
| 12-7-06 | 138600 | SR RT II | 1500 | 0330 | 12 | 10 | 2 | | IR 192 Dark Room | | 1 | 705 | D.Harris |
| 12-8-06 | 126603 | SR RT II | 1500 | 0330 | 12 | 8 | | 4 | IR 192 Dark Room | | 1 | 0 | D.Harris |
| | | | Weekly Total | | 60 | 40 | 16 | 4 | | | | 2,005 | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 126603 | 36 | 20 | 12 | 4 |
| 126602 | 12 | 10 | 2 | |
| 138600 | 12 | 10 | 2 | |
| Billable Totals | 60 | 40 | 16 | 4 |

Comments: S.J.R. 12/11/06

Additional Equipment/Materials:

Misc:

SIGNATURE: [signature]

CO007740

**CONAM Inspection & Engineerig Services, Inc.**

**bp West Coast Products LLC**

Contractor: CONAM I & E.S., Inc.

Employee Name: Jimmy Cortez   Work Description: Oct 06' T/A   Job #: 57610/88905

bp Coordinator: Ron Clarkson

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-30-06 | 132034 | RT Assit | 3pm | 4:30am | 13 | 10 | 2 | 1 | | | | | Tony mayo |
| 10-31-06 | 132034 | RT ASSIST | 3pm | 4:30 Am | 13 | 10 | 2 | 1 | | | | | Tony mayo |
| 10-1-06 | 127792 | RT ASSIST | 3 pm | 4:30 Am | 13 | 10 | 2 | 1 | | | | | Tony mayo |
| 11-2-06 | 127792 | RT ASSIST | 3pm | 3:30 Am | 12 | 10 | 2 | | | | | | Athony Long |
| 11-3-06 | | | OFF | OFF | | | | | | | | | |
| 11-4-06 | 127792 | RT ASSIST | 3pm | 4:30 Am | 13 | | 8 | 5 | | | | | Athony Long |
| 11-5-06 | 127792 | RT ASSIST | 3pm | 4:30 Am | 13 | | 8 | 5 | | | | | Tony mayo |
| | | | Weekly Total | | 77 | 40 | 24 | 13 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 132034 | 26 | 20 | 4 | 2 |
| 127792 | 51 | 20 | 16 | 10 |

Billable Totals

Comments:

Additional Equipment/Materials:

Misc:

SIGNATURE

CO007341

**CONAM Inspection & Engineering Services, Inc.**
**Contractor: CONAM I & E.S., Inc.**

**bp West Coast Products LLC**

Employee Name: Derek Gustafson
bp Coordinator: Ron Clarkson
Work Description: Visual
Job #: S7610/88965

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2006 | 124137 | API 510 | 17:00 | 5:30 | 12 | 10 | 2 | | | | | | |
| 10/31/2006 | 126602 | API 510 | 17:00 | 5:30 | 12 | 10 | 2 | | | | | | |
| 11/1/2006 | 126603 | API 510 | 17:00 | 5:30 | 12 | 10 | 2 | | | | | | |
| 11/2/2006 | 124137 | API 510 | 17:00 | 5:30 | 12 | 10 | 2 | | | | | | |
| 11/3/2006 | 126603 | API 510 | 17:00 | 5:30 | 12 | | 8 | 4 | | | | | |
| 11/4/2006 | 126602 | API 510 | 17:00 | 5:30 | 12 | | 8 | 4 | | | | | |
| 11/5/2006 | 126603 | API 510 | 17:00 | 5:30 | 12 | | 8 | 4 | | | | | |
| Totals | | | | | 84 | 40 | 32 | 12 | | | | | |

Weekly Total

Comments:

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 10/22/2006 126602 | 84 | 40 | 32 | 12 |
| 126603 | | | | |
| 124137 | | | | |
| Billable Totals | 84 | 40 | 32 | 12 |

Additional Equipment/Materials:

Misc:

SIGNATURE

**Contractor:** CONAM I & E.S., Inc.  
**bp Coordinator:** Ron Clarkson  
**Employee Name:** MATT HERRERA  
**Work Description:** SR API OCT T/A  
**Job #:** 57610-58965

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-30 | 12663 | API 510 | 6:00 | 6:30 | 12 | 10 | 2 | | | | | | |
| 10-31 | 12663 | API 510 | 6:00 | 6:30 | 12 | 10 | 2 | | | | | | |
| 11-1 | 12663 | API 510 | 6:00 | 6:30 | 12 | 10 | 2 | | | | | | |
| 11-2 | 12663 | API 510 | 6:00 | 6:30 | 12 | 10 | 2 | | | | | | |
| 11-3 | 12663 | API 510 | 6:00 | 6:30 | 12 | | 8 | 4 | | | | | |
| 11-4 | 12663 | API 510 | 6:00 | 6:30 | 12 | | 8 | 4 | | | | | |
| 11-5 | 12663 | API 510 | 6:00 | 6:30 | 12 | | 8 | 4 | | | | | |
| | | | Weekly Total | | | 40 | 32 | 12 | @ 03 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 12663 | 84 | 40 | 32 | 12 |
| **Billable Totals** | 84 | 40 | 32 | 12 |

Comments:  
Additional Equipment/Materials:  
Misc:  
SIGNATURE: [signed] 11/6/06

C.0007334

# bp West Coast Products LLC



**Contractor:** CONAM Inspection & Engineerig Services, Inc. — CONAM I & E.S., Inc.
**Employee Name:** CLIFF KESTER
**bp Coordinator:** Ron Clarkson
**Work Description:** Sr. API T/A
**Job #:** S7610 / 88965

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | 10 | 2 | | | | | | |
| 10/31/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | 10 | 2 | | | | | | |
| 11/1/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | 10 | 2 | | | | | | |
| 11/2/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | 10 | 2 | | | | | | |
| 11/3/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | | 8 | 4 | | | | | |
| 11/4/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | | 8 | 4 | | | | | |
| 11/5/2006 | 127792 | Sr.API Oct. T/A | 1800 | 630 | 12 | | 8 | 4 | | | | | |
| | | | Weekly Total | | 84 | 40 | 32 | 12 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127792 | 85 | 40 | 32 | 13 |
| Billable Totals | 85 | 40 | 32 | 13 |

Additional Equipment/Materials:

Misc:

SIGNATURE: J.F. 11/6/06

CO007330

**Contractor:** CONAM I & E.S., Inc.  
**Employee Name:** Chris Leny  
**bp Coordinator:** Ron Clarkson  
**Work Description:** OCT. 06' T/H  
**Job #:** 57849/91586

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-30 | 132032 | MT TECH II | 1600 | 0430 | 12 | 10 | 2 | | MT Yoke w/ Powder | Powder/can | 1 day | | |
| 10-31 | 132032 | | 1600 | 0430 | 12 | 10 | 2 | | | | | | |
| 11-01 | 132032 | | 1600 | 0630 | 14 | 10 | 2 | 2 | | | x3 can | | |
| 11-02 | 132032 | | 1600 | 0530 | 13 | 10 | 2 | 1 | | | | | |
| 11-03 | 132032 | | 1600 | 1700 | 1 | | 1 | | | | | | |
| 11-05 | 132032 | PT TECH II | 1600 | 0430 | 12 | | 8 | 4 | Pen | | | | |

Weekly Total: 64  ST 40  OT 17  DT 7

**Comments:**

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 132032 | 64 | 40 | 17 | 7 |

**Additional Equipment/Materials:**  
**Misc:**  
**SIGNATURE:** Christopher Leny

Billable Totals: 64 | 40 | 17 | 7