# Exhibit O

Contractor: CONAM I & E.S., Inc.    bp Coordinator: Ron Clarkson

Employee Name: Ernie Hernandez    Work Description: Sr. RT tech    Job #: S8095/94573

| Date (2006) | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4 | 28125 | Sr. RT Tech | 0600 | 1630 | 10 | 10 | | | Dark Room / IR-192 | | | 2856 | Hector Dracco |
| 12/5 | 28125 | S | 0600 | 1630 | 10 | 10 | | | | | | 2618 | |
| 12/6 | 138600 | | 0600 | 1630 | 10 | 10 | | | 1 can each (3) PT | Dev, Pen, Cleaner | | [illegible] | [illegible] |
| 12/7 | 89644 | | 0600 | 1630 | 10 | 10 | | | MT (16 oz Red Powder) | | | [illegible] | [illegible] |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | Weekly | Total | | | | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 28125 | 30 | 30 | | |
| 138600 | 10 | 10 | | |
| | | | | |
| | | | | |
| | | | | |
| Billable Totals | 40 | 40 | | |

Comments: [signature] 12/11/06

Additional Equipment/Materials:

Misc:

SIGNATURE: [signature]

CO007741

Nov-28-2006 05:30 From-INSPECTION OFFICE +310 816 3423 T-963 P.001/001 F-911

CONAM Inspection & Engineerig Services, Inc.

# bp West Coast Products LLC

bp

Contractor: CONAM I & E.S., Inc.

bp Coordinator: Ron Clarkson

Employee Name: Shawn Bird

Work Description: Senior NDE level II

Job #: 57842/91588

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-20-06 | 28132 | Sr NDE II | 0600 | 1630 | 10 | 10 | | | | | | | |
| | | | | | | | | | | | | | |
| 11-21-06 | 28132 | Sr. NDE II | 0600 | 1630 | 10 | 10 | | | | | | | |
| | | | | | | | | | | | | | |
| 11-22-06 | 28132 | Sr. NDE II | 0600 | 1630 | 10 | 10 | | | | | | | |
| | | | Weekly | Total | | | | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 28132 | 30 | 30 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Billable Totals | 30 | 30 | | |

Comments:

Additional Equipment/Materials:

Misc:

SIGNATURE

CO008396



S 7833-91573

CONAM Inspection and Engineering Services, Inc.

ExxonMobil

Contractor: Conam Inspection and Engineering Services, Inc.

Employee Name: Saied Behzadpoor

Conam Job Number: S7XXX - 9XXXX (Inspection)

| DATE | DAY | P.O. NUMBER | Craft Class | Time In | Time Out | Total Hrs. | ST Hrs. | OT Hrs. | DT Hrs. | WORK ORDER # | Technician / Assistant | COMMENTS | Job Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/06 | Mon | 4506962521 | | 5:10 | 15:45 | 10 | | | | | | | Noz. On Sphere 28X16 + Misc.+TB Ret. |
| 11/14/06 | Tue | 4506962521 | | 5:10 | 15:45 | 10 | | | | | | | Unit 22 - Exch.Tube B. Retire + Misc. |
| 11/15/06 | Wed | 4506962521 | | 5:10 | 15:45 | 10 | | | | | | | Unit 22 - Exch.Tube B. Retire + Misc. |
| 11/16/06 | Thur | 4506962521 | | 5:10 | 15:45 | 10 | | | | | | | Unit 22 - Exch.Tube B. Retire + Misc. |
| 11/17/06 | Fri | 4506962521 | | - | - | - | | | | | | | |
| 11/18/06 | Sat | 4506962521 | | - | - | - | | | | | | | |
| 11/19/06 | Sun | 4506962521 | | - | - | - | | | | | | | |

| P.O Number | Total Hours | ST | OT | DT |
|---|---|---|---|---|
| 4506962521 | | 40 | | |

Consumables:

UT:

MT:

PT:

Film: 4.5x10 = 4.5x17 = 8x10 =

14x17 = Misc:

Customer Approval: SPHoul 11/16/06

Supervisor Approval:

Employee Signature: Behzadpoor 11/16/06

CO008513

7831-91562

**CONAM** Inspection and Engineering Services, Inc. A Member of Mistras Holdings Group

**ExxonMobil**

Contractor: Conam Inspection and Engineering Services, Inc.

Employee Name: *Javier Avila*

Conam Job Number:

| DATE: | DAY | P.O. NUMBER | Craft Class | Time In | Time Out | Total Hrs. | ST Hrs. | OT Hrs. | DT Hrs. | Technician / Assistant | COMMENTS | Job Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/06 | Mon | 4507677250 | Assistant | 600 | 1630 | 10.00 | 10.00 | | | Jesse Torres | | Retro PMI |
| 11/14/06 | Tue | 4507677250 | Assistant | 600 | 1630 | 10.00 | 10.00 | | | Jesse Torres | | Retro PMI |
| 11/15/06 | Wed | 4507677250 | Assistant | 600 | 1630 | 10.00 | 10.00 | | | Jesse Torres | | Retro PMI |
| 11/16/06 | Thurs | 4507677250 | Assistant | 600 | 1630 | 10.00 | 10.00 | | | Jesse Torres | | Retro PMI |
| | Fri | | | | | | | | | | | |
| | Sat | | | | | | | | | | | |
| | Sun | | | | | | | | | | | |

| P.O. Number | Total Hours | ST | OT | DT |
|---|---|---|---|---|
| 4507677250 | 40.00 | 40.00 | | |
| Total Hours | 40 | 40.00 | | |

Consumables:

UT:

MT:

PT:

Film: 4.5x10 =

14x17 : 4.5x17 = 8x10 =

Misc:

Customer Approval:

Supervisor Approval:

Employee Signature:

# bp West Coast Products LLC

Contractor: **CONAM INSPECTION**

bp Coordinator: *Ron Clarkson*

Employee Name: RICK FIELD

Work Description: LEVEL II UT

Job Number: 51238/20923

| Date 2004 | AFC No Charge/ | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/2004 | 28133 | *Tech II* | 6am | 430pm | 10 | 10 | | | | | | |
| 7/13/2004 | 28133 | *Tech II* | 6am | 430pm | 10 | 10 | | | | | | |
| 7/14/2004 | 28133 | *Tech II* | 6am | 430pm | 10 | 10 | | | | | | |
| 7/15/2004 | 28133 | *Tech II* | 6am | 430pm | 10 | 10 | | | | | | |
| | | | | | | 40 | | | | | | |

| CHARGE/AFC# | HOURS | ST | OT | DT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Hrs | 40 | 40 | 0 | 0 |

**Consumables/Comments:**

UT:

MT:

PT:

Film: 4.5x10 = 4.5x17 = 8x10 = 14x17=

Misc:

SIGNATURE:

07/19/2004 07:00 EXXON MOBIL INSPECTION DEPT → 9156259765570 NO.740 005

ExxonMobil

Contractor: CONAM I & ES

Employee Name: Richard Garcia

Conam Job Number: S588/10812

| DATE | DAY | PO Number | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | WORK ORDER# | Technician/ Assistant | COMMENTS | Job Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/04 | MON | 4504511554 | Assist | 6:00 | 16:30 | 10 | 10 | | | | R.Platt | 570 Walkdowns | |
| 7/13/04 | TUE | 4504511554 | Assist | 6:00 | 16:30 | 10 | 10 | | | | R.Platt | 570 Walkdowns | |
| 7/14/04 | WED | 4504511554 | Assist | 6:00 | 16:30 | 10 | 10 | | | | R.Platt | 570 Walkdowns | |
| 7/15/04 | THU | 4504511554 | Assist | 6:00 | 16:30 | 10 | 10 | | | | R.Platt | 570 Walkdowns | |
| | FRI | 4504511554 | | | | | | | | | | | |
| | SAT | 4504511554 | | | | | | | | | | | |
| | SUN | 4504511554 | | | | | | | | | | | |
| | | | | | | | 40 | | | | | | |

| PO NUMBER | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| | | | | |

Consumables:

UT:

MT:

PT:

Film: 4.5x10 = 4.5x17 = 8x10 =

14x17 = Misc:

CUSTOMER APPROVAL:

SUPERVISOR APPROVAL: [signature]

EMPLOYEE SIGNATURE: Richard Garcia

# CONAM ENGINEERING AND INSPECTION SERVICES

EMPLOYEE NAME: Joshua Uyguanco

EMPLOYEE # : 300325

SHIFT REPORT (Check): 5X8 / 9-80 ✓ / 4X10

DEPT # 59000

SHEET 1 OF 1

| DAY | DATE | JOB DESCRIPTION LOCATION | JOB # | ACTIVITY CODE | LABOR ST | LABOR OT | LABOR DT | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT/MISC ITEM # | EQUIPMENT/MISC HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRI | 3/11/05 | SMR | B2466 | 2140 | 4 | | | | | | |
| SAT | 3/12/05 | | | | | | | | | | |
| SUN | 3/13/05 | | | | | | | | | | |
| MON | 3/14/05 | SMR | B2466 | 2140 | 9 | | | | | | |
| TUE | 3/15/05 | SMR | B2466 | 2140 | 4 | | | | | | |
| | | Timec | | 2100 | 5 | | | | | | |
| WED | 3/16/05 | SMR | B2466 | 2121 | 5 | | | | | | |
| | | Timec | | 2100 | 4 | | | | | | |
| THR | 3/17/05 | SMR | B2466 | 2140 | 5 | | | | | | |
| | | Timec | | 2100 | 4 | | | | | | |
| FRI | 3/18/05 | Off | | | | | | | | | |
| | | | TOTAL WEEKLY LABOR | | 40 | | | | | | |

EMPLOYEE SIGNATURE: [signature]

DATE: 3/18/05

SUPERVISOR SIGNATURE: [signature]

DATE 3/17/05

405T

NO MORE THAN 40 HOURS STRAIGHT TIME ON EACH WEEKLY TIMESHEET.
*** EXCEPT NATIONAL HOLIDAYS - FIRST 12 HOURS ARE AT OVERTIME RATE

*OVERTIME IS AFTER YOUR REGULAR STRAIGHT TIME SHIFT UP TO 12 HOURS. AFTER TWELVE HOURS - DOUBLE TIME. ANY REGULAR DAYS OFF - IF WORKED - FIRST 8 HOURS OVERTIME, ALL HOURS AFTER 8 ARE AT DOUBLE TIME****

IF YOU ARE NOT SURE OF YOUR HOURS, ASK YOUR SUPERVISOR.

FROM : CONAM INSPECTION @ SHELL OIL FAX NO. : 925 313 3023 Mar. 21 2005 08:44AM P9

# CONAM ENGINEERING AND INSPECTION SERVICES

EMPLOYEE NAME: Rick Surber

EMPLOYEE #: 

SHIFT REPORT (Check): 5X8 / 9-80 [X] / 4X10 — A

DEPT # 59000

SHEET 1 OF 1

| DAY | DATE | JOB DESCRIPTION LOCATION | JOB # | ACTIVITY CODE | LABOR ST | LABOR OT | LABOR DT | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT/MISC ITEM # | EQUIPMENT/MISC HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRI | 3/11 | | | | | | | | | | |
| SAT | 3/12 | | | | | | | | | | |
| SUN | 3/13 | | | | | | | | | | |
| MON | 3/14 | PTO | | 1005 | 9 | | | | | | |
| TUE | 3/15 | PTO | | 1005 | 9 | | | | | | |
| WED | 3/16 | SMR | B2466 | 2140 | 8 | | | | | | |
| | | SMR | B2466 | 2121 | 1 | 2 | | | | | |
| THR | 3/17 | SMR | B2466 | 2121 | 7 | | | | | | |
| | | SMR | B2466 | 2101 | 1 | | | | | | |
| | | SMR | B2466 | 2100 | 1 | | | | | | |
| FRI | 3/18 | SMR | B2466 | 2140 | 4 | | | | | | |
| | | | TOTAL WEEKLY LABOR | | 40 | 2 | | | | | |

EMPLOYEE SIGNATURE: Rick Surber

DATE: 3-18-05

SUPERVISOR SIGNATURE: [signature]

DATE 3/21/05

22 ST
2 OT
18 ST PTO
2004 VAC 4.75 @66.50

NO MORE THAN 40 HOURS STRAIGHT TIME ON EACH WEEKLY TIMESHEET.
*** EXCEPT NATIONAL HOLIDAYS - FIRST 12 HOURS ARE AT OVERTIME RATE

OVERTIME IS AFTER YOUR REGULAR STRAIGHT TIME SHIFT UP TO 12 HOURS. AFTER TWELVE HOURS - DOUBLE TIME.
ANY REGULAR DAYS OFF - IF WORKED - FIRST 8 HOURS OVERTIME. ALL HOURS AFTER 8 ARE AT DOUBLE TIME***

IF YOU ARE NOT SURE OF YOUR HOURS, ASK YOUR SUPERVISOR.

CO010894

# CONAM ENGINEERING AND INSPECTION SERVICES

EMPLOYEE NAME: JACKSON SMITH

EMPLOYEE #: 401450

SHIFT REPORT (Check): 5X8 / 9-80 (checked) / 4X10

DEPT # 59000

SHEET 1 OF 1

| DAY | DATE | JOB DESCRIPTION LOCATION | JOB # | ACTIVITY CODE | [illegible] | LABOR ST | LABOR OT | LABOR DT | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT/MISC ITEM # | EQUIPMENT/MISC HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRI | 3/11/05 | PTO | | 1004 | | 4 | | | | | | |
| SAT | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | |
| MON | 3/14/05 | SMR | B2466 | 2140 | | 9 | | | | | | |
| TUE | 3/15/05 | SMR | B2466 | 2112 | | 7 | | | | | | |
| | | SMR | B2466 | 2140 | | 2 | | | | | | |
| WED | 3/16/05 | San R | B2466 | 2101 | | 5 | | | | | | |
| | | PARSONS | B2514 | 2112 | | 4 | | | | | | |
| THR | 3/17/05 | SMR | B2466 | 2112 | | 9 | | | | | | |
| FRI | | | | | | | | | | | | |
| | | | TOTAL WEEKLY LABOR | | | 40 | | | | | | |

EMPLOYEE SIGNATURE: [signature]

DATE: 3/17/05

SUPERVISOR SIGNATURE: [signature]

DATE 3/17/05

NO MORE THAN 40 HOURS STRAIGHT TIME ON EACH WEEKLY TIMESHEET.
*** EXCEPT NATIONAL HOLIDAYS - FIRST 12 HOURS ARE AT OVERTIME RATE

*OVERTIME IS AFTER YOUR REGULAR STRAIGHT TIME SHIFT UP TO 12 HOURS. AFTER TWELVE HOURS - DOUBLE TIME.*
*ANY REGULAR DAYS OFF - IF WORKED - FIRST 8 HOURS OVERTIME. ALL HOURS AFTER 8 ARE AT DOUBLE TIME****

IF YOU ARE NOT SURE OF YOUR HOURS, ASK YOUR SUPERVISOR.

$92.00 36 ST 4 ST PTO [illegible]

# Conam Inspection & Engineering Services

EMPLOYEE NAME: Mark Myers

EMPLOYEE # : 401729

SHIFT REPORT (Check): 5X8 [ ] 9-80 [A] 4X10 [ ]

DEPT # 59000

SHEET 1 OF 1

2005

| DAY | DATE | JOB DESCRIPTION LOCATION | JOB # | ACTIVITY CODE | LABOR TIER RATE | LABOR ST | LABOR OT | LABOR DT | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT/MISC ITEM # | EQUIPMENT/MISC HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fri. | | SMR | B2466 | | | | | | | | | |
| Sat. | | | | | | | | | | | | |
| Sun. | | | | | | | | | | | | |
| Mon. | 3/14 | SMR | B2466 | 2140 | | 9 | | | | | | |
| Tues. | 3/15 | SMR | B2466 | 2121 | | 6 | | | | | | |
| | | Parson | | | | 3 | | | | | | |
| Wed. | 3/16 | Sick | | | | 9 | | | | | | |
| Thurs. | 3/17 | SMR | B2466 | 2121 | | 9 | | | | | | |
| Fri. | 3/18 | SMR | B2466 | | | 4 | | | | | | |
| | | | TOTAL WEEKLY LABOR | | | 40 | | | | | | |

EMPLOYEE SIGNATURE: Mark Myers

DATE: 3/17/05

SUPERVISOR SIGNATURE: [signature]

DATE 3/21/05

NO MORE THAN 40 HOURS STRAIGHT TIME ON EACH WEEKLY TIMESHEET.

*** EXCEPT NATIONAL HOLIDAYS - FIRST 12 HOURS ARE AT OVERTIME RATE

OVERTIME IS AFTER YOUR REGULAR STRAIGHT TIME SHIFT UP TO 12 HOURS. AFTER TWELVE HOURS - DOUBLE TIME.

ANY REGULAR DAYS OFF - IF WORKED - FIRST 8 HOURS OVERTIME. ALL HOURS AFTER 8 ARE AT DOUBLE TIME***

IF YOU ARE NOT SURE OF YOUR HOURS, ASK YOUR SUPERVISOR.

Fax # (707) 746-8444

2005 VAC

31 ST

9 PTO

6.66 SICK

2.34 VAC

# SSNA WEEKLY T&M REPORT

EMPLOYEE NAME: Jack Kelley

EMPLOYEE #: 400979

SHIFT REPORT (Check): 5X8 / 9-80 / 4X10

DEPT # 59000

SHEET 1 OF 1

| DAY | DATE | JOB DESCRIPTION LOCATION | JOB # | ACTIVITY CODE | LABOR PREMIUM | LABOR ST | LABOR OT | LABOR DT | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT/MISC ITEM # | EQUIPMENT/MISC HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRI | 03/11/05 | SMR | B2466 | 2182 | | 4 | | | | | | |
| SAT | 03/12/05 | | | | | | | | | | | |
| SUN | 03/13/05 | | | | | | | | | | | |
| MON | 03/14/05 | SMR | B2466 | 2140 | | 4 | | | | | | |
| | | | B2466 | 2182 | | 5 | | | | | | |
| TUE | 03/15/05 | SMR | B2466 | 2140 | | 5 | | | | | | |
| | | Sick Leave | | 1005 | | 4 | | | | | | |
| WED | 03/16/05 | SMR | B2466 | 2182 | | 9 | | | | | | |
| THR | 03/17/05 | SMR | B2466 | 2182 | | 9 | | | | | | |
| FRI | 03/18/05 | 9/80 OFF | | | | | | | | | | |
| | | | TOTAL WEEKLY LABOR | | | 40 | | | | | | |

EMPLOYEE SIGNATURE: [signature]

Date: Mar. 21, 2005

SUPERVISOR SIGNATURE: [signature]

DATE 3/17/05

4/08T

NO MORE THAN 40 HOURS STRAIGHT TIME ON EACH WEEKLY TIMESHEET.
*** EXCEPT NATIONAL HOLIDAYS - FIRST 12 HOURS ARE AT OVERTIME RATE

OVERTIME IS AFTER YOUR REGULAR STRAIGHT TIME SHIFT UP TO 12 HOURS. AFTER TWELVE HOURS - DOUBLE TIME.
ANY REGULAR DAYS OFF - IF WORKED - FIRST 8 HOURS OVERTIME. ALL HOURS AFTER 8 ARE AT DOUBLE TIME***

# CONAM ENGINEERING AND INSPECTION SERVICES

EMPLOYEE NAME: Lawrence J. Campbell

EMPLOYEE # : 400980

SHIFT REPORT (Check): 5X8 / 9-80 / 4X10

DEPT # 59000

SHEET 1 OF 1

| DAY | DATE | JOB DESCRIPTION LOCATION | JOB # | ACTIVITY CODE | LABOR ST | LABOR OT | LABOR DT | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT/MISC ITEM # | EQUIPMENT/MISC HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRI | | | | | | | | | | | |
| SAT | | | | | | | | | | | |
| SUN | | | | | | | | | | | |
| MON | 3/14 | SMR | B2466 | 2200 | 9 | | | | | | |
| TUE | 3/15 | SMR | B2466 | 2200 | 9 | | | | | | |
| WED | 3/16 | Same | B2466 | 2200 | 9 | | | | | | |
| THR | 3/17 | SMR | B2466 | 2200 | 9 | | | | | | |
| FRI | 3/18 | PTO | B2466 | 1004 | 4 | | | | | | |
| | | | TOTAL WEEKLY LABOR | | 40 | | | | | | |

EMPLOYEE SIGNATURE: [signature]

DATE: 3-17-05

SUPERVISOR SIGNATURE: [signature]

DATE 3/17/05

36 ST
4 PTO
2005

NO MORE THAN 40 HOURS STRAIGHT TIME ON EACH WEEKLY TIMESHEET.

[illegible]

*OVERTIME IS AFTER YOUR REGULAR STRAIGHT TIME SHIFT UP TO 12 HOURS. AFTER TWELVE HOURS - DOUBLE TIME*

*ANY REGULAR DAYS OFF - IF WORKED - FIRST 8 HOURS OVERTIME. ALL HOURS AFTER 8 ARE AT DOUBLE TIME****