# Exhibit P


CONAM INSPECTION INC.

bp West Coast Products LLC

bp

CO016147

| Contractor: | **CONAM INSPECTION** | | bp Coordinator: Ron Clarkson | | | |
|---|---|---|---|---|---|---|
| Employee Name: | **Gerald Lee** | | Work Description | Piping & Vessels | | Job Number: | *S959/16969* |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs. | ST Hrs. | OT Hrs. | DT Hrs. | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2004 | 66163 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/11/2004 | 66163 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/12/2004 | 66163 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/13/2004 | 50489 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | Total | 40 | 40 | 0 | 0 | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 50489 | 10 | 10 | | |
| 66163 | 30 | 30 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Consumables/Comments:

UT:
MT: *Thomas Schesle*
PT:
Film: 4.5x10 =        4.5x17 =        8x10 =
        14x17 =        Misc:
SIGNATURE *Gerald Lee*



**bp** West Coast Products LLC

**bp**

| Contractor: | **CONAM INSPECTION** | **bp** Coordinator: Ron Clarkson | |
|---|---|---|---|
| Employee Name: | **Gerald Lee** | Work Description **Piping & Vessels** | Job Number: **S980/17342** |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S Explanation | O.S Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/11/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/12/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/13/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | Total | 40 | 40 | 0 | 0 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 70601 | 40 | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Consumables/Comments: _____

UT: _____
MT: _____ *Thomas Schuele*
PT: _____
Film: 4.5x10 =        4.5x17 =        8x10 =
        14x17 =        Misc:
**SIGNATURE** *Gerald Lee*

CO008868



**bp** West Coast Products LLC 

| Contractor: | **CONAM INSPECTION** | | **bp** Coordinator: Ron Clarkson | |
|---|---|---|---|---|
| **Employee Name:** | **Gerald Lee** | Work Description | Piping & Vessels | **Job Number:** S1010/17790 |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No Office Use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2004 | 50489 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/25/2004 | 66163 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/26/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 5/27/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | Total | 40 | 40 | 0 | 0 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 70601 | 20 | 20 | | |
| 50489 | 10 | 10 | | |
| 66163 | 10 | 10 | | |
| | | | | |
| | | | | |

Consumables/Comments:

UT:

MT:

PT:

Film: 4.5x10 =          4.5x17 =          8x10 =

14x17 =          Misc:

**SIGNATURE**

CO008972



| Contractor: | **CONAM INSPECTION** | | bp Coordinator: Ron Clarkson | | |
|---|---|---|---|---|---|

| Employee Name: | **Gerald Lee** | Work Description | Piping & Vessels | Job Number: | *S1044/18289* |
|---|---|---|---|---|---|

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2004 | | **Holiday Pay** | | | 8 | 8 | | | | | | |
| 6/1/2004 | 70601 | **API 510** | 6:00 | 1630 | 10 | 10 | | | | | | |
| 6/2/2004 | 70601 | **API 510** | 6:00 | 1630 | 10 | 10 | | | | | | |
| 6/3/2004 | 70601 | **API 510** | 6:00 | 1630 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | Total | 38 | 38 | 0 | 0 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 70601 | 30 | 30 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Consumables/Comments:

UT:
MT:
PT:
Film: 4.5x10 =        4.5x17 =        8x10 =
        14x17 =        Misc

SIGNATURE:



**CONAM INSPECTION INC.**

| Contractor: | **CONAM INSPECTION** | | bp Coordinator: Ron Clarkson | | |
|---|---|---|---|---|---|

| Employee Name: | **Gerald Lee** | Work Description | Piping & Vessels | Job Number: | S1108/19421 |
|---|---|---|---|---|---|

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2004 | 70601 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 6/22/2004 | 69877 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 6/23/2004 | | | | | | | | | | | | |
| 6/24/2004 | 70839 | API 510 | 6:00 | 1400 | 7.5 | 7.5 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | Total | | 27.5 | 27.5 | 0 | 0 | | | | |

Consumables/Comments:

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 70601 | 10 | 10 | | |
| 70839 | 7.5 | 7.5 | | |
| 69877 | 10 | 10 | | |
| | | | | |
| | | | | |

UT:

MT: _Thomas Schnale_

PT:

Film: 4.5x10 =        4.5x17 =        8x10 =

14x17 =        Misc:

**SIGNATURE** _Gerald Lee_

C0006466



bp West Coast Products LLC

bp

CO012653

**Contractor:** *CONAM INSPECTION*     bp **Coordinator:** Ron Clarkson

**Employee Name:** *Gerald Lee*     **Work Description** Piping & Vessels     **Job Number:** S2062/30794

| Date | Charge/ AFC No. | Crafts Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. (Office use only) |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 11/15/2004 | 87466 | API 510 | 6:00 | 10:30 | 4 | 4 | | | | | | |
| 11/16/2004 | 87467 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 11/17/2004 | 87466 | API 510 | 6:00 | 1630 | 10 | 10 | | | | | | |
| 11/18/2004 | 87467 | API 510 | 6:30 | 1630 | 9.5 | 9.5 | | | | | | |
| 11/19/2004 | 70601 | API 510 | 6:00 | 1200 | 6 | 6 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | Total | 39.5 | 39.5 | 0 | 0 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|------|------|------|------|------|
| 87466 | 14 | 14 | | |
| 87467 | 19.5 | 19.5 | | |
| 70601 | 6 | 6 | | |
| | | | | |
| | | | | |
| | | | | |

**Consumables/Comments:**

UT:

MT:

PT:

Film: 4.5x10 =          4.5x17 =          8x10 =

          14x17 =          Misc:

SIGNATURE



**bp** West Coast Products LLC

CONAM Inspection & Engineerig Services, Inc.



bp

| Contractor: | *CONAM I & E.S., Inc.* | bp Coordinator: Ron Clarkson |
| --- | --- | --- |

| Employee Name: Gerald Lee | Work Description: Vessel & Piping | Job # :S7559/88197 |
| --- | --- | --- |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/2/2006 | 69634 | API 510 | 6:00 | 16:30 | 10 | 10 | | | | | | | |
| 10/3/2006 | 69634 | API 510 | 6:00 | 16:30 | 10 | 10 | | | | | | | |
| 10/4/2006 | 69634 | API 510 | 6:00 | 10:00 | 4 | 4 | | | | | | | |
| 10/5/2006 | 69634 | API 510 | 6:00 | 16:30 | 10 | 10 | | | | | | | |
| 10/6/2006 | 69634 | API 510 | 6:00 | 14:30 | 8 | 6 | 2 | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | Weekly | Total | 42 | 40 | 2 | 0 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
| --- | --- | --- | --- | --- |
| 69634 | 42 | 42 | 2 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Billable Totals** | **42** | **42** | **2** | **0** |

Comments: _J.7.  10/9/06_

Additional Equipment/Materials:

Misc:

SIGNATURE

CO007147



bp West Coast Products LLC



CONAM Inspection & Engineerig Services, Inc.

| Contractor: | **CONAM I & E.S., Inc.** | bp Coordinator: Ron Clarkson |
|---|---|---|

| Employee Name: | Gerald H Lee | Work Description: | API 510 Sr | **Job #:S8095/94573** |
|---|---|---|---|---|

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Holiday | | | | | | | | | | |
| 12/4/2006 | 69634 | Sr. API-510 | 6:00 | 16:30 | 10 | 10 | | | | | | |
| 12/5/2006 | 69634 | Sr. API-510 | 6:00 | 16:30 | 10 | 10 | | | | | | |
| 12/6/2006 | 69634 | Sr. API-510 | 6:00 | 16:30 | 10 | 10 | | | | | | |
| 12/7/2006 | 69634 | Sr. API-510 | 6:00 | 16:30 | 10 | 10 | | | | | | |
| | | Sick Pay | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | Weekly | Total | 40 | 40 | 0 | 4 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 69634 | 40 | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| Billable Totals | 40 | 40 | 0 | 0 |

Comments:

Additional Equipment/Materials:

Misc:

SIGNATURE

C0007781

# Exhibit Q


CONAM INSPECTION INC.

| Contractor: | **CONAM INSPECTION** | | **bp** Coordinator: Ron Clarkson | | |
|---|---|---|---|---|---|
| Employee Name: | **Steve Taylor** | | Work Description: RT Assitant | | Job Number: S3756/45936 |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31 | 28/25 | RT ASST | 1600 | 0230 | 10 | 10 | | | | | TONY MAYO | |
| 6/1 | 28/25 | | 1600 | 0230 | 10 | 10 | | | | | | |
| 6/2 | 28/25 | | 1600 | 0230 | 10 | 10 | | | | | | |
| 6/3 | 28/25 | | 1600 | 0230 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT | Consumables/Comments: |
|---|---|---|---|---|---|
| | | | | | UT: |
| | | | | | MT: |
| | | | | | PT: |
| | | | | | Film: 4.5x10 =    4.5x17 =    8x10 = |
| | | | | | 14x17 =    Misc: |
| | | | | | SIGNATURE: |

CO014338



**bp** West Coast Products LLC

**Contractor:** *CONAM INSPECTION*

**bp** Coordinator: Ron Clarkson

CO012928

| Employee Name: | STEVE TAYLOR | | Work Description: | RT | | Job Number: | 5-2216/32686 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | AFC No. Charge | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | TECH COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/04 | 28125 | RT ASST | 1600 | 0230 | 10 | 10 | | | | | A. MOONSAPHA | |
| 12/14/04 | 28125 | RT ASST | 1600 | 0230 | 10 | 10 | | | | | | |
| 12/15/04 | 28125 | RT ASST | 1600 | 0230 | 10 | 10 | | | | | | |
| 12/16/04 | 28125 | RT ASST | 1600 | 0230 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | 40 | | | | | | |

| CHARGE AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 28125 | 40 | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Consumables/Comments:

UT:

MT:

PT: *Thomas Schweim*

Film: 4.5x10 =        4.5x17 =        8x10 =        14x17=

Misc:

**SIGNATURE:** *S. E. Tafor*

CO018050

CONAM INSPECTION INC.

bp West Coast Products LLC


bp

**Contractor:** CONAM I & ES   **bp Coordinator:** Ron Clarkson

F-686  **Employee Name:** STEVE TAYLOR   **Work Description:** RT ASST   **Job Number:** 54295/5225)

| Date | Charge/ WO No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Time | Film Quantity Sq. Inch | Name Tech/Assistant | T.S. No. Office use only |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 8/22 | 68783 | PMI ASST | 0600 | 1200 | 6 | 6 | — | | | | | JAMES CHMILEY | |
| | 102905 | PT ASST | 1200 | 1630 | 4 | 4 | — | | | | | JOHN MORRISON | |
| | | | | | | | | | | | | | |
| 8/23 | 28125 | RT ASST | 0600 | 1000 | 4 | 4 | — | | | | | ANTHONY MATO | |
| | 107798 | PT ASST | 1000 | 1800 | 7.5 | 6 | 1.5 | | | | | | |
| | | | | | | | | | | | | | |
| 8/24 | 107798 | RT ASST | 0600 | 1100 | 5 | 5 | | | | | | | |
| | 28125 | RT ASST | 1100 | 1300 | 2 | 2 | — | | | | | | |
| | 102905 | PT ASST | 1300 | 1630 | 3 | 3 | — | | | | | | |
| | | | | | | | | | | | | | |
| 8/25 | 28125 | RT ASST | 0400 | 0930 | 5 | 5 | — | | | | | | |
| | 102905 | PT ASST | 0930 | 1430 | 5 | 5 | — | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT | Comments |
|------|------|------|------|------|------|
| 28125 | 11 | 11 | | | Ver: Pete ___ |
| 107798 | 12.5 | 11 | 1.5 | | |
| 102905 | 12 8 | 8 12 | | | |
| 68783 | 6 | 6 | | | |
| | | | | | |
| | | | | | |
| **TOTAL:** | 41.5 | 40 | 1.5 | | **SIGNATURE:** Steve Taylor |



CO017893

Contractor: **CONAM INSPECTION**          bp Coordinator: *Ron Clarkson*

| Employee Name: STEVE TAYLOR | Work Description: PT ASST. | Job Number: 54259/51710 |

| Date 2004 | AFC No./ Charge | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | KS No. (if req'd) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15 | 28125 | PT ASST | 0600 | 1630 | 10 | 10 | | | | | A. MAYO | |
| 8/16 | 28125 | | 0600 | 1100 | 5 | 5 | | | | | | |
| | 107802 | | 1100 | 1730 | 6 | 5 | 1 | | | | | |
| 8/17 | 28125 | | 0600 | 1630 | 10 | 10 | | | | | | |
| 8/18 | 28125 | | 0600 | 1630 | 10 | 10 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| CHARGE/AFC# | HOURS | ST | OT | DT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Hrs** | **0** | **0.0** | **0.0** | **0.0** |

**Consumables/Comments:**

UT:

MT:

PT:

Film: 4.5x10 =      4.5x17 =      8x10 =      14x17=

Misc:

**SIGNATURE:** *S. Taylor*



**CONAM INSPECTION INC.**



C0017728

| Contractor: | **CONAM INSPECTION** | | bp Coordinator: Ron Clarkson | | |
|---|---|---|---|---|---|
| Employee Name: | **Steve Taylor** | | Work Description: RT Assistant | | Job Number: S4144/50157 |

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/25/2005 | 28125 | RT Assistant | 6:00 | 1630 | 10 | 10 | | | | | | |
| 7/26/2005 | 28125 | RT Assistant | 6:00 | 1630 | 10 | 10 | | | | | | |
| 7/27/2005 | 28125 | RT Assistant | 6:00 | 1630 | 10 | 10 | | | | | | |
| 7/28/2005 | 28125 | RT Assistant | 6:00 | 1430 | 8 | 8 | | | | | | |
| 7/28/2005 | 105153 | RT Assistant | 1430 | 1630 | 2 | 2 | | | | | | |
| 7/28/2005 | 29382 | RT Assistant | 1630 | 2130 | 3 | | 2 | 1 | | | | |
| 7/29/2005 | 29382 | RT Assistant | 6:00 | 1000 | 4 | | 4 | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | 47 | 40 | 6 | 1 | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 28125 | 38 | 38 | | |
| 1015153 | 2 | | 2 | |
| 29382 | 7 | | 6 | 1 |
| | | | | |
| | | | | |
| | | | | |

**Consumables/Comments:**

UT:

MT:

PT:

Film: 4.5x10 =           4.5x10 =1215         8x10 = 160

14x17 = 8330         Misc.

**SIGNATURE:** *Steve Taylor*



CO017522

**CONAM INSPECTION INC.**



| Contractor: | *CONAM I & ES* | | | | | | bp Coordinator: Ron Clarkson | | | | | |
| Employee Name: | *STEVE TAYLOR* | | | | Work Description: | *RT ASST* | | | | Job Number: | | |

| Date | Charge/ WO No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Time | Film Quantity Sq. Inch | Name Tech/Assistant | T.S. No. Office use only |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 7/18 | 28125 | *RT ASST* | 0600 | 1630 | 10 | 10 | | | | | | *ANTHONY MAYO* | |
| 7/19 | 28125 | | 0600 | 1200 | 6 | 6 | | | | | | | |
| 7/19 | ~~08261~~ | | 1230 | 430 | 4 | | | | | | | | |
| 7/20 | 28125 | | 0600 | 1200 | 6 | 6 | | | | | | | |
| 7/20 | ~~08261~~ | | 1230 | 430 | 4 | | | | | | | | |
| 7/21 | 28125 | | 0600 | 1630 | 10 | 10 | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | (40) | | | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT | Comments |
|------|------|------|------|------|------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL: | | | | | SIGNATURE: *Steve Taylor* |

# Exhibit R

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
555 SOUTH FLOWER STREET
FORTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071
WWW.FULBRIGHT.COM

CBERTOLDI@FULBRIGHT.COM                          TELEPHONE:    (213) 892-9200
DIRECT DIAL:  (213) 892-9363                      FACSIMILE:    (213) 892-9494

April 9, 2008

**VIA ELECTRONIC FILING**

Hon. Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

> Re:    *Lee et al. v. ConAm, Inc. (Case No. C 07-4956-SI)*
>         Letter confirming the parties' resolution of discovery dispute

Your Honor:

        In lieu of an opposition to Plaintiffs Gerald Lee and Steven Taylor's letter brief filed with the Court on April 2, 2008, Defendant Conam Inspection and Engineering Services, Inc., submits this letter, on behalf of both parties, to confirm that it has reached an agreement with Plaintiffs' counsel to resolve the discovery dispute previously submitted to this Court.

        By that agreement, Defendant will provide the names and last known contact information for its current employees and for all former employees, employed with Defendant during the statutory class period, to a third-party administrator, to be selected by the parties. The third-party administrator will send an "opt-out" letter to a randomly selected group consisting of one-third of Defendant's current employees and all former employees identified. Once the opt-out deadline passes, those current employees and former employees' contact information will be released to Plaintiffs' counsel. Plaintiffs also reserve the right to seek the contact information for the remaining employees at a later time if need be.

        The foregoing is a complete and accurate description of the agreement reached between Plantiffs' counsel, Steven Tindall and Ellyn Moscowitz, and the undersigned, on behalf of Defendant. In light of this agreement, the parties respectfully ask that the Court consider

70279601.1

Hon. Susan Illston
April 9, 2008
Page 2

Plaintiffs' letter brief withdrawn.  In the alternative, we request that the Court issue a Minute Order acknowledging the parties' agreement to informally resolve the discovery dispute.

Respectfully submitted,

Candace Bertoldi
Fulbright & Jaworski L.L.P.

Counsel for Defendant Conam Inspection and Engineering

cc:    Steven Tindall (via electronic delivery)
       Ellyn Moscowitz (via electronic delivery)

70279601.1