ELLYN MOSCOWITZ, Bar No. 129287
STEVEN M. TINDALL (State Bar No. 187862)
ZACHARY CINCOTTA (State Bar No. 226947)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
KATHY ROBERTS (State Bar No. 233481)
LAW OFFICES OF ELLYN MOSCOWITZ
1629 Telegraph Ave. 4th Floor
Oakland, California 94612
Telephone: (510) 899-6240
Facsimile: (510) 899-6245
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiffs
GERALD LEE and STEVEN TAYLOR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | **CASE NO. CASE NO. 3:07-cv-04956-SI**<br><br>**DECLARATION OF ELLYN MOSCOWITZ IN SUPPORT OF CLASS CERTIFICATION**<br><br>**DATE:** October 3, 2008<br><br>**TIME:** 9:00 a.m.<br><br>**Dept:** 10<br><br>**Judge:** Hon. Susan Illston |

I, ELLYN MOSCOWITZ, declare as follows:

1. I am an attorney admitted to practice before all courts of this State and the Federal

1 Court and I am co-counsel of record for the Plaintiffs. The matters stated in this declaration are of my personal knowledge, and if called, I could and would so testify.

2. On July 30th, 2008, I searched the data bank for the Department of Industrial Relations for companies who have had alternative work week elections and registered the results, as required by State law. The website address is: http://www.dir.ca.gov/databases/dlsr/DLSR-AWE.ASP?Company+Name=ConAm+&Address=&City=&county=&State=&ZIP=&Date+of+Election=&sortfield=

3. Attached as Exhibit A is the results of that investigations which shows ConAm.

4. The results show only one elections was ever held by ConAm before this lawsuit was filed. That was in February, 2000 in Benicia. The information concerning this election does not include the number of people who voted in the election, the identity and size of the work unit affected by the election, or the nature of Conam's business.

5. Since the lawsuit was filed, ConAm through its parent Company MISTRAS held five new elections in June 2008. Exhibit A indicates that elections were held in the following work units of Conam: (1) BP Carson Refinery; (2) Valero Refinery in Benicia; (3) Shell Martinez and "Down" Chemical (probably a typo for Dow Chemical) Refineries in Benicia; (4) Valero Refinery in Wilmington, CA for a 4/10 workweek; (5) Valero Refinery in Wilmington, CA for a 9/80 workweek.

6. I was admitted to the California Bar in 1987. I have practiced Labor and Employment law for 21 years.

7. I also taught Labor Law at University of San Francisco School of Law, Golden Gate University School of Law and Chapman School of Law. I taught at USF School of Law from 1989-1997 on a full-time basis, with a consultation practice of appellate work in labor and employment law on the side.

8. I am the author of two textbooks and four law reviews articles in the field of labor and employment law.

9. In 1997, I returned to private practice as a partner at Van Bourg, Weinberg, Roger

& Rosenfeld in Oakland. While there, I headed the wage and litigation unit and represented thousands of employees in over 100 UCL and class action lawsuits. On their behalf, I collected millions of dollars.

10. In 2004, I established my own law firm which has three offices: Oakland, Pasadena and San Diego with 11 lawyers. We have successfully filed more than 150 class action lawsuits since 2004, again collecting millions of dollars on behalf construction craft workers.

11. I have never been disciplined by the State Bar or had a Complaint filed against me. I have never been sued for malpractice or disqualified from a case. I have never had any worker come to a Fairness Hearing and object to any settlement reached on their behalf.

12. I declare under penalty of perjury under the laws of the State of California and the United States government that the foregoing is true and correct. Executed this 30th of July, 2008, at Oakland, California.

By: _____
Ellyn Moscowitz

MOSCOWITZ DECLARATION                                                                 - 3 -
**CASE NO. 3:07-cv-04956-SI**

**Exhibit A**

Welcome to the California
# DEPARTMENT OF INDUSTRIAL RELATIONS

Alternative workweek elections database - Search results

New search

This data was updated on **7/15/2008**
Your search results: 6 records

| | |
|---|---|
| Company: | Conam |
| Address: | 3985 Teal Ct. |
| City: | Benicia |
| State: | CA |
| Zip: | 94510 |
| County: | Solano |
| Date of election: | 2/23/2000 |
| Date on letter: | 2/7/2000 |
| Date received: | 4/19/2000 |
| Vote: | Unanimous |
| Work schedule: | 9/80 Work Week & 4/10 |
| Other description: | |
| Telephone: | |

| | |
|---|---|
| Company: | MISTRAS Group In.c/Conam Inspection and Engineering Services Inc. |
| Address: | 1801 East Sepulveda |
| City: | Carson |
| State: | CA |
| Zip: | |
| County: | Los Angeles |
| Date of election: | 6/16/2008 |
| Date on letter: | 7/7/2008 |
| Date received: | 7/14/2008 |
| Vote: | 46 voted for, 2 against, 9 unavailable to vote |
| Work schedule: | 4/10 Work Week |
| Other description: | Unit in BP Carson Refinery |
| Telephone: | |

| | |
|---|---|
| Company: | MISTRAS Group Inc./Conam Inspection and Engineering Services Inc. |
| Address: | 3985 Teal Court |
| City: | Benicia |
| State: | CA |
| Zip: | |
| County: | Solano |
| Date of election: | 6/12/2008 |
| Date on letter: | 7/7/2008 |
| Date received: | 7/14/2008 |
| Vote: | 7/7 voted for AWS |
| Work schedule: | 4/10 Work Week |
| Other description: | Unit at Valero Refinery |
| Telephone: | |

| | |
|---|---|
| Company: | MISTRAS Group Inc./Conam Inspection and Engineering Services Inc. |
| Address: | 3985 Teal Court |
| City: | Benicia |
| State: | CA |

| | |
|---|---|
| Zip: | |
| County: | Solano |
| Date of election: | 6/12/2008 |
| Date on letter: | 7/7/2008 |
| Date received: | 7/14/2008 |
| Vote: | 16/17 voted for AWS, 1 did not vote |
| Work schedule: | 9/80 Work Week |
| Other description: | Unit at Shell Martinez & Down Chemical Refineries |
| Telephone: | |

| | |
|---|---|
| Company: | MISTRAS Group Inc./Conam Inspection and Engineering Services Inc. |
| Address: | 2402 East Anaheim Street |
| City: | Wilmington |
| State: | CA |
| Zip: | |
| County: | Los Angeles |
| Date of election: | 6/16/2008 |
| Date on letter: | 7/7/2008 |
| Date received: | 7/14/2008 |
| Vote: | 8/8 voted for AWS |
| Work schedule: | 4/10 Work Week |
| Other description: | Unit at Valero Refinery |
| Telephone: | |

| | |
|---|---|
| Company: | MISTRAS Group Inc./Conam Inspection and Engineering Services Inc. |
| Address: | 2402 E. Anaheim Street |
| City: | Wilmington |
| State: | CA |
| Zip: | |
| County: | Los Angeles |
| Date of election: | 6/16/2008 |
| Date on letter: | 7/7/2008 |
| Date received: | 7/14/2008 |
| Vote: | 18/18 voted for AWS |
| Work schedule: | 9/80 Work Week |
| Other description: | Unit at Valero Refinery |
| Telephone: | |

➢ New search

Conditions of Use | Privacy Policy
Copyright © 2008 State of California