STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
steventindall@rhdtlaw.com

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
1629 Telegraph Ave, Fourth Floor
Oakland, California 94612
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEVEN M. TINDALL ATTACHING DECLARATIONS OF CONAM EMPLOYEES**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

I, Steven M. Tindall, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Rukin Hyland Doria & Tindall LLP, co-counsel of record for the individual and proposed representative plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is an index of declarations of current and former Conam employees which this office received during the course of this litigation. The employee declarations themselves are attached as Exhibits A through W of Exhibit 1. Each employee declaration is signed under penalty of perjury.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 1st day of August, 2008 in St. Louis, Missouri.

_____
Steven M. Tindall