# EXHIBIT 1

# Index of Class Member Declarations

**Name of Declarant**                                               **Exhibit**

William Bentley………………………………………………....A

Shawn Bird………………………………………………………B

Edward Blanco……………………………………………………C

Marisol Camargo………………………………………………..D

Anthony J. Corrado……………………………………………E

Jimmy H. Cortez………………………………………………F

Hector Cruz……………………………………………………G

Christopher W. Curtler………………………………………....H

Robert Davis……………………………………………….....I

Brandon DeGuia……………………………………….......J

James Falk……………………………………………………....K

Ruben Goint…………………………………………………L

Kenny MacDonald………………………………………………...M

Ron Mann……………………………………………………N

Mike McNevin………………………………………….......O

Yoangel Padilla……………………………………….P

Randel P. Prentice…………………………………….Q

Richard A. Prieto……………………………………..R

Alfred Reeves III……………………………………..S

Kenneth Reeves……………………………………….T

Jesse Terrazas ………………………………………..U

Oscar Vivanco………………………………………...V

Don Wagley…………………………………………...W

# EXHIBIT A

1

2   STEVEN M. TINDALL (SBN 187862)
    ZACHARY R. CINCOTTA (SBN 226947)
3   RUKIN HYLAND & DORIA LLP
    100 Pine Street, Suite 725
    San Francisco, CA  94111
4   Telephone: (415) 421-1800
    Facsimile: (415) 421-1700
5

6   ELLYN MOSCOWITZ (State Bar No. 129287)
    LAW OFFICES OF ELLYN MOSCOWITZ
7   8400 Enterprise Way, Suite 201
    Oakland, California 94621
8   Telephone:  (510) 567-8400
    Facsimile:  (510) 567-8444
9   emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12          UNITED STATES DISTRICT COURT
13          NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
    individually and on behalf of all others
16  similarly situated,                      CASE NO. 3:07-cv-04956-SI

17                  Plaintiffs,              CLASS ACTION

18          vs.                              DECLARATION OF WILLIAM BENTLEY
                                             IN SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                     CERTIFICATION
    ENGINEERING SERVICES, INC,
20                                           Date:  August 15, 2008
                    Defendant.               Time:  9:00 a.m.
21                                           Courtroom:  10
                                             Judge:  Hon. Susan Illston
22

23

24

25      I, William Bentley, declare under penalty of perjury:

26          1.  I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2.  I was employed by Conam Inspection and Engineering Services, Inc.

_____
DECLARATION OF WILLIAM BENTLEY IN SUPPORT OF CLASS CERTIFICATION

1    ("Conam") as an Assistant from approximately April 2006 to approximately October 2006, and as

2    a Technician from approximately October 2006 to March 2008, at the BP Refinery in Carson,

3    California, and at two other locations in southern California.

4            3. My last hourly wage at Conam was approximately $23.00 per hour.

5            4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

6    meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately 7

7    months of my employment with Conam, I worked a 7/12 schedule—meaning that I was

8    scheduled to work a 12-hour shift, seven days per week. I occasionally worked longer shifts,

9    such as 16-hour days.

10            5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

11    half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those

12    hours.

13            6. When I worked over 10 hours per day, I never got a second half-hour meal

14    period. I was never told I could or should take a second meal period when I worked more than 10

15    hours in a day. On the days that I worked more than 10 hours in a day, I only took one ½-hour

16    meal period.

17            7. I do not recall ever voting in a secret ballot election for an alternative

18    workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

19    believe I ever voted in such an election. During the time in which I worked for Conam at the BP

20    Refinery in Carson, California, the number of Conam employees working at that location varied

21    from approximately 35 employees to approximately 85 employees.

22            8. In the time that I worked for Conam, I spent approximately 3 weeks (120

23    hours) completing training courses required by the company. I was paid only minimum wage for

24    2 of these weeks (approximately 80 hours), and only half my wage at the time (approximately

25    $11.50 per hour) for 1 of these weeks (approximately 40 hours), for the time spent completing

26    these required training courses.

27

28

1      I declare under penalty of perjury under the laws of the United States and the state

2 of California that the foregoing is true and correct to the best of my knowledge.

3      Executed in _LAKEWOOD_, California on _JUNE 05_, 2008.

4

5

          WILLIAM BENTLEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone:  (510) 567-8400
Facsimile:  (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated, | **CASE NO. 3:07-cv-04956-SI** |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **DECLARATION OF SHAWN BIRD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| CONAM INSPECTION AND ENGINEERING SERVICES, INC, | |
| Defendant. | **Date:**  August 15, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:**  10<br>**Judge:**  Hon. Susan Illston |

I, Shawn Bird, declare under penalty of perjury:

    1. I make this statement based on my personal knowledge.  I am prepared and competent to testify to the matters set forth in this declaration.

    2. I was employed by Conam Inspection and Engineering Services, Inc.

1  ("Conam") from approximately April 2002 to approximately December 2005, and then from

2  approximately June 2006 to approximately January 2008, as an Inspector at the BP Refinery in

3  Carson, California and approximately 20 other locations in California.

4        3. My last hourly wage at Conam was approximately $36.00 per hour.

5        4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

6  meaning that I was scheduled to work a 10-hour shift, four days per week.  For approximately 6

7  months of my employment with Conam, I worked a 7/12 schedule—meaning that I was

8  scheduled to work a 12-hour shift, seven days per week.  I occasionally worked longer shifts,

9  such as 20-hour days.

10        5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

11  half for the 9th and 10th hours I worked in a day.  I was instead paid only straight time for those

12  hours.

13        6. When I worked over 10 hours per day, I never got a second half-hour meal

14  period.  I was never told I could or should take a second meal period when I worked more than 10

15  hours in a day.  On the days that I worked more than 10 hours in a day, I only took one ½-hour

16  meal period.  This was the case at all of the locations in California at which I worked for Conam.

17        7. I do not recall ever voting in a secret ballot election for an alternative

18  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

19  believe I ever voted in such an election.

20        I declare under penalty of perjury under the laws of the United States and the state

21  of California that the foregoing is true and correct to the best of my knowledge.

22        Executed in _June_, California on _11_, 2008.

23

24                   _____

25                      SHAWN BIRD

26

27

28

DECLARATION OF SHAWN BIRD IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT C

1

STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
San Francisco, CA 94111
4  Telephone: (415) 421-1800
Facsimile: (415) 421-1700

5

ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
7  Oakland, California 94621
Telephone: (510) 567-8400
8  Facsimile: (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15  GERALD LEE and STEVEN TAYLOR,
individually and on behalf of all others
16  similarly situated,                              **CASE NO. 3:07-cv-04956-SI**

17              Plaintiffs,                          **CLASS ACTION**

18       vs.                                         **DECLARATION OF EDWARD BLANCO
IN SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                             CERTIFICATION**
ENGINEERING SERVICES, INC,
20                                                   **Date:** August 15, 2008
Defendant.                           **Time:** 9:00 a.m.
21                                                   **Courtroom:** 10
**Judge:** Hon. Susan Illston
22

23

24

25      I, Edward Blanco, declare under penalty of perjury:

26          1. I make this statement based on my personal knowledge. I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2. I was employed, full time, by Conam Inspection and Engineering Services, Inc.

DECLARATION EDWARD BLANCO IN SUPPORT OF CLASS CERTIFICATION

1    ("Conam") as a Senior Visual Inspector from approximately April, 2007 to approximately

2    February 2008 at the BP Refinery in Carson, California. Between 2000 and 2003, prior to my

3    time at the BP Refinery, I was also employed by Conam as a Visual Inspector on a contract basis

4    on approximately three occasions, for approximately one month each time. I also worked full

5    time at Conam as a Technician approximately 10-15 years ago for approximately 1 year.

6          3. My last hourly wage at Conam was approximately $37.00 per hour.

7          4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

8    meaning that I was scheduled to work a 10-hour shift, four days per week. Occasionally, during

9    turnarounds, I worked a 7/12 schedule—meaning that I was scheduled to work a 12-hour shift,

10   seven days per week.

11         5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

12   half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those

13   hours.

14         6. When I worked over 10 hours per day, I never got a second half-hour meal

15   period. I was never told I could or should take a second meal period when I worked more than 10

16   hours in a day. I also never understood that I had a right to take a second meal period when I

17   worked more than 10 hours in a day. On the days that I worked more than 10 hours in a day, I

18   only took one ½-hour meal period.

19         7. I do not recall ever voting in a secret ballot election for an alternative

20   workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

21   believe I ever voted in such an election. When I first began working for Conam at the BP

22   Refinery, there were approximately 40 Conam employees working with me at that location. This

23   number increased to approximately over a 100 employees during my time there.

24         8. When I began working for Conam, I was required to complete an online safety

25   course on Conam's in-house computer terminals. I was paid only half time for the hours that it

26   took to complete this required training course.

27

28         I declare under penalty of perjury under the laws of the United States and the state

1   of California that the foregoing is true and correct to the best of my knowledge.

2   Executed in _Long Beach_ California on _6/13/08_, 2008.

3

4

                         EDWARD BLANCO

# EXHIBIT D

1  STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
   RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
   San Francisco, CA  94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
   8400 Enterprise Way, Suite 201
7  Oakland, California 94621
8  Telephone:  (510) 567-8400
   Facsimile:  (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
16  individually and on behalf of all others
    similarly situated,                          CASE NO. 3:07-cv-04956-SI
17             Plaintiffs,                        CLASS ACTION
18       vs.                                      DECLARATION OF MARISOL
19                                                CAMARGO IN SUPPORT OF MOTION
    CONAM INSPECTION AND                         FOR CLASS CERTIFICATION
20  ENGINEERING SERVICES, INC,
                                                  Date:  August 15, 2008
21             Defendant.                         Time: 9:00 a.m.
                                                  Courtroom:  10
22                                                Judge:    Hon. Susan Illston

23

24

25       I, MARISOL CAMARGO, declare under penalty of perjury:

26          1.  I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2.  I have been employed by Conam Inspection and Engineering Services, Inc.

_____
        DECLARATION OF MARISOL CAMARGO IN SUPPORT OF CLASS CERTIFICATION

("Conam") as an administrator from approximately 1999 to the present at the BP Refinery in Carson, California. I have worked as an administrator for the entirety of my employment with Conam.

3. My current hourly wage at Conam is $24 per hour.

4. The majority of the time I have worked for Conam, I have worked a 4/10s schedule —meaning that I was scheduled to work a 10 hour shift, four days per week. I have occasionally worked longer shifts, such as 14/16s (i.e., 14 hour shift, 16 days straight).

5. When I worked a 4/10 schedule, I was not paid time and a half for the hours I worked for the 9th and 10th hours in a day. I was instead paid only straight time for those hours.

6. When I worked over 10 hours per day, I was not paid time and a half for the hours I worked for the 9th and 10th hours in a day. I was instead paid only straight time for those hours.

7. When I worked over 10 hours per day, I never got a second half-hour meal period. I was never told I could or should take a second meal period when I worked more than 10 hours in a day. I also never understood that I had a right to take a second meal period when I worked more than 10 hours in a day. On the days in which I worked more than 10 hours in a day, I only took one ½ hour meal period.

8. I do not recall ever voting in a secret ballot election for an alternative workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I ever voted in such an election. Currently, there are approximately 60 Conam employees working at the BP Refinery in Carson, California. This number fluctuates from time to time during my employment there — sometimes increases to 150 or decreases to 40 employees.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct to the best of my knowledge.

Executed in May____, California on 20____, 2008.

MARISOL CAMARGO

-2-

DECLARATION OF MARISOL CAMARGO IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT E

1  STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
   RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
   San Francisco, CA  94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
   8400 Enterprise Way, Suite 201
7  Oakland, California 94621
8  Telephone:  (510) 567-8400
   Facsimile:  (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
16  individually and on behalf of all others
    similarly situated,                          CASE NO. 3:07-cv-04956-SI
17
                 Plaintiffs,                     CLASS ACTION
18
         vs.                                     DECLARATION OF ANTHONY J.
19                                               CORRADO IN SUPPORT OF MOTION
    CONAM INSPECTION AND                         FOR CLASS CERTIFICATION
20  ENGINEERING SERVICES, INC,
                                                 Date:  August 15, 2008
21               Defendant.                      Time:  9:00 a.m.
                                                 Courtroom:  10
22                                               Judge:   Hon. Susan Illston

23

24

25      I, ANTHONY J. CORRADO, declare under penalty of perjury:

26          1.  I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2.  I was employed by Conam Inspection and Engineering Services, Inc.

---
DECLARATION OF ANTHONY J. CORRADO IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam") as a contract-based Inspector for about two months from approximately January 2008

2  through approximately February 2008 at the BP Refinery in Carson, California.

3        3. My last hourly wage at Conam was approximately $48.00 per hour.

4        4. For the entire time I worked for Conam, I worked a 7/12s schedule—meaning

5  that I was scheduled to work a 12 hour shift, seven days per week.

6        5. When I worked over 10 hours per day on a 7/12s schedule, I never got a second

7  half-hour meal period. I was never told I could or should take a second meal period when I

8  worked more than 10 hours in a day. I also never understood that I had a right to take a second

9  meal period when I worked more than 10 hours in a day. On the days in which I worked more

10 than 10 hours in a day, I only took one half hour meal period.

11       6. I do not recall ever voting in a secret ballot election for an alternative workweek

12 schedule (or "AWS"), such as a 7/12 schedule, while working at Conam, and I do not believe I

13 ever voted in such an election.

14       7. When my contract-based employment ended with Conam, I was not given my

15 last paycheck on my last day of work. Instead, I received my last paycheck via direct deposit

16 approximately five days after my last day of work.

17       I declare under penalty of perjury under the laws of the United States and the state

18 of California that the foregoing is true and correct to the best of my knowledge.

19       Executed in <u>Granbury</u> , <u>TX</u> on <u>June 7</u> , 2008.
                   city             state

21

22       **ANTHONY J. CORRADO**

23

24

25

26

27

28

DECLARATION OF ANTHONY J. CORRADO IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT F

1  STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
   RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
   San Francisco, CA  94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
7  8400 Enterprise Way, Suite 201
   Oakland, California 94621
8  Telephone:  (510) 567-8400
   Facsimile:  (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12            **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14

15  GERALD LEE and STEVEN TAYLOR,
16  individually and on behalf of all others
    similarly situated,                          **CASE NO. 3:07-cv-04956-SI**
17
              Plaintiffs,                         **CLASS ACTION**
18
        vs.                                       **DECLARATION OF JIMMY H. CORTEZ**
19                                                **IN SUPPORT OF MOTION FOR CLASS**
    CONAM INSPECTION AND                          **CERTIFICATION**
20  ENGINEERING SERVICES, INC,
                                                  **Date:**  August 15, 2008
21            Defendant.                          **Time:** 9:00 a.m.
                                                  **Courtroom:** 10
22                                                **Judge:**   Hon. Susan Illston

23

24

25      I, Jimmy H. Cortez, declare under penalty of perjury:

26          1.  I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2. I have been employed by Conam Inspection and Engineering Services, Inc.

---

DECLARATION OF JIMMY H. CORTEZ IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam")—first as an assistant, and then as a Radiographic Technician (Level 2)—from

2  approximately October, 2006 through the present mainly at the BP Refinery in Carson,

3  California, and for one 2-to-3-week period at the Valero Refinery in Benicia, California.  During

4  my employment with Conam, I worked as an assistant from approximately October, 2006 through

5  approximately October, 2007, and then as a Radiographic Technician (Level 2) from

6  approximately October, 2007 through the present.

7          3. My current hourly wage at Conam is approximately $22.00 per hour.

8          4. The majority of the time I have worked for Conam, I have worked a 4/10s

9  schedule—meaning that I was scheduled to work a 10-hour shift, four days per week.  For

10  approximately 10 months, counting turnarounds, of my employment with Conam, I have worked

11  a 7/12s schedule—meaning that I was scheduled to work a 12-hour shift, seven days per week. I

12  have occasionally worked longer shifts, such as 15- or 16-hour days.

13          5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

14  half for the 9th and 10th hours I worked in a day.  I was instead paid only straight time for those

15  hours.

16          6. When I worked over 10 hours per day, I never got a second half-hour meal

17  period.  I was never told I could or should take a second meal period when I worked more than 10

18  hours in a day.  I also never understood that I had a right to take a second meal period when I

19  worked more than 10 hours in a day.  This was the case in all of the refineries where I worked for

20  Conam.  On the days in which I worked more than 10 hours in a day, I only took one ½-hour

21  meal period.

22          7. I do not recall ever voting in a secret ballot election for an alternative workweek

23  schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I

24  ever voted in such an election.  Though I believe I signed a form near the start of my employment

25  with Conam indicating that I agreed to work a 4/10 schedule, I felt at the time that I had little

26  choice whether or not to sign this form.  When I first began working at Conam, there were

27  approximately 40 Conam employees working at the BP Refinery in Carson, California. This

28  number increased to approximately 120 employees at one point, and has subsequently decreased

-2-

1    to approximately 40 employees.

2          I declare under penalty of perjury under the laws of the United States and the state

3    of California that the foregoing is true and correct to the best of my knowledge.

4

5

6          Executed in Rialto, California on 5-19-08, 2008.

7

8

9                     JIMMY H. CORTEZ

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JIMMY H. CORTEZ IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT G

1

STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
San Francisco, CA 94111
4  Telephone: (415) 421-1800
Facsimile: (415) 421-1700

5

ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
7  Oakland, California 94621
Telephone: (510) 567-8400
8  Facsimile: (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12                    **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**

14

15  GERALD LEE and STEVEN TAYLOR,
individually and on behalf of all others
16  similarly situated,                        **CASE NO: 3:07-cv-04956-SI**

17              Plaintiffs,                     **CLASS ACTION**

18       vs.                                    **DECLARATION OF HECTOR CRUZ IN
                                               SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                        CERTIFICATION**
ENGINEERING SERVICES, INC,
20                                              **Date:** August 15, 2008
            Defendant.                          **Time:** 9:00 a.m.
21                                              **Courtroom:** 10
                                               **Judge:** Hon. Susan Illston
22

23

24

25       I, Hector Cruz, declare under penalty of perjury:

26           1. I make this statement based on my personal knowledge. I am prepared and

27  competent to testify to the matters set forth in this declaration.

28           2. I have been employed by Conam Inspection and Engineering Services, Inc.

---

DECLARATION OF HECTOR CRUZ IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam") since approximately September 2006 as an RT Assistant at the BP Refinery in Carson,

2  California and at the Exxon Mobil Refinery in Torrance, California.

3         3. My current hourly wage at Conam is approximately $13.50 per hour.

4         4. The majority of the time I have worked for Conam, I have worked a 4/10

5  schedule—meaning that I am scheduled to work a 10-hour shift, four days per week. For

6  approximately 7 weeks, cumulative, of my employment with Conam, I have worked a 7/12

7  schedule—meaning that I was scheduled to work a 12-hour shift, seven days per week.

8         5. When I work a 4/10 schedule or a 7/12 schedule, I am not paid time and a half

9  for the 9th and 10th hours I work in a day. I am instead paid only straight time for those hours.

10  This has been the case for the entirety of my employment with Conam.

11         6. When I work over 10 hours per day, I never get a second half-hour meal period.

12  I have never been told I could or should take a second meal period when I work more than 10

13  hours in a day. I was not aware that I had a right to take a second meal period when I work more

14  than 10 hours in a day. On the days that I work more than 10 hours in a day, I only take one ½-

15  hour meal period. This has been the case for the entirety of my employment with Conam at both

16  locations where I have worked.

17         7. I do not recall ever voting in a secret ballot election for an alternative

18  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

19  believe I have ever voted in such an election. In the time that I have been working for Conam,

20  the number of Conam employees working at the BP Refinery in Carson, California has ranged

21  from approximately 40 employees to approximately 100 employees, and the number of Conam

22  employees working at the Exxon Mobil Refinery in Torrance, California has ranged from

23  approximately 9 employees to approximately 14 employees.

24         8. In the time that I have worked for Conam, I have spent approximately 2 weeks

25  (approximately 80 hours) to complete training courses required by the company. I have been paid

26  only half my hourly wage for the hours that it took to complete these required training courses.

27

28         I declare under penalty of perjury under the laws of the United States and the state

1    of California that the foregoing is true and correct to the best of my knowledge.

2        Executed in _CARSON_ , California on _JUNE 2_ , 2008.

3

4                           _____

5                               HECTOR CRUZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT H

1

2   STEVEN M. TINDALL (SBN 187862)
    ZACHARY R. CINCOTTA (SBN 226947)
3   RUKIN HYLAND & DORIA LLP
    100 Pine Street, Suite 725
    San Francisco, CA 94111
4   Telephone: (415) 421-1800
    Facsimile: (415) 421-1700
5
    ELLYN MOSCOWITZ (State Bar No. 129287)
6   LAW OFFICES OF ELLYN MOSCOWITZ
    8400 Enterprise Way, Suite 201
7   Oakland, California 94621
    Telephone: (510) 567-8400
8   Facsimile: (510) 567-8444
9   emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15  GERALD LEE and STEVEN TAYLOR,
    individually and on behalf of all others
16  similarly situated,                        **CASE NO. 3:07-cv-04956-SI**

17              Plaintiffs,                     **CLASS ACTION**

18       vs.                                    **DECLARATION OF**
                                                **CHRISTOPHER W. CUTLER IN**
19  CONAM INSPECTION AND                        **SUPPORT OF MOTION FOR CLASS**
    ENGINEERING SERVICES, INC,                  **CERTIFICATION**
20
              Defendant.                        **Date:** August 15, 2008
21                                              **Time:** 9:00 a.m.
                                                **Courtroom:** 10
22                                              **Judge:** Hon. Susan Illston

23

24

25       I, CHRISTOPHER W. CUTLER, declare under penalty of perjury:

26          1.  I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2.  I was employed by Conam Inspection and Engineering Services, Inc.

---

DECLARATION OF CHRISTOPHER W. CUTLER IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam") as a contract-based Technician for about six weeks from approximately January 2008

2  through approximately February 2008 at the BP Refinery in Carson, California.

3      3. My last hourly wage at Conam was approximately $27.00 per hour.

4      4. For the entire time I worked for Conam, I worked a 7/12s schedule—meaning

5  that I was scheduled to work a 12 hour shift, seven days per week.

6      5. When I worked over 10 hours per day on a 7/12s schedule, I never got a second

7  half-hour meal period. I was never told I could or should take a second meal period when I

8  worked more than 10 hours in a day. I also never understood that I had a right to take a second

9  meal period when I worked more than 10 hours in a day. On the days in which I worked more

10  than 10 hours in a day, I only took one half hour meal period.

11      6. I do not recall ever voting in a secret ballot election for an alternative workweek

12  schedule (or "AWS"), such as a 7/12 schedule, while working at Conam, and I do not believe I

13  ever voted in such an election.

14      7. When my contract-based employment ended with Conam, I was not given my

15  last paycheck on my last day of work. Instead, I received my last paycheck via direct deposit

16  approximately 7 to 10 days after my last day of work.

17      I declare under penalty of perjury under the laws of the United States and the state

18  of California that the foregoing is true and correct to the best of my knowledge.

19      Executed in ___BEND___, ___OREGON___ on __6/6__, 2008.

20                 city         state

21

22            **CHRISTOPHER W. CUTLER**

23

24

25

26

27

28

MO DECLARATION OF CHRISTOPHER W. CUTLER IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT I

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONAM INSPECTION AND ENGINEERING SERVICES, INC, <br><br> Defendant. | CASE NO. 3:07-cv-04956-SI <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ROBERT DAVIS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** <br><br> **Date:** August 15, 2008 <br> **Time:** 9:00 a.m. <br> **Courtroom:** 10 <br> **Judge:** Hon. Susan Illston |

I, Robert Davis, declare under penalty of perjury:

    1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

    2. I was employed by Conam Inspection and Engineering Services, Inc.

1   ("Conam") as a Level II Technician from approximately October 2006 to approximately
2   December 2007, and as a Senior NDE Technician and a MFE Technician from approximately
3   December 2007 to May 2008, at the BP Refinery in Carson, California, at the Shell Terminal in
4   Carson, California, at Mormon Island in Long Beach, California, at the Conoco Philips Refinery
5   in Carson, California, and at one other facility in Long Beach, California.

6           3. My last hourly wage at Conam was approximately $25.00 per hour as a Senior
7   NDE Technician and approximately $27.00 per hour as a MFE Technician.

8           4. The majority of the time I worked for Conam, I worked a 4/10 schedule—
9   meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately 6
10  months of my employment with Conam, I worked a 7/12 schedule—meaning that I was
11  scheduled to work a 12-hour shift, seven days per week. I occasionally worked longer shifts,
12  such as 16-hour days.

13          5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a
14  half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those
15  hours.

16          6. When I worked over 10 hours per day, I never got a second half-hour meal
17  period. I was never told I could or should take a second meal period when I worked more than 10
18  hours in a day. I also never understood that I had a right to take a second meal period when I
19  worked more than 10 hours in a day. This was the case at all of the locations where I worked for
20  Conam. On the days that I worked more than 10 hours in a day, I only took one ½-hour meal
21  period.

22          7. I do not recall ever voting in a secret ballot election for an alternative
23  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not
24  believe I ever voted in such an election. In the time that I worked at the BP Refinery in Carson,
25  California, the number of Conam employees working at that location ranged from approximately
26  25 to approximately 95.

27          8. In approximately February 2007, I purchased a laptop computer so that I submit
28  electronic reports to a Conam client who had requested electronic reports. I only did so after the

-2-

1    client threatened to give the contract to a Conam competitor if we did not begin submitting
2    electronic, rather than handwritten, reports.  At this time, Conam began billing the client for the
3    use of the computer that I had purchased.  Per Conam's practice with other employees who used
4    personal laptops for business purposes, I began to include a $25 charge on my timesheet for each
5    day that I used the computer for business purposes.  Conam did not compensate me for the use of
6    my personal computer.  In approximately October 2007, I began to submit a separate expense
7    report for $25 for each day that I used the computer for business purposes, and Conam began to
8    pay me sporadically, all while billing the client for every time I used the computer for business
9    purposes.  I believe that Conam owes me approximately $1000 for the last four months of my
10   employment alone.  I was unsuccessful in obtaining this money from Conam, and the money I
11   believe was owed me from the months prior.

12            I declare under penalty of perjury under the laws of the United States and the state
13   of California that the foregoing is true and correct to the best of my knowledge.

14            Executed in _Torrance_, California on _07-23_, 2008.

15

16

17                                          ROBERT DAVIS

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT J

1

STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
   RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
   San Francisco, CA  94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
   8400 Enterprise Way, Suite 201
7  Oakland, California 94621
   Telephone:  (510) 567-8400
8  Facsimile:   (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10 Attorneys for Individual and Representative Plaintiff

11

12                UNITED STATES DISTRICT COURT
13               NORTHERN DISTRICT OF CALIFORNIA

14

15 GERALD LEE and STEVEN TAYLOR,
   individually and on behalf of all others
16 similarly situated,                         CASE NO. 3:07-cv-04956-SI

17            Plaintiffs,                       CLASS ACTION

18      vs.                                     DECLARATION OF BRANDON DEGUIA
                                                IN SUPPORT OF MOTION FOR CLASS
19 CONAM INSPECTION AND                         CERTIFICATION
   ENGINEERING SERVICES, INC,
20                                              Date:  August 15, 2008
              Defendant.                        Time: 9:00 a.m.
21                                              Courtroom:  10
                                                Judge:  Hon. Susan Illston
22

23

24

25      I, Brandon DeGuia, declare under penalty of perjury:

26          1. I make this statement based on my personal knowledge.  I am prepared and

27 competent to testify to the matters set forth in this declaration.

28          2. I have been employed by Conam Inspection and Engineering Services, Inc.

DECLARATION OF BRANDON DEGUIA IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam") from approximately September 2006 to approximately August 2007 as an Assistant,

2  and since approximately August 2007 as a Radiography Inspector Level II, at the BP Refinery in

3  Carson, California and at approximately three other locations in California.

4        3. My current hourly wage at Conam is approximately $22.00 per hour.

5        4. The majority of the time I have worked for Conam, I have worked a 4/10

6  schedule—meaning that I am scheduled to work a 10-hour shift, four days per week. For

7  approximately 7 months, cumulative, of my employment with Conam, I have worked a 7/12

8  schedule—meaning that I was scheduled to work a 12-hour shift, seven days per week. I have

9  occasionally worked longer shifts, such as 16-hour days.

10        5. When I work a 4/10 schedule or a 7/12 schedule, I am not paid time and a half

11  for the 9th and 10th hours I work in a day. I am instead paid only straight time for those hours.

12  This has been the case for the entirety of my employment with Conam.

13        6. When I work over 10 hours per day, I never get a second half-hour meal period.

14  I have never been told I could or should take a second meal period when I work more than 10

15  hours in a day. I was not aware that I had a right to take a second meal period when I work more

16  than 10 hours in a day. On the days that I work more than 10 hours in a day, I only take one ½-

17  hour meal period. This has been the case for the entirety of my employment with Conam, at all of

18  the locations where I have worked for Conam.

19        7. I do not recall ever voting in a secret ballot election for an alternative

20  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

21  believe I have ever voted in such an election. In the time that I have been working for Conam,

22  the number of Conam employees working at the BP Refinery in Carson, California has ranged

23  from approximately 40 employees to approximately 100 employees.

24        8. In the time that I have worked for Conam, I have spent approximately 4 weeks

25  (approximately 160 hours) completing training courses required by the company. For three of

26  these weeks I was paid minimum wage; for the last week I was paid half of my normal hourly

27  rate.

28

-2-

1    I declare under penalty of perjury under the laws of the United States and the state

2    of California that the foregoing is true and correct to the best of my knowledge.

3    Executed in CARSON, California on 6·10 , 2008. JUNE 10, 2008

4

5

6                        BRANDON DEGUIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT K

1

2  STEVEN M. TINDALL (SBN 187862)
   ZACHARY R. CINCOTTA (SBN 226947)
3  RUKIN HYLAND & DORIA LLP
   100 Pine Street, Suite 725
4  San Francisco, CA 94111
   Telephone: (415) 421-1800
5  Facsimile: (415) 421-1700

6  ELLYN MOSCOWITZ (State Bar No. 129287)
   LAW OFFICES OF ELLYN MOSCOWITZ
7  8400 Enterprise Way, Suite 201
   Oakland, California 94621
8  Telephone:  (510) 567-8400
   Facsimile:   (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
    individually and on behalf of all others
16  similarly situated,                          CASE NO. 3:07-cv-04956-SI

17           Plaintiffs,                         CLASS ACTION

18       vs.                                     DECLARATION OF JAMES FALK IN
                                                 SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                         CERTIFICATION
    ENGINEERING SERVICES, INC,
20                                               Date:  August 15, 2008
             Defendant.                          Time: 9:00 a.m.
21                                               Courtroom:  10
                                                 Judge:  Hon. Susan Illston
22

23

24

25      I, James Falk, declare under penalty of perjury:

26          1. I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2. I was employed by Conam Inspection and Engineering Services, Inc.

DECLARATION OF JAMES FALK IN SUPPORT OF CLASS CERTIFICATION

("Conam") as a Technician from approximately May 1996 to approximately 1998 at the BP Refinery in Carson, California; as a Site Coordinator from approximately 1998 to approximately 2000 at what was then the Texaco Refinery in Wilmington, CA; as a Visual Inspector from approximately 2000 to approximately 2003 at the Thums Corp. Pumping Derricks in Long Beach, CA; as a Visual Inspector from approximately 2003 to approximately June 2006 at the BP Refinery in Carson, California; and then as a Project Manager from approximately June 2006 to March 2008 at the BP Refinery in Carson, CA. I worked as a Technician, Site Coordinator, Visual Inspector and Project Manager during my employment with Conam.

3. My last hourly wage at Conam was approximately $40.00 per hour.

4. The majority of the time I worked for Conam, I worked a 4/10 schedule—meaning that I was scheduled to work a 10-hour shift, four days per week. For a total of approximately one year over the course of my employment with Conam, I worked a 7/12 schedule—meaning that I was scheduled to work a 12-hour shift, seven days per week. I occasionally worked longer shifts, such as 16-hour days.

5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those hours.

6. When I worked over 10 hours per day, I never got a second half-hour meal period. I was never told I could or should take a second meal period when I worked more than 10 hours in a day. I also never understood that I had a right to take a second meal period when I worked more than 10 hours in a day. This was the case at all of the sites where I worked for Conam. On the days that I worked more than 10 hours in a day, I only took one ½-hour meal period.

7. I do not recall ever voting in a secret ballot election for an alternative workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I ever voted in such an election. When I first began working at Conam, there were approximately 40 Conam employees working at the BP Refinery in Carson, California. This number increased to approximately 60 employees at one point in my time there.

-2-

DECLARATION OF JAMES FALK IN SUPPORT OF CLASS CERTIFICATION

1    8. It was my understanding that it was Conam company policy to pay employees

2    only half time for the hours they spent completing a required training program and related exams.

3    In approximately 2007, I underwent a four-day training course. During this time, I worked 11 to

4    12 hours per day and was only paid half time for these hours. This training course was in

5    addition to 30 hours of normal work that week. I believe I should have been paid overtime for the

6    hours spent in the required training course above 40 hours for that week.

7    I declare under penalty of perjury under the laws of the United States and the state

8    of California that the foregoing is true and correct to the best of my knowledge.

9    Executed in _CARSON_, California on _MAY 27_, 2008.

10

11

12    JAMES FALK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MO DECLARATION OF JAMES FALK IN SUPPORT OF CLASS CERTIFICATION