# EXHIBIT L

1
2   STEVEN M. TINDALL (SBN 187862)
    ZACHARY R. CINCOTTA (SBN 226947)
3   RUKIN HYLAND & DORIA LLP
    100 Pine Street, Suite 725
4   San Francisco, CA 94111
    Telephone: (415) 421-1800
5   Facsimile: (415) 421-1700

6   ELLYN MOSCOWITZ (State Bar No. 129287)
    LAW OFFICES OF ELLYN MOSCOWITZ
7   8400 Enterprise Way, Suite 201
    Oakland, California 94621
8   Telephone: (510) 567-8400
    Facsimile: (510) 567-8444
9   emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13            NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
    individually and on behalf of all others
16  similarly situated,                          CASE NO. 3:07-cv-04956-SI

17              Plaintiffs,                       CLASS ACTION

18       vs.                                      DECLARATION OF RUBEN GOINT IN
                                                  SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                          CERTIFICATION
    ENGINEERING SERVICES, INC,
20                                                **Date:** August 15, 2008
             Defendant.                           **Time:** 9:00 a.m.
21                                                **Courtroom:** 10
                                                  **Judge:** Hon. Susan Illston
22

23

24

25       I, Ruben Goint, declare under penalty of perjury:

26           1. I make this statement based on my personal knowledge. I am prepared and

27  competent to testify to the matters set forth in this declaration.

28           2. I have been employed by Conam Inspection and Engineering Services, Inc.

---

DECLARATION OF RUBEN GOINT IN SUPPORT OF CLASS CERTIFICATION

1    ("Conam") as a Radiographer from approximately January 2001 to the present at the BP Refinery

2    in Carson, California, and at the at the Arco Pipeline in Long Beach, California. I have worked as

3    a Radiographer for the entirety of my employment with Conam.

4              3. My current hourly wage at Conam is $31.00 per hour.

5              4. The majority of the time I have worked for Conam, I have worked a 4/10s

6    schedule—meaning that I was scheduled to work a 10-hour shift, four days per week, although

7    sometimes I have worked more than four days per week. I have occasionally worked longer

8    shifts, such as 7/12.5—meaning that I work a 12.5-hour shift, seven days per week.

9              5. When I work a 4/10 schedule or a 7/12 schedule, I am not paid time and a half

10   (1.5x) for the 9th and 10th hours I work in a day. I am instead paid only straight time for those

11   hours. This has been the case for the entirety of my employment with Conam.

12             6. When I work over 10 hours per day, I never get a second half-hour meal

13   period. I have never been told I could or should take a second meal period when I work more than

14   10 hours in a day. I also never understood that I had a right to take a second meal period when I

15   work more than 10 hours in a day. On the days that I work more than 10 hours in a day, I only

16   take one ½-hour meal period. This has been the case for the entirety of my employment with

17   Conam.

18             7. I do not recall ever voting in a secret ballot election for an alternative workweek

19   schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I

20   ever voted in such an election.

21             I declare under penalty of perjury under the laws of the United States and the state

22   of California that the foregoing is true and correct to the best of my knowledge.

23   Executed in _Riverside_, California on _6·10·_, 2008.

24

25                                      _RUBEN GOINT_

26                                      RUBEN GOINT

27

28

                                            -2-

MDECLARATION OF RUBEN GOINT IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT M

1
2   STEVEN M. TINDALL (SBN 187862)
    ZACHARY R. CINCOTTA (SBN 226947)
3   RUKIN HYLAND & DORIA LLP
    100 Pine Street, Suite 725
4   San Francisco, CA 94111
    Telephone: (415) 421-1800
    Facsimile: (415) 421-1700
5
    ELLYN MOSCOWITZ (State Bar No. 129287)
6   LAW OFFICES OF ELLYN MOSCOWITZ
    8400 Enterprise Way, Suite 201
7   Oakland, California 94621
    Telephone: (510) 567-8400
8   Facsimile: (510) 567-8444
9   emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13            NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
16  individually and on behalf of all others
    similarly situated,                         CASE NO. 3:07-cv-04956-SI
17                Plaintiffs,                    CLASS ACTION
18          vs.                                  DECLARATION OF KENNY
19                                               MACDONALD IN SUPPORT OF MOTION
    CONAM INSPECTION AND                         FOR CLASS CERTIFICATION
20  ENGINEERING SERVICES, INC,
                  Defendant.                     Date: August 15, 2008
21                                               Time: 9:00 a.m.
                                                 Courtroom: 10
22                                               Judge: Hon. Susan Illston

23

24

25      I, Kenny MacDonald, declare under penalty of perjury:

26          1. I make this statement based on my personal knowledge. I am prepared and
    competent to testify to the matters set forth in this declaration.
27
            2. I was employed by Conam Inspection and Engineering Services, Inc.
28

DECLARATION OF KENNY MACDONALD IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam") as a Technician from approximately May 2004 to November 2007 at the BP Refinery

2  in Carson, California, and at approximately 3 other locations in southern California.

3       3. My last hourly wage at Conam was approximately $30.00 per hour.

4       4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

5  meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately 4

6  months of my employment with Conam, I worked a 7/12 schedule—meaning that I was

7  scheduled to work a 12-hour shift, seven days per week. I occasionally worked longer shifts,

8  such as 16-hour days.

9       5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

10  half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those

11  hours.

12       6. When I worked over 10 hours per day, I never got a second half-hour meal

13  period. I was never told I could or should take a second meal period when I worked more than 10

14  hours in a day. I also never understood that I had a right to take a second meal period when I

15  worked more than 10 hours in a day. On the days that I worked more than 10 hours in a day, I

16  only took one ½-hour meal period.

17       7. I do not recall ever voting in a secret ballot election for an alternative

18  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

19  believe I ever voted in such an election. During the time in which I worked for Conam at the BP

20  Refinery in Carson, California, the number of Conam employees working at that location varied

21  from approximately 20 employees to approximately 90 employees.

22       I declare under penalty of perjury under the laws of the United States and the state

23  of California that the foregoing is true and correct to the best of my knowledge.

24       Executed in LONITA, California on June 2nd, 2008.

25

26

27       KENNY MACDONALD

28

-2-

# EXHIBIT N

1

2   STEVEN M. TINDALL (SBN 187862)
    ZACHARY R. CINCOTTA (SBN 226947)
3   RUKIN HYLAND & DORIA LLP
    100 Pine Street, Suite 725
    San Francisco, CA 94111
4   Telephone: (415) 421-1800
    Facsimile: (415) 421-1700
5

6   ELLYN MOSCOWITZ (State Bar No. 129287)
    LAW OFFICES OF ELLYN MOSCOWITZ
7   8400 Enterprise Way, Suite 201
    Oakland, California 94621
8   Telephone: (510) 567-8400
    Facsimile: (510) 567-8444
9   emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12

13              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
    individually and on behalf of all others
16  similarly situated,                          CASE NO. 3:07-cv-04956-SI

17              Plaintiffs,                       CLASS ACTION

18       vs.                                      DECLARATION OF RON MANN IN
                                                  SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                          CERTIFICATION
    ENGINEERING SERVICES, INC,
20                                                Date:  August 15, 2008
                Defendant.                        Time:  9:00 a.m.
21                                                Courtroom:  10
                                                  Judge:  Hon. Susan Illston
22

23

24

25       I, Ron Mann, declare under penalty of perjury:

26          1.  I make this statement based on my personal knowledge.  I am prepared and
27  competent to testify to the matters set forth in this declaration.

28          2.  I was employed by Conam Inspection and Engineering Services, Inc.

_____
DECLARATION OF RON MANN IN SUPPORT OF CLASS CERTIFICATION

1    ("Conam") as Operations Manager from approximately January 2004 to approximately May 2004

2    at the main office in Signal Hill, California. I also worked as a Senior Radiography Inspector at

3    the BP Refinery in Carson, California, and at approximately fifteen (15) other sites (including the

4    BP Pipeline in Manhattan Beach, CA; the Exxon Mobil Refinery in Torrance, CA; a Bender

5    Machine location in Vernon, CA; and the Chevron Refinery in El Segundo, CA), from

6    approximately May 2004 to March 2007.

7            3. My last hourly wage at Conam was approximately $30.00 per hour.

8            4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

9    meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately 6

10   months of my employment with Conam, I worked a 7/12 schedule—meaning that I was

11   scheduled to work a 12-hour shift, seven days per week. I occasionally worked longer shifts,

12   such as 20-hour days.

13           5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

14   half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those

15   hours.

16           6. When I worked over 10 hours per day, I never got a second half-hour meal

17   period. I was never told I could or should take a second meal period when I worked more than 10

18   hours in a day. I also never understood that I had a right to take a second meal period when I

19   worked more than 10 hours in a day. On the days that I worked more than 10 hours in a day, I

20   only took one ½-hour meal period.

21           7. I do not recall ever voting in a secret ballot election for an alternative

22   workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

23   believe I ever voted in such an election. In the time that I worked at the BP Refinery in Carson,

24   California, the number of Conam employees working at that location varied from approximately

25   70 employees to approximately 125 employees.

26           8. On a number of occasions when I worked past midnight and had been earning

27   double time prior to midnight, my pay rate would reset to straight time after midnight, even

28   though I had been working continuously up to then.

MO DECLARATION OF RON MANN IN SUPPORT OF CLASS CERTIFICATION

1         9. As Operations Manager, a position with an hourly wage, my days would often

2 last for 12 or 14 hours, even though I was told I would only be paid for 8 hours. I was expected

3 to be into the office by 6 a.m. and to stay past when everyone left for the day. In the beginning of

4 my employment, I submitted time sheets reflecting the hours that I actually worked, but all of the

5 hours above 8 hours in a day were rejected.

6         I declare under penalty of perjury under the laws of the United States and the state

7 of California that the foregoing is true and correct to the best of my knowledge.

8         Executed in _Torrance_ , California on _22 July_ , 2008.

9

10

11                      RON MANN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

MO DECLARATION OF RON MANN IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT O

1  STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
   RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
   San Francisco, CA  94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
   8400 Enterprise Way, Suite 201
7  Oakland, California 94621
   Telephone:  (510) 567-8400
8  Facsimile:  (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
16  individually and on behalf of all others       CASE NO. 3:07-cv-04956-SI
    similarly situated,
17                                                 CLASS ACTION
               Plaintiffs,
18                                                 DECLARATION OF MIKE MCNEVIN IN
        vs.                                        SUPPORT OF MOTION FOR CLASS
19                                                 CERTIFICATION
    CONAM INSPECTION AND
20  ENGINEERING SERVICES, INC,                     Date:  August 15, 2008
                                                   Time: 9:00 a.m.
21             Defendant.                          Courtroom:  10
                                                   Judge:  Hon. Susan Illston
22

23

24
25      I, Mike McNevin, declare under penalty of perjury:

26          1. I make this statement based on my personal knowledge.  I am prepared and

27  competent to testify to the matters set forth in this declaration.

28          2. I was employed by Conam Inspection and Engineering Services, Inc.

DECLARATION OF MIKE MCNEVIN IN SUPPORT OF CLASS CERTIFICATION

1   ("Conam") as an Assistant from approximately October 2006 to approximately December 2006,

2   and as a Technician from approximately December 2006 to approximately October 2007, at the

3   BP Refinery in Carson, California, the Wood Group in Vernon, California, MBS in Signal Hill,

4   California, and the ConocoPhillips Refinery in Wilmington, California.

5          3. My last hourly wage at Conam was approximately $21.00 per hour.

6          4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

7   meaning that I was scheduled to work a 10-hour shift, four days per week.  For approximately 5

8   months of my employment with Conam, I worked a 7/12 schedule—meaning that I was

9   scheduled to work a 12-hour shift, seven days per week.  I occasionally worked longer shifts,

10  such as 18-hour days.

11         5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

12  half for the 9th and 10th hours I worked in a day.  I was instead paid only straight time for those

13  hours.

14         6. When I worked over 10 hours per day, I never got a second half-hour meal

15  period.  I was never told I could or should take a second meal period when I worked more than 10

16  hours in a day.  I also never understood that I had a right to take a second meal period when I

17  worked more than 10 hours in a day.  On the days that I worked more than 10 hours in a day, I

18  only took one ½-hour meal period.  This was the case at all the locations at which I worked for

19  Conam.

20         7. I do not recall ever voting in a secret ballot election for an alternative

21  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

22  believe I ever voted in such an election.  During the time in which I worked for Conam at the BP

23  Refinery in Carson, California, the number of Conam employees working at that location varied

24  from approximately 20 employees to approximately 40 employees.

25         8. When my employment ended with Conam, I did not receive my last pay until

26  approximately 7 days after my last day of work.

27         9. The company garnished most of my final paycheck, telling me that I had signed

28  a paper when I began my employment saying that I agreed to reimburse the company for any

-2-

1  training it paid for if I worked there for less than two years. The training that I underwent was

2  done in-house at the Benicia office and was free of charge for company employees.

3        I declare under penalty of perjury under the laws of the United States and the state

4  of California that the foregoing is true and correct to the best of my knowledge.

5

6

7        Executed in _CARSON_ , California on _6-24_, 2008.

8

9                                    _____

10                                   MIKE MCNEVIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MIKE MCNEVIN IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT P

1

2  STEVEN M. TINDALL (SBN 187862)
   ZACHARY R. CINCOTTA (SBN 226947)
3  RUKIN HYLAND & DORIA LLP
   100 Pine Street, Suite 725
4  San Francisco, CA 94111
   Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5

6  ELLYN MOSCOWITZ (State Bar No. 129287)
   LAW OFFICES OF ELLYN MOSCOWITZ
7  8400 Enterprise Way, Suite 201
   Oakland, California 94621
8  Telephone: (510) 567-8400
   Facsimile: (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10 Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13            NORTHERN DISTRICT OF CALIFORNIA

14

15 GERALD LEE and STEVEN TAYLOR,
   individually and on behalf of all others
16 similarly situated,                        CASE NO. 3:07-cv-04956-SI

17              Plaintiffs,                    CLASS ACTION

18        vs.                                 DECLARATION OF YOANGEL PADILLA
                                              IN SUPPORT OF MOTION FOR CLASS
19 CONAM INSPECTION AND                       CERTIFICATION
   ENGINEERING SERVICES, INC,
20                                            Date: August 15, 2008
              Defendant.                      Time: 9:00 a.m.
21                                            Courtroom: 10
                                              Judge:  Hon. Susan Illston
22

23

24
       I, YOANGEL PADILLA, declare under penalty of perjury:
25
            1.  I make this statement based on my personal knowledge. I am prepared and
26
   competent to testify to the matters set forth in this declaration.
27
            2.  I was employed by Conam Inspection and Engineering Services, Inc.
28

1  ("Conam") as an Inspector for about six (6) weeks in or about October 2007 at the BP Refinery in

2  Carson, CA.  Prior to that, I have worked at one other Conam location outside of California.

3       3. My last hourly wage at Conam was approximately $25.00 per hour.

4       4. For the entire of the time I worked for Conam in California, I worked a 7/12s

5  schedule—meaning that I was scheduled to work a 12 hour shift, seven days per week.

6       5. When I worked over 10 hours per day, I never got a second half-hour meal

7  period.  I was never told I could or should take a second meal period when I worked more than 10

8  hours in a day.  I also never understood that I had a right to take a second meal period when I

9  worked more than 10 hours in a day.   On the days in which I worked more than 10 hours in a

10  day, I only took one ½ hour meal period, although I was not allowed to leave the facility during

11  my meal period.

12       6.    I do not recall ever voting in a secret ballot election for an alternative

13  workweek schedule (or "AWS"), such as a 7/12 schedule, while working at Conam, and I do not

14  believe I ever voted in such an election.

15       7.    When I worked for Conam in California, I worked on a project as a

16  contract employee.  When the project ended, my employment was also considered ended.  When

17  my work ended at the BP location in Carson, California, I was not given my last paycheck that

18  day.  Instead, I received my last paycheck in the mail approximately two (2) weeks later.

19       I declare under penalty of perjury under the laws of the United States and the state

20  of California that the foregoing is true and correct to the best of my knowledge.

21  

22  Executed in __Tampa__, __FL__ on __7/24__, 2008.
              City           State

23  

24  

25  _____
   YOANGEL PADILLA

26  

27  

28  

-2-

# EXHIBIT Q

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

CONAM INSPECTION AND ENGINEERING SERVICES, INC,

Defendant.

**CASE NO. 3:07-cv-04956-SI**

**CLASS ACTION**

**DECLARATION OF RANDEL P. PRENTICE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**Date:** August 15, 2008
**Time:** 9:00 a.m.
**Courtroom:** 10
**Judge:** Hon. Susan Illston

I, RANDEL P. PRENTICE, declare under penalty of perjury:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I was employed by Conam Inspection and Engineering Services, Inc.

1  ("Conam") as contract-based Mechanical (API) Inspector during two separate periods from 2006

2  through approximately March 2008 (specifically from: (i) approximately October 2006 through

3  approximately November 2006, and (ii) approximately January 2008 through approximately

4  March 2008), at the BP Refinery in Carson, California.

5  　　　　3. My last hourly wage at Conam was approximately $48.00 per hour.

6  　　　　4. For the majority of time I worked for Conam, I worked a 7/12s schedule—

7  meaning that I was scheduled to work a 12 hour shift, seven days per week.  I occasionally

8  worked different shifts, such as a 6/12s or a 5/10s.

9  　　　　5. When I worked over 10 hours per day, I never got a second half-hour meal

10  period.  I was never told I could or should take a second meal period when I worked more than 10

11  hours in a day.  I also never understood that I had a right to take a second meal period when I

12  worked more than 10 hours in a day.   On the days in which I worked more than 10 hours in a

13  day, I only took one ½ hour meal period.

14  　　　　6. I do not recall ever voting in a secret ballot election for an alternative workweek

15  schedule (or "AWS"), such as a 7/12 schedule, while working at Conam, and I do not believe I

16  ever voted in such an election.

17  　　　　7. Throughout my work at Conam, I would work on a project that would end.

18  When it ended, I was considered terminated and not given a definite date to return to work.

19  When my work ended on a project, I was not given my last paycheck that day.  Instead, I would

20  receive my last paycheck via direct deposit approximately five to seven days after my last day of

21  work.  This occurred approximately 2 times since 2006.

22  　　　　I declare under penalty of perjury under the laws of the United States and the state

23  of California that the foregoing is true and correct to the best of my knowledge.

24  　　　　Executed in _Dayton_____, _Texas_____ on _June 11_, 2008.
　　　　　　　　　　　　　　/city　　　　　　state

25

26  _Randel P. Prentice_____

27  　　　　RANDEL P. PRENTICE

28

　　　　　　　　　　　　　　　　　　-2-

# EXHIBIT R

1  STEVEN M. TINDALL (SBN 187862)
2  ZACHARY R. CINCOTTA (SBN 226947)
   RUKIN HYLAND & DORIA LLP
3  100 Pine Street, Suite 725
   San Francisco, CA 94111
4  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5
   ELLYN MOSCOWITZ (State Bar No. 129287)
6  LAW OFFICES OF ELLYN MOSCOWITZ
   8400 Enterprise Way, Suite 201
7  Oakland, California 94621
   Telephone: (510) 567-8400
8  Facsimile: (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10 Attorneys for Individual and Representative Plaintiff

11

12          UNITED STATES DISTRICT COURT
13         NORTHERN DISTRICT OF CALIFORNIA

14

15 GERALD LEE and STEVEN TAYLOR,
   individually and on behalf of all others
16 similarly situated,                      CASE NO. 3:07-cv-04956-SI

17              Plaintiffs,                  CLASS ACTION

18       vs.                                DECLARATION OF RICHARD A.
                                            PRIETO IN SUPPORT OF MOTION FOR
19 CONAM INSPECTION AND                     CLASS CERTIFICATION
   ENGINEERING SERVICES, INC,
20                                          Date: August 15, 2008
                Defendant.                  Time: 9:00 a.m.
21                                          Courtroom: 10
                                            Judge: Hon. Susan Illston
22

23

24
   I, RICHARD A. PRIETO, declare under penalty of perjury:
25
         1.  I make this statement based on my personal knowledge. I am prepared and
26
   competent to testify to the matters set forth in this declaration.
27
         2.  I was employed by Conam Inspection and Engineering Services, Inc.
28

   DECLARATION OF RICHARD A. PRIETO IN SUPPORT OF CLASS CERTIFICATION

1    ("Conam") as a technician for approximately fifteen days in January 2008 at the BP office in

2    Signal Hill, California.

3            3. My last hourly wage at Conam was approximately $27.00 per hour.

4            4. For the entire time I worked for Conam, I worked a 7/12s schedule—meaning

5    that I was scheduled to work a 12 hour shift, seven days per week.

6            5. When I worked over 10 hours per day, I never got a second half-hour meal

7    period. I was never told I could or should take a second meal period when I worked more than 10

8    hours in a day. I also never understood that I had a right to take a second meal period when I

9    worked more than 10 hours in a day. On the days in which I worked more than 10 hours in a

10   day, I only took one ½ hour meal period.

11           6. I do not recall ever voting in a secret ballot election for an alternative workweek

12   schedule (or "AWS"), such as a 7/12 or a 4/10 schedule, while working at Conam, and I do not

13   believe I ever voted in such an election.

14           7. At end of my employment with Conam, Conam did not give me my last

15   paycheck on my last day of work. In fact, I did not receive my last paycheck until approximately

16   one week after the end of my employment.

17           I declare under penalty of perjury under the laws of the United States and the state

18   of California that the foregoing is true and correct to the best of my knowledge.

19           Executed in _____, ____ on _____, 2008.
                              city          state

20

21

22           RICHARD A. PRIETO

23

24

25

26

27

28

# EXHIBIT S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONAM INSPECTION AND ENGINEERING SERVICES, INC, <br><br> Defendant. | **CASE NO. 3:07-cv-04956-SI** <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALFRED REEVES III IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** <br><br> **Date:** August 15, 2008 <br> **Time:** 9:00 a.m. <br> **Courtroom:** 10 <br> **Judge:**  Hon. Susan Illston |

I, ALFRED REEVES III, declare under penalty of perjury:

  1. I make this statement based on my personal knowledge.  I am prepared and competent to testify to the matters set forth in this declaration.

  2. I was employed by Conam Inspection and Engineering Services, Inc.

1  ("Conam") from approximately 1990 to approximately August 2007. During the initial 10 to 11

2  years of my employment with Conam, I worked as a temporary/contract employee. From

3  approximately 2001 to August 2007, I worked as a permanent employee of Conam mainly as an

4  Assistant at the BP Refinery in Carson, California. From about September 2005, I began to also

5  work at the Mobil Refinery in Torrance, California, as a lead technician. I was subsequently

6  transferred back to work at the BP Refinery in Carson. During the period from about September

7  2005 through the end of my employment with Conam, I worked at both Carson and Torrance

8  locations as an assistant, lead technician, and "safety overseer."

9            3. My last hourly wage at Conam was approximately $21.00 per hour.

10           4. The majority of the time I worked for Conam, I worked a 4/10s schedule—

11  meaning that I was scheduled to work a 10 hour shift, four days per week. I occasionally worked

12  longer shifts, such as 7/12 schedule —meaning that I was scheduled to work a 12 hour shift,

13  seven days per week.  This happened at least on one occasion during the time I worked at the

14  Mobil Refinery in Torrance when I had to work about 33 days straight on a 7/12 schedule. On

15  numerous occasions when I worked at the Carson location, I was required to work 12 hour shift

16  whenever we fell behind.

17           5. When I worked a 4/10 schedule, I was not paid time and a half for the hours I

18  worked for the 9th and 10th hours in a day. I was instead paid only straight time for those hours.

19  I was instead paid only straight time for those hours.

20           6. When I worked over 10 hours per day, I never got a second half-hour meal

21  period. I was never told I could or should take a second meal period when I worked more than 10

22  hours in a day. I also never understood that I had a right to take a second meal period when I

23  worked more than 10 hours in a day. On the days in which I worked more than 10 hours in a day,

24  I only took one ½ hour meal period.

25           7.    I do not recall ever voting in a secret ballot election for an alternative

26  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

27  believe I ever voted in such an election.

28           I declare under penalty of perjury under the laws of the United States and the state

DECLARATION OF ALFRED REEVES III IN SUPPORT OF CLASS CERTIFICATION

1    of California that the foregoing is true and correct to the best of my knowledge.

2        Executed in Long Beach, California on May 21st, 2008.

3

4

5               ALFRED REEVES III

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALFRED REEVES III IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT T

1

2   STEVEN M. TINDALL (SBN 187862)
    ZACHARY R. CINCOTTA (SBN 226947)
3   RUKIN HYLAND & DORIA LLP
    100 Pine Street, Suite 725
    San Francisco, CA 94111
4   Telephone: (415) 421-1800
    Facsimile: (415) 421-1700

5

6   ELLYN MOSCOWITZ (State Bar No. 129287)
    LAW OFFICES OF ELLYN MOSCOWITZ
7   8400 Enterprise Way, Suite 201
    Oakland, California 94621
8   Telephone: (510) 567-8400
    Facsimile: (510) 567-8444
9   emoscowitz@moscowitzlaw.com

10  Attorneys for Individual and Representative Plaintiff

11

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA

14

15  GERALD LEE and STEVEN TAYLOR,
    individually and on behalf of all others
16  similarly situated,                           CASE NO. 3:07-cv-04956-SI

17                 Plaintiffs,                     CLASS ACTION

18         vs.                                     DECLARATION OF KENNETH REEVES
                                                   IN SUPPORT OF MOTION FOR CLASS
19  CONAM INSPECTION AND                           CERTIFICATION
    ENGINEERING SERVICES, INC,
20                                                 Date:  August 15, 2008
                   Defendant.                      Time:  9:00 a.m.
21                                                 Courtroom: 10
                                                   Judge:   Hon. Susan Illston
22

23

24

25

26      I, KENNETH REEVES, declare under penalty of perjury:

27          1.  I make this statement based on my personal knowledge.  I am prepared and

28  competent to testify to the matters set forth in this declaration.

1        2. I was employed by Conam Inspection and Engineering Services, Inc.

2    ("Conam") as a technician from approximately November 2006 to September 2007 at the Mobil

3    Refinery in Torrance, California, and as a recruiter from approximately September 2007 to

4    January 2008 at the office location in Signal Hill, California, and as a technician from

5    approximately January 2008 to February 7, 2008 at the BP Refinery in Carson, CA.

6        3. My last hourly wage at Conam was approximately $20.00 per hour.

7        4. The majority of the time I worked for Conam, I worked a 4/10s schedule —

8    meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately 90

9    days of my employment with Conam, I worked a 6/12s or am7/12s schedule — meaning that I

10   was scheduled to work a 12-hour shift, six or seven days per week. The 12-hour shift schedule

11   occurred during shutdowns and this occurred about two (2) times during my employment with

12   Conam; each shutdown lasted about 45 days.

13       5. When I worked a 4/10 schedule, I was not paid time and a half for the hours I

14   worked for the 9th and 10th hours in a day. I was instead paid only straight time for those hours.

15       6. When I worked over 10 hours per day (for example, during shutdowns), I never

16   got a second half-hour meal period. I was never told I could or should take a second meal period

17   when I worked more than 10 hours in a day. I also never understood that I had a right to take a

18   second meal period when I worked more than 10 hours in a day. This was the case in all of the

19   locations where I worked for Conam. On the days in which I worked more than 10 hours in a

20   day, I only took one ½ hour meal period.

21       7. I do not recall ever voting in a secret ballot election for an alternative workweek

22   schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I

23   ever voted in such an election. During my time working at the Torrance location, I observed that

24   the number of employees changed from about 15 to 5. During my employment with Conam, I

25   observed that the number of employees working at the Carson location fluctuated from 150 to 20.

26       8. When my employment with Conam ended on or about February 7, 2008, I was

27   not given my last paycheck that day. Instead, I received my last paycheck in the mail

28   approximately one (1) week later.

-2-

DECLARATION OF KENNETH REEVES IN SUPPORT OF CLASS CERTIFICATION

1           I declare under penalty of perjury under the laws of the United States and the state

2    of California that the foregoing is true and correct to the best of my knowledge.

3           Executed in _Long Beach_ California on _May 19_ , 2008.

4

5                          _____

6                          KENNETH REEVES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KENNETH REEVES IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT U

1

2  STEVEN M. TINDALL (SBN 187862)
   ZACHARY R. CINCOTTA (SBN 226947)
3  RUKIN HYLAND & DORIA LLP
   100 Pine Street, Suite 725
4  San Francisco, CA  94111
   Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
5

6  ELLYN MOSCOWITZ (State Bar No. 129287)
   LAW OFFICES OF ELLYN MOSCOWITZ
7  8400 Enterprise Way, Suite 201
   Oakland, California 94621
8  Telephone:  (510) 567-8400
   Facsimile:  (510) 567-8444
9  emoscowitz@moscowitzlaw.com

10 Attorneys for Individual and Representative Plaintiff

11

12            UNITED STATES DISTRICT COURT
13           NORTHERN DISTRICT OF CALIFORNIA

14

15 GERALD LEE and STEVEN TAYLOR,
   individually and on behalf of all others
16 similarly situated,                       CASE NO. 3:07-cv-04956-SI

17              Plaintiffs,                   CLASS ACTION

18         vs.                               DECLARATION OF JESSE TERRAZAS IN
                                             SUPPORT OF MOTION FOR CLASS
19 CONAM INSPECTION AND                      CERTIFICATION
   ENGINEERING SERVICES, INC,
20                                           Date:  August 15, 2008
              Defendant.                     Time:  9:00 a.m.
21                                           Courtroom:  10
                                             Judge:  Hon. Susan Illston
22

23

24     I, Jesse Terrazas, declare under penalty of perjury:

25         1. I make this statement based on my personal knowledge.  I am prepared and

26 competent to testify to the matters set forth in this declaration.

27         2. I was employed by Conam Inspection and Engineering Services, Inc.

28 ("Conam") from approximately January 2005 to approximately November 2005 as an Assistant,

─────────────────────────────────────────────

1   and from approximately November 2004 to April 2007 as a Technician, at the BP Refinery in
                                      2005

2   Carson, California, the Exxon Mobil Refinery in Torrance, California, the Chevron Refinery in El

3   Segundo, California, and at approximately 2 other locations outside of California.

4         3. My last hourly wage at Conam was approximately $23.00 per hour.

5         4. The majority of the time I worked for Conam, I worked a 4/10 schedule—

6   meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately 6

7   weeks of my employment with Conam, I worked a 7/12 schedule—meaning that I was scheduled

8   to work a 12-hour shift, seven days per week. I occasionally worked longer shifts, such as 16-

9   hour days.

10        5. When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

11  half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those

12  hours.

13        6. When I worked over 10 hours per day, I never got a second half-hour meal

14  period. I was never told I could or should take a second meal period when I worked more than 10

15  hours in a day. On the days that I worked more than 10 hours in a day, I only took one ½-hour

16  meal period. This was the case at all of the locations in California at which I worked for Conam.

17        7. I do not recall ever voting in a secret ballot election for an alternative

18  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

19  believe I ever voted in such an election. During the time in which I worked for Conam at the BP

20  Refinery in Carson, California, the number of Conam employees working at that location varied

21  from approximately 45 employees to approximately 70 employees.

22        8. Although I resigned my position with Conam on a Friday, I did not receive my

23  final check until the funds were direct deposited in my bank account the following Thursday.

24        I declare under penalty of perjury under the laws of the United States and the state

25  of California that the foregoing is true and correct to the best of my knowledge.

26        Executed in  6-9-08  , California on  6-9-  , 2008.

27

28  
    JESSE TERRAZAS

-2-

DECLARATION OF JESSE TERRAZAS IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT V

1
2
STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
3
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
4
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
5

6
ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
7
8400 Enterprise Way, Suite 201
Oakland, California 94621
8
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
9
emoscowitz@moscowitzlaw.com

10
Attorneys for Individual and Representative Plaintiff

11

12
UNITED STATES DISTRICT COURT
13
NORTHERN DISTRICT OF CALIFORNIA

14

15
16
GERALD LEE and STEVEN TAYLOR,
individually and on behalf of all others
similarly situated,

17
Plaintiffs,

18
vs.

19
20
CONAM INSPECTION AND
ENGINEERING SERVICES, INC,

Defendant.

21

22

23

24

| | |
|---|---|
| | **CASE NO. 3:07-cv-04956-SI** |
| | **CLASS ACTION** |
| | **DECLARATION OF OSCAR VIVANCO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| | **Date:** August 15, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10<br>**Judge:** Hon. Susan Illston |

25
I, Oscar Vivanco, declare under penalty of perjury:

26
1. I make this statement based on my personal knowledge. I am prepared and

27
competent to testify to the matters set forth in this declaration.

28
2. I was employed by Conam Inspection and Engineering Services, Inc.

1  ("Conam") as an Assistant from approximately September 2003 to approximately March 2004,

2  and then as a Technician from approximately March 2004 to approximately September 2007. I

3  spent approximately 90% of my time as a Conam employee working at the BP Refinery in

4  Carson, CA, and spent the remainder of my time working at approximately 6 other locations (i.e.,

5  including: (1) a Praxair chemical plant in Carson, CA; (2) an AirProduct facility in Carson, CA;

6  (3) a Rhodia chemical plant in Carson, CA; (4) a Blythe Energy location in Blythe, CA; (5) the

7  Dcor chemical plant in Ventura, CA; and (6) The Wood Group in Vernon, CA).

8          3.  My last hourly wage at Conam was approximately $28.00 per hour.

9          4.  The majority of the time I worked for Conam, I worked a 4/10 schedule—

10  meaning that I was scheduled to work a 10-hour shift, four days per week. For approximately one

11  year, cumulative, of my employment with Conam, I worked a 7/12 schedule—meaning that I was

12  scheduled to work a 12-hour shift, seven days per week. I occasionally worked longer shifts,

13  such as 18-hour days.

14          5.  When I worked a 4/10 schedule or a 7/12 schedule, I was not paid time and a

15  half for the 9th and 10th hours I worked in a day. I was instead paid only straight time for those

16  hours. Soon after I began working for Conam, I questioned the fact that I was not being paid

17  overtime for any work over 8 hours in a day. I was told that it was company policy to work a

18  4/10 schedule and to be paid straight time for the first 10 hours in a day, up to 40 hours in a week.

19          6.  When I worked over 10 hours per day, I never got a second half-hour meal

20  period. I was never told I could or should take a second meal period when I worked more than 10

21  hours in a day. I also never understood that I had a right to take a second meal period when I

22  worked more than 10 hours in a day. This was the case in all of the refineries/power plants where

23  I worked for Conam. On the days that I worked more than 10 hours in a day, I only took one ½-

24  hour meal period.

25          7.  I do not recall ever voting in a secret ballot election for an alternative

26  workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not

27  believe I ever voted in such an election. In the time that I worked at the BP Refinery in Carson,

28  CA, the number of Conam employees working at that location ranged from approximately 25 to

DECLARATION OF OSCAR VIVANCO IN SUPPORT OF CLASS CERTIFICATION

1   approximately 85.

2       8. On a number of occasions, I worked more than 16 hours in a day and then

3   returned to work after less than 8 hours away from work, at which point I was paid straight time.

4   I felt that I should have continued at my double-time rate instead, as I understood California law

5   to say that if an employee works more than 16 hours in a day without an 8-hours break before his

6   or her next shift, that employee then begins his or her next shift at the double-time rate.  On these

7   occasions, I would complete my timesheet with continuous double time, but these time sheets

8   were subsequently altered to pay me straight time for the new day of work.

9       9. On some occasions when I worked at locations other than the BP Refinery in

10  Carson, CA, I was paid straight time for hours worked in excess of 10 hours in a day if I had not

11  yet reached 40 hours of work for that week.  On these occasions, I was told that it was company

12  policy to only begin paying overtime once I had reached 40 hours of work in a week.  I did not

13  speak up at the times that this happened because I did not want to invite repercussions.

14      10. On a number of occasions, my timesheets were altered so as to deduct from

15  the time I actually worked one day and to then add these hours onto the time I actually worked the

16  following day.

17      I declare under penalty of perjury under the laws of the United States and the state

18  of California that the foregoing is true and correct to the best of my knowledge.

19      Executed in _____, California on _____, 2008.

20

21

22              OSCAR VIVANCO

23

24

25

26

27

28

DECLARATION OF OSCAR VIVANCO IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT W

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone:  (510) 567-8400
Facsimile:  (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>    vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>             Defendant. | **CASE NO. 3:07-cv-04956-SI**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DON WAGLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**Date:** August 15, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10<br>**Judge:** Hon. Susan Illston |

I, Don Wagley, declare under penalty of perjury:

    1.  I make this statement based on my personal knowledge.  I am prepared and competent to testify to the matters set forth in this declaration.

    2.  I have been employed by Conam Inspection and Engineering Services, Inc.

1   ("Conam") from approximately June 1998 to approximately June 2000 as an Electrical Inspector,

2   and since approximately June 2000 as a Senior Electrical Inspector, at the BP Refinery in Carson,

3   California.

4           3.  My current hourly wage at Conam is $41.25 per hour.

5           4.  The majority of the time I have worked for Conam, I have worked a 4/10

6   schedule—meaning that I am scheduled to work a 10-hour shift, four days per week.  For

7   approximately 6 months, cumulative, of my employment with Conam, I have worked a 7/12

8   schedule—meaning that I was scheduled to work a 12-hour shift, seven days per week.  I have

9   occasionally worked longer shifts, such as 16-hour days.

10          5.  When I work a 4/10 schedule or a 7/12 schedule, I am not paid time and a half

11  for the 9th and 10th hours I work in a day.  I am instead paid only straight time for those hours.

12  This has been the case for the entirety of my employment with Conam.

13          6.  When I work over 10 hours per day, I never get a second half-hour meal period.

14  I have never been told I could or should take a second meal period when I work more than 10

15  hours in a day.  I was not aware that I had a right to take a second meal period when I work more

16  than 10 hours in a day. On the days that I work more than 10 hours in a day, I only take one ½-

17  hour meal period. This has been the case for the entirety of my employment with Conam.

18          I declare under penalty of perjury under the laws of the United States and the state

19  of California that the foregoing is true and correct to the best of my knowledge.

20          Executed in _Inglewood_, California on _6-30_, 2008.

21

22                          _Don R Wagley_

23                          DON WAGLEY

24

25

26

27

28

-2-