STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
1629 Telegraph Ave, Fourth Floor
Oakland, California 94612
Telephone: (510) 899-6240
Facsimile: (510) 899-6245
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION HEARING**<br><br>**Courtroom:** 10<br>**Judge:** Hon. Susan Illston |

Plaintiffs Gerald Lee and Steve Taylor and Defendant Conam Inspection and Engineering Services, Inc., through their attorneys of record, jointly submit the following stipulation regarding the hearing on class certification in this action.

WHEREAS, by Orders of June 20, 2008 (electronic Document Nos. 26 and 27), the current class certification briefing schedule provides that the motion for class certification is to be filed on or before August 1, 2008, the opposition to be filed on or before August 15, 2008, the reply to be filed on or before August 22, 2008, and the hearing to be held on October 3, 2008;

WHEREAS, Plaintiffs filed their motion on August 1, 2008, Defendant intends to file its opposition on August 15, 2008, and Plaintiffs intend to file their reply on August 22, 2008;

WHEREAS, the parties believe it is in their best interests and the interests of judicial efficiency to attempt to resolve this matter through mediation;

WHEREAS, the parties have agreed to use Mark Rudy of Rudy, Exelrod & Zieff, a mediator with substantial experience in employment class action litigation, as a mediator in this action;

WHEREAS, the first date that Mr. Rudy has available to conduct a mediation in this action is October 13, 2008, after the currently-scheduled hearing date on Plaintiffs' class certification motion;

WHEREAS, the parties have reserved with Mr. Rudy the date of October 13, 2008 to conduct a mediation;

WHEREAS, the parties believe that it would promote judicial efficiency as well as the interests of all parties to allow the parties the opportunity to attempt to settle this matter through mediation prior to the hearing on class certification;

1   IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PARTIES that the hearing on Plaintiffs' motion for class certification will be rescheduled to a date convenient to the Court at least 14 days after the scheduled mediation on October 13, 2008—that is, on or after October 27, 2008. The parties will file their opposition and reply briefs as previously scheduled by the Court.

Respectfully submitted,

DATED: August 14, 2008         RUKIN HYLAND DORIA & TINDALL LLP

                               By: _____
                                   Steven M. Tindall

                               LAW OFFICE OF ELLYN MOSCOWITZ
                               Ellyn Moscowitz

                               Attorneys for Plaintiffs


DATED: August 14, 2008         FULBRIGHT & JAWORSKI, LLP

                               By: _____
                                   Marcus A. Torrano
                                   Attorneys for Defendant

**[PROPOSED] ORDER**

For good cause shown, the Court amends its previous scheduling Order as follows: Hearing on class certification: _____, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

_____
Hon. Susan Illston
United States District Court Judge