MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>  Defendant. | CASE NO.: C-07-4956-SI<br><br>**DECLARATION OF CANDACE BERTOLDI IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   October 3, 2008<br>Time:   9:00 a.m.<br>**Crtrm: 10**<br>Judge: Hon. Susan Illston |

I, Candace Bertoldi, declare as follows:

1. I am an attorney licensed to practice before the United States District Court, Northern District of California and am an Associate with the Law Firm of Fulbright & Jaworski L.L.P., attorneys of record for defendant Conam Inspection and Engineering Services, Inc. ("Conam"). I make this declaration of my own personal knowledge and if called upon could and would testify competently

2. Attached hereto as Exhibit "A" is a true and correct copy of pages from two separate Conam Employee Manuals that pertain to Conam's meal period policy. Conam

previously produced these pages to Plaintiffs' counsel as Bates Stamped Nos. CO 019347, CO 019360, CO 019361, CON0267, CON0286, and CON0267.

3. Attached hereto as Exhibit "B" are portions of the transcript of Plaintiff Gerald Lee's June 12, 2008 deposition relevant to Conam's Opposition to Plaintiffs' Motion for Class Certification ("Opposition"), along with the face page and the court reporter's certificate.

4. Attached hereto as Exhibit "C" are portions of the transcript of Plaintiff Steven Taylor's June 12, 2008 deposition relevant to Conam's Opposition, along with the face page and the court reporter's certificate.

5. During the course of this litigation, Conam has produced to Plaintiffs' counsel several thousand pages of payroll information and timesheets filled out by Conam employees during the class period. I have personally reviewed time sheets previously produced. Attached hereto as Exhibit "D" are timesheets of Conam testing and inspection employees produced to Plaintiffs' counsel, who worked more than eight hours in a day and were paid overtime for all time worked beyond eight. These are just a sample of the hundreds of timesheets that I reviewed that similarly pay employees overtime after the eighth hour.

6. Attached hereto as Exhibits "E" through "Z" are declarations of current Conam employees offered in support of Conam's Opposition. Each employee declaration is signed under the penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of August 2008, at Los Angeles, California.

Candace Bertoldi

DECLARATION OF CANDACE BERTOLDI IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 2 -

# INDEX OF EXHIBITS ATTACHED TO THE DECLARATION OF CANDACE BERTOLDI

**Exhibit No.**

| | |
|---|---|
| A | Meal and Rest Period Policy |
| B | Deposition of Gerald Lee |
| C | Deposition of Steven Taylor |
| D | Employees' Time Cards |
| E | Declaration of Dennis Bertolotti |
| F | Declaration of Wendy Myers |
| G | Declaration of Mike Price |
| H | Declaration of Thomas Schindler |
| I | Declaration of Diane Morelli |
| J | Declaration of Renato Echevarria |
| K | Declaration of Laine Blanchard |
| L | Declaration of Saied Behzadpoor |
| M | Declaration of Eric Fritze |
| N | Declaration of Elijah Bennett |
| O | Declaration of Jesus Torres |
| P | Declaration of Henry Perez |
| Q | Declaration of Roger Halsell |
| R | Declaration of Forest O'Connor |
| S | Declaration of Rick Surber |
| T | Declaration of Charles Johannessen |
| U | Declaration of Justin Decker |
| V | Declaration of Alejandro Ramos |
| W | Declaration of Kyle Maltsberger |
| X | Declaration of Brad Carlon |
| Y | Declaration of Jackson Smith |
| Z | Declaration of John Yingling |