# EXHIBIT D

## bp West Coast Products LLC

CONAM Inspection & Engineerig Services, Inc.

**Contractor:** CONAM I & E.S., Inc.

**bp Coordinator:** Ron Clarkson

**Work Description:** ---- API 510 Sr ---- Oct T/A **Job # :**

**Employee Name:** Tony Tijerina

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Name Tech/Asst |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 10/16/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | 8 | 4 | | #4 Crude T/A insp | | | |
| 10/17/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | 8 | 4 | | #4 Crude T/A insp | | | |
| 10/18/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | 8 | 4 | | #4 Crude T/A insp | | | |
| 10/19/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | 8 | 4 | | #4 Crude T/A insp | | | |
| 10/20/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | 8 | 4 | | #4 Crude T/A insp | | | |
| 10/21/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | | 8 | 4 | #4 Crude T/A insp | | | |
| 10/22/2006 | 126602 | Sr. API-510 | 6:00AM | 6:30PM | 12 | | 8 | 4 | #4 Crude T/A insp | | | |
| | | | Weekly Total | | 84 | 40 36 | 36 | 8 | @ RC | | | S7608/88962 |

| | Weekly | ST | OT | DT |
|---|---|---|---|---|
| | | 40 | 36 | 8 |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 126602 | 84 | 40 | 36 | 8 |
| | | | | |
| | | | | |
| | | | | |
| Billable Totals | 84 | 40 | 36 | 8 |

**Comments:**

**Additional Equipment/Materials:**

**Misc:**

**SIGNATURE:** 10/23/06

10/23/06

bp

## bp West Coast Products LLC

CONAM Inspection & Engineering Services, Inc.

Contractor: CONAM I & E.S., Inc.

Employee Name: Jonathon Bird

bp Coordinator: Ron Clarkson

Work Description: Sr. AIT - OCT TA

Job #: 57608-889

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quanity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16 | 127792 | Sr. AFI I&E | 1800 | 0630 | 12 | 8 | 4 | 1 | | | | | |
| 10/17 | | | 1800 | 0630 | 12 | 8 | 4 | 1 | | | | | |
| 10/18 | | | 1800 | 0630 | 12 | 8 | 4 | 1 | | | | | |
| 10/19 | | | 1800 | 0630 | 12 | 8 | 4 | 1 | | | | | |
| 10/20 | | | 1800 | 0630 | 12 | 8 | 4 | 4 | | | | | |
| 10/21 | | ↓ | 1800 | 0630 | 12 | 1 | 8 | 4 | | | | | |
| 10/22 | | | 1800 | 0630 | 12 | 1 | 8 | 4 | | | | | |

| | Shop | Total | ST | OT | DT |
|---|---|---|---|---|---|
| | | 84 | 40 | 36 | 8 |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127792 | 84 | 40 | 36 | 8 |
| | | | | |
| | | | | |
| Billable Totals | 84 | 40 | 36 | 8 |

Comments:

Additional Equipment/Materials: _____

Misc: _____

SIGNATURE _____   10/23/06

CO022625

**bp West Coast Products LLC**

Contractor: CONAM Inspection & Engineerig Services, Inc.
CONAM I & E.S., Inc.

Employee Name: BEN BRANDT

bp Coordinator: Ron Clarkson

Work Description: SR API 510 - OCT 7A Job #: 5209-8822

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16 | 127792 | SR API INSP | 1800 | 0630 | 12 | 8 | 4 | | | | | | |
| 10/17 | | | | | | 8 | 4 | | | | | | |
| 10/18 | | | | | | 8 | 4 | | | | | | |
| 10/19 | | | | | | 8 | 4 | | | | | | |
| 10/20 | | | | | | 8 | 4 | 4 | | | | | |
| 10/21 | | | | | | 8 | 8 | 4 | | | | | |
| 10/22 | ✓ | ✓ | ✓ | ✓ | ✓ | 8 | 8 | | | | | | |
| | | | Shop | Total | 84 | 40 | 36 | 8 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127792 | 84 | 40 | 36 | 8 |
| Billable Totals | 84 | 40 | 36 | 8 |

Comments:

Additional Equipment/Materials:

Misc:

SIGNATURE: J.H. 10/23/06

CO022624

**Contractor:** CONAM I & E.S., Inc.

**Employee Name:** JOSE FRAGA

**bp Coordinator:** Ron Clarkson

**Work Description:** T/A SAFETY / OCT 06'

**Job #:** 57607-8776 / 57608-88

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Tech/Asst Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6 | 127792 | SAFETY | 1700 | 530 | 12 | 8 | 4 | | | | | | |
| 10/7 | 127792 | SAFETY | 1700 | 530 | 12 | 8 | 4 | | | | | | |
| 10/18 | 127792 | SAFETY | 1700 | 530 | 12 | 8 | 4 | | | | | | |
| 10/19 | 126602 | SAFETY | 1700 | 530 | 12 | 6 | 4 | | | | | | |
| 10/20 | 126602 | SAFETY | 1700 | 530 | 12 | 8 | 4 | | | | | | |
| 10/21 | | SAFETY | OFF | OFF | | | | | | | | | |
| 10/22 | 126602 | SAFETY | 1700 | 530 | 12 | 8 | | 4 | | | | | |
| | | | **Weekly** | **Total** | 72 | 40 | 28 | 4 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127792 | 36 | 24 | 12 | |
| 126602 | 36 | 16 | 16 | 4 |
| | | | | |
| | | | | |
| **Billable Totals** | 72 | 40 | 28 | 4 |

**Comments:**

**Additional Equipment/Materials:**

**Misc:**

**SIGNATURE:**

CONAM Inspection & Engineering Services, Inc.

bp West Coast Products LLC

bp

**Contractor:** CONAM I & E.S., Inc.

**Employee Name:** Robert V. Huetwohl

**bp Coordinator:** Ron Clarkson

**Work Description:** Sr API Oct T/A

**Job #:** S7608-88962

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2006 | 126602 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 8 | 4 | | | N/A | N/A | N/A | |
| 10/17/2006 | 126602 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 8 | 4 | | | N/A | N/A | N/A | |
| 10/18/2006 | 126602 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 8 | 4 | | | N/A | N/A | N/A | |
| 10/19/2006 | 126602 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 8 | 4 | | | N/A | N/A | N/A | |
| 10/20/2006 | 126602 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 8 | 4 | | | N/A | N/A | N/A | |
| 10/21/2006 | 114487 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 0 | 8 | 4 | | N/A | N/A | N/A | |
| 10/22/2006 | 114486 | Sr API Oct T/A | 18:00 | 6:30 | 12 | 0 | 8 | 4 | | N/A | N/A | N/A | |
| | | | | | | | | | | | | | |
| Weekly Total | | | | | 84 | 40 | 36 | 8 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 126602 | 72 | 40 | 20 | 0 |
| 114487 | 12 | | 8 | 4 |
| 114486 | 12 | | 8 | 4 |
| | | | | |
| | | | | |
| Billable Totals | 84 | 40 | 36 | 8 |

**Comments:**

**Additional Equipment/Materials:**

**Misc:**

**SIGNATURE:** [signature]   10/23/06

CO022613

**bp**

**bp West Coast Products LLC**

CONAM Inspection & Engineerig Services, Inc.

**Contractor:** CONAM I & E.S., Inc.

**Employee Name:** William C. Ensign

**bp Coordinator:** Ron Clarkson

**Work Description:** SR API 510 OCT. T/A Inspection

**Job #:** S7608-88962

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday, October 16, 2006 | 127792 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 8 | 4 | 0.5 | | N/A | N/A | N/A | |
| Tuesday, October 17, 2006 | 126602 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 8 | 4 | 0.5 | | N/A | N/A | N/A | |
| Wednesday, October 18, 2006 | 126602 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 8 | 4 | 0.5 | | N/A | N/A | N/A | |
| Thursday, October 19, 2006 | 132032 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 8 | 4 | 0.5 | | N/A | N/A | N/A | |
| Friday, October 20, 2006 | 132032 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 8 | 4 | 0.5 | | N/A | N/A | N/A | |
| Saturday, October 21, 2006 | 127792 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 0 | 8 | 4.5 | | N/A | N/A | N/A | |
| Sunday, October 22, 2006 | 127792 | Sr API Oct T/A | 17:30 | 6:30 | 12.5 | 0 | 8 | 4.5 | | N/A | N/A | N/A | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | Weekly Total | 87.5 | 40 | 36 | 11.5 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 1 COKER 127792 | 37.5 | 8 | 20 | 9.5 |
| 4 CRUDE 126602 | 25 | 16 | 8 | 1 |
| FFHDS 132032 | 25 | 16 | 8 | 1 |
| | | | | |
| **Billable Totals** | 87.5 | 40 | 36 | 11.5 |

**Comments:**

**Additional Equipment/Materials:**

**Misc:**

**SIGNATURE** J.J. 10/23/06

bp

CONAM INSPECTION INC.

**bp West Coast Products LLC**

Contractor: CONAM INSPECTION

bp Coordinator: Ron Clarkson   Work Description: SR. API INSPECTOR   Job Number: 5788-89 62

Employee Name: JAMES C. "CLIF" McCRARY

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|------|-----------------|-------------|---------|----------|-----------|--------|--------|--------|------------------|--------------|----------|--------------------------|
| OCT.16,'06 | 127792 | SR API INSP.-T/A | 5½ | 6³⁰ | 12 | 8 | 4 | | | | | |
| OCT.17,06 | 127792 | SR API INSP.-T/A | " | " | 12 | 8 | 4 | | | | | |
| OCT.18,06 | 127792 | SR API INSP.-T/A | " | " | 12 | 8 | 4 | | | | | |
| OCT.19,06 | 127792 | SR API INSP.-T/A | " | " | 12 | 8 | 4 | | | | | |
| OCT.20,06 | 127792 | SR API INSP.-T/A | " | " | 12 | 8 | 4 | | | | | |
| OCT.21,06 | 127792 | SR API INSP.-T/A | " | " | 12 | 8 | 8 | 4 | | | | |
| OCT.22,06 | 127792 | SR API INSP.-T/A | " | " | 12 | 8 | 8 | 4 | | | | |
| | | | | TOTALS | 84 | 40 | 36 | 8 | | | | |

Consumables/Comments:

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|-------------|-------------|----|----|----|
| 127792 | 84 | 40 | 36 | 8 |
| TOTALS | 84 | 40 | 36 | 8 |

UT: _____
MT: _____
PT: _____
Film: 4.5x10 = _____   4.5x17 = _____   8x10 = _____
         14x17 = _____   Misc: _____

SIGNATURE: _____   10/23/06

CO022609

**bp West Coast Products LLC**   bp

Contractor: CONAM I & E.S., Inc.
CONAM Inspection & Engineering Services, Inc.

Employee Name: Michael McNevin

bp Coordinator: Ron Clarkson

Work Description: BP T/A OCT 06'

Job #: 57608-8662

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/06 | 127792 | Ast. NDT (comp)st | 6:00am | 6:30pm | 12 | 8 | 4 | | MET-L-CHEK PEN, DEV. & CLEANER | | | |
| 10/17/06 | 127792 | Ast. NDT | 6:00am | 6:30pm | 12 | 8 | 4 | | MET-L-CHEK PEN, DEV. & CLEANER | | | |
| 10/18/06 | 127792 | Ast. NDT | 6:00am | 6:30pm | 12 | 8 | 4 | | 14mm, Blacklight, Yoke | | | |
| 10/19/06 | 127792 | Ast. NDT | 6:00am | 6:30pm | 12 | 8 | 4 | | Red Magnetic Powder, Yoke | | | |
| 10/20/06 | 127792 | Ast. NDT | 6:00am | 6:30pm | 12 | 8 | 4 | | MET-L-CHEK PEN, DEV & CLEANER | | | |
| 10/21/06 | 127792 | Ast. NDT | 6:00am | 6:30pm | 12 | 8 | 4 | | MET-L-CHEK PEN, DEV. & CLEANER | | | |
| 10/22/06 | 127792 | Ast. NDT | 6:00am | 6:30pm | 12 | 8 | 4 | | | | | |
| | 127792 | | | | | | | | | | | |
| | | | Shop | | | ST 40 | OT 36 | DT 8 | | | | |
| | | | | Total | 84 | 40 | 36 | 8 | | | | |

Comments:

Additional Equipment/Materials:

Misc:

SIGNATURE: *[signature]*   10/23/06

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127792 | 84 | 40 | 36 | 8 |
| | | | | |
| | | | | |
| | | | | |
| Billable Totals | 84 | 40 | 36 | 8 |

CO022610

Oct-24-2006 06:20 From-INSPECTION OFFICE +310 816 3423 T-808 P.005/005 F-660

CONAM Inspection & Engineering Services, Inc.
**CONAM I & E.S., Inc.**

**bp West Coast Products LLC**

Contractor:
Employee Name: Jose Luis Gomes

bp Coordinator: Ron Clarkson
Work Description: Oct. 06' T/A

Job #: 576cA985

| Date | Charge/ AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16 | 127752 | Driver | 0600pm | 0630 | 12 | 8 | 4 | | | | | | |
| 10/17 | 127752 | " | 0600pm | 0145 | 7.75 | 7.75 | | | | | | | |
| | | " | NO GATE LOG ENTRY OR EXIT. | | | | | | | | | | |
| 10/19 | 127752 | " | 1845 | 0630 | 11.25 | 8 | 3.25 | | | | | | |
| 10/20 | 127752 | " | 1830 | 6:30 | 11.5 | 8 | 3.5 | | | | | | |
| 10/21 | 127752 | " | 1830 | 6:30 | 11.5 | | 8 | 3.5 | | | | | |
| 10/30 | 127752 | " | 1815 | 12:00 | 5.75 | | 5.75 | | | | | | |
| | | | Shop | Total | 59.75 | 31.75 | 24.5 | 3.5 | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|---|---|---|---|---|
| 127752 | 59.75 | 31.75 | 24.5 | 3.5 |
| | | | | |
| | | | | |
| Billable Totals | 59.75 | 31.75 | 24.5 | 3.5 |

Comments: This Timesheet Has Been Altered By Jim Falk As Compared To The B.P. gate Log 1.7.

Additional Equipment/Materials:

Misc:

SIGNATURE:  J.F. 10/24/06

CO022607

# SSNA WEEKLY T&M REPORT

EMPLOYEE NAME: MARTIN CACERON

EMPLOYEE #: _____

DEPT #: _____

SHEET: 1 OF 1

| DATE 2006 | JOB DESCRIPTION/ LOCATION | JOB # | ACTIVITY CODE | LABOR REG | REG/SPC | OT 1 | OT 2 | CONSUMABLES ITEM # | QTY | EQUIPMENT / MISC ITEM # | HRS/MLG |
|-----------|---------------------------|-------|---------------|-----------|---------|------|------|---------------------|-----|--------------------------|---------|
| 5-8 | BP / WYATT | S6331-75402 2101 | | 8 | | 1 | → RATE 2 | | | | |
| 5-9 | BP / WYATT | S6331-75402 2101 | | 8 | | 1 | → RATE 2 | | | | |
| 5-11 | BP / WYATT | S6331-75402 2101 | | 8 | | 1 | → RATE 2 | | | | |
| 5-12 | BP / WYATT | S6331-75402 2101 | | 8 | | 1 | → RATE 2 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | TOTAL WEEKLY LABOR | | 32 | | 4 | | | | | |

EMPLOYEE SIGNATURE:

DATE: 5-8-06

Print Date: May 2002

CUSTOMER SIGNATURE (if required): _____

DATE: _____

SUPERVISOR SIGNATURE: _____

DATE: _____

CO035186



CoNAM Inspection & Engineering Services, Inc.

**CONAM I & E.S., Inc.**

bp West Coast Products LLC

Contractor:

Employee Name: Oscar Vivanco

bp Coordinator: Ron Clarkson

Work Description: IRIS/CCAUS T/A

Job #: S10000-72332

| Date | Charge/AFC No. | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | Equipment | Materials | Quantity | Film Quantity Sq. Inch | Name Tech/Asst |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| ON CARG0 | 11908b- | Tube-Inspec IRIS | 0600 | 1800 | 12 | 8 | 4 | 0 | IRIS-9000 | | 1 | | RC/ CARG0 |
| | | | | | | | | | LAP-TOP | | 1 | | |
| | | | | | | | | | VAN #5 | | 1 | | |
| UES APR06 | 11908b- | IRIS-Insp. | 0600 | 1500 | 9 | 8 | 1 | 0 | IRIS | | 1 | | " |
| | | | | | | | | | LAP TOP | | 1 | | |
| | | | | | | | | | VAN #5 | | 1 | | |
| NED APR06 | 17002 2832 | Sr. NDE Routine | 0600 | 1200 | 6 | 6 | 0 | 0 | UT Scope | | 1 | | " |
| | | | | | | | | | Transducer (D-790) | | 1 | | |
| | | | | | | | | | VAN 5 | | 1 | | |
| | | | | | | | | | 1602 Hi Temp Couplant | | 1 | | |
| | | | | Weekly Total | | | | | | | | | |

**Comments:** 11am to 3pm REDOING AT STEP.
APPROVED BY BLAKE & PETE GUEVARA (11APR06)

**Additional Equipment/Materials:** 3 DAY RENTAL FOR (10APR06)
3" IRIS PROBE.    Pat Logan   4/7/06

**Misc:**

**SIGNATURE:**

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|------|------|------|------|------|
| 11908b | 21 | 16 | 5 | 0 |
| 2832 | 6 | 6 | 0 | 0 |
| 11952b | 8 | 8 | 0 | 0 |
| Billable Totals | 35 | 30 | 5 | 0 |

CO034882

DEC/29/2005/THU 08:24 FM   CONAM INSPECTION SER    FAX No. 702 4506156          P. 001/009

# SSNA WEEKLY T&M REPORT

EMPLOYEE NAME:

EMPLOYEE #:

DEPT #:

SHEET: ____ OF ____

| DATE | JOB DESCRIPTION/ LOCATION | JOB # | ACTIVITY CODE | LABOR REG | LABOR REG/SPC | LABOR OT 1 | LABOR OT 2 | CONSUMABLES ITEM # | CONSUMABLES QTY | EQUIPMENT / MISC ITEM # | EQUIPMENT / MISC HRS/MLG |
|------|---------------------------|-------|---------------|-----------|---------------|-----------|-----------|--------------------|-----------------|-------------------------|--------------------------|
| 12-26 | Stop Time | | | 8 | | | | | | | |
| 12-27 | Rohco Electric | | | 8 | | | | | | | |
| 12-28 | Mc Carthy (residential contractor) | 2120 | | 3 | | | | | | | |
| 12-28 | Mc Carthy (residential contractor) | 2120 | | 5 | | 4 | | | | | |
| 12-29 | Shop Time | 2120 | | 4 | | | | | | | |
| 12-30 | Stop Time | | | 8 | | | | | | | |

TOTAL WEEKLY LABOR   40   4

CUSTOMER SIGNATURE (if required):

DATE:

EMPLOYEE SIGNATURE:

DATE: 12-30-05

SUPERVISOR SIGNATURE:

DATE:

Print Date: May 2002

CO033689

## SSNA WEEKLY T&M REPORT

EMPLOYEE NAME: Daniel Mora

EMPLOYEE #: _____

DEPT #: _____

SHEET: 1 OF 1

| 20__ DATE | JOB DESCRIPTION/ LOCATION | JOB # | ACTIVITY CODE | LABOR | | | | | CONSUMABLES | | EQUIPMENT / MISC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REG | REG/SPC | OT 1 | OT 2 | | ITEM # | QTY | ITEM # | HRS/MLG |
| 11/5 | Irwin/Torance | C2501 | 2181 | 8 | | | | | | | | |
| 11/6 | " | C2501 | 2181 | 8 | | 2 | | | | | | |
| 11/7 | " | C2501 | 2181 | 8 | | 2 | | | | | | |
| 11/8 | " | C2501 | 2181 | 8 | | 2 | | | | | | |
| | | | | | | | | | | | | |
| | | | TOTAL WEEKLY LABOR | 32 | | 8 | | | | | | |

CUSTOMER SIGNATURE (if required): _____

DATE: _____

SUPERVISOR SIGNATURE: _____

DATE: _____

EMPLOYEE SIGNATURE: _____

DATE: 11.23.04

Print Date: May 2002

CO021863

# SSNA WEEKLY T&M REPORT

EMPLOYEE NAME: Guillermo Castro

EMPLOYEE #: _____

DEPT #: _____

SHEET: ____ OF ____

| 20 04 DATE | JOB # | JOB DESCRIPTION/ LOCATION | ACTIVITY CODE | REG | LABOR REG/SPC | OT 1 | OT 2 | CONSUMABLES ITEM # | QTY | EQUIPMENT / MISC ITEM # | HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-3) | | HOLIDAY | 1006 | 8 | 8 | | | | | | |
| 6-1 | | JOB PREP / SHOP | 1100 | 5 | 5 | | | | | | |
| | | TRAVEL TO SAN DIEGO | 1003 | 3 | 3 | | | | | | |
| 6-2 | | KENNEDY JEWEL ENG/ POSO | 2161 | 10 | 8 | 2 | | | | | |
| 6-3 | | KENNEDY JEWEL ENG/ POSO | 2161 | 10 | 8 | 2 | | | | | |
| 6-4 | | KENNEDY JEWEL-EOS/POSO | 2161 | 8 | 8 | | | | | | |
| | | SNG WEEK 3HRS TRAVEL | 1003 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | TOTAL WEEKLY LABOR | | 44 | 40 | 4 | | | | | |

EMPLOYEE SIGNATURE: _(signature)_

DATE: 6-6-04

Print Date: May 2002

CUSTOMER SIGNATURE: (if required) _____

DATE: _____

SUPERVISOR SIGNATURE: _____

DATE: _____

CO006174

bp West Coast Products LLC

**CONAM INSPECTION**

Contractor:

bp Coordinator: Ron Clarkson

Employee Name: GUILLERMO CASTRO

Work Description: UTSW on FCC Piping

Job Number: 51048/1848(?)

| Date | AFC No. / Charge/ | Craft Class | Time In | Time Out | Total Hrs | ST Hrs | OT Hrs | DT Hrs | O.S. Explanation | O.S. Mileage | COMMENTS | T.S. No. Office use only |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 6-15-04 | SR. UT LEVEL II | 0700 | 1630 | 9 | 8 | 1 | | 1 HR TRAVEL | | | |
| 6-17-04 | SR. UT LEVEL II | 0630 | 1600 | 9 | 8 | 1 | | 1 HR TRAVEL | | | |
| | | | | | 18 2 | | | | | | |

| CHARGE/AFC# | TOTAL HOURS | ST | OT | DT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Consumables/Comments:

UT: _____
MT: _____
PT: _____

Film: 4.5x10 = _____   4.5x17 = _____   8x10 = _____
14x17 = _____   Misc: _____

SIGNATURE: Guillermo Castro

CO020661

## SSNA WEEKLY T&M REPORT

EMPLOYEE NAME: Guillermo Castro

EMPLOYEE #: _____

DEPT #: _____

SHEET: _____ OF _____

| 2004 DATE | JOB DESCRIPTION/ LOCATION | JOB # | ACTIVITY CODE | REG | REG/SPC | OT 1 | OT 2 | CONSUMABLES ITEM # | QTY | EQUIPMENT / MISC ITEM # | HRS/MLG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-14-04 | LSI / SHOP | | 1203 | 8 | 8 | | | | | | |
| 6-15-04 | BP / UTSW | S1048/18481 | 1100 | 1 | 1 | | | | | | |
| | | | 3141 | 9 | 7 | 2 | | | | | |
| 6-17-04 | BP / UTSW | S1048/18481 | 3141 | 9 | 8 | 1 | | | | | |
| | SHOP | | 1100 | 1 | | 1 | | | | | |
| 6-18-04 | MANDATORY SAFETY MEETING / SHOP LSI | | 1203 | 6 | 6 | | | | | | |
| | | | | 2 | 2 | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | TOTAL WEEKLY LABOR | | | 36 | 32 | 4 | | | | | |

EMPLOYEE SIGNATURE:
_Guillermo Castro_

DATE: 6/18/04

Print Date: May 2002

CUSTOMER SIGNATURE (if required):
_____

DATE: _____

SUPERVISOR SIGNATURE:
_____

DATE: _____

CO020660

1875 Coronado Ave.
Signal Hill Ca. 90755
(562)997-3932  Phone
(562)997-6070  Fax

**CONAM**
Inspection & Engineering Services, Inc.

## DAILY CUSTOMER TIMESHEET

Customer/Company Name: Jacobs / Exxon Mobil
Customer Contact: Mike Mendez / Mr. F Millick
Conam Job #: 5-10144-130-14
Location Address: Pc. Px. Loss Cypress Co.  90b30
Project: Fuel Gas
Day & Date of Service: Wed.  10-31-07
PO #: 02BF4SNX-62722b
WO #: _____

| Employee Name | Employee Number | NDE Method | Conam Code | S/T Hrs. Worked | O/T Hrs. Worked | P/T Hrs. Worked | Per Diem | Notes & Explanations |
|---|---|---|---|---|---|---|---|---|
| Omar Palacios | 104437 | UT | | 8 | 2.5 | | | |
| Pablo Castellon | | PMI | | 8 | 2.5 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### Consumables and Materials Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| FILM - UP TO 4.5" X 10" | | RT62010 |
| FILM - UP TO 4.5" X 17" | | RT62020 |
| FILM - UP TO 14" X 17" | | RT62030 |
| 14 AM.- PREPARED BATH | | MT56200 |
| MT POWDER | | MT56040 |
| METAL MARKERS | | OT57090 |
| RESPIRATOR / CART. | | OT57120 |
| AIR MONITORS | | OT77000 |
| PT CLEANER | | PT60000 |
| PT DEVELOPER | | PT60010 |
| PT PENETRANT | | PT60020 |
| LINT FREE RAGS | | PT60030 |
| RT CHEMICALS | | RT62110 |
| HIGH TEMP COUPLANT | | UT65030 |
| UT COUPLANT - OZ | | UT65110 |
| FREIGHT | | OT77060 |
| EQUIPMENT RENTAL | | OT77050 |
| MISC EXPENSE | | OT77110 |

### Equipment Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| ACFM EQUIPMENT | | AC71000 |
| AE EQUIPMENT | | AE52000 |
| AUBT EQUIPMENT | | AU53000 |
| BRINNELL BARS | | VT66000 |
| BRINNELL EQUIP | | VT66010 |
| B-SCAN EQUIPMENT | | AU73040 |
| CALIBRATION BLK | | UT65010 |
| DIGITAL RT UNIT | | RT62370 |
| EDDY CURRENT EQUIP | | ET54010 |
| GENERATOR | | OT57080 |
| GUL EQUIPMENT | | AI70000 |
| IRIS EQUIPMENT | | AU73070 |
| LIXI EQUIPMENT | | RT62220 |
| LSI EQUIPMENT | | AU73030 |
| MANUAL UT SCOPE | | UT65080 |
| MFE EQUIPMENT | | TA83000 |
| MT BLACKLIGHT | | OT57000 |
| MT YOKE | | MT56060 |
| PMI EQUIPMENT | | OT77230 |

### Equipment Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| P-SCAN EQUIPMENT | | AU73000 |
| SOURCE - COBALT | | RT62120 |
| SOURCE - IR 192 | | RT62020 |
| TANK CRAWLER | | UT65090 |
| TOMASCAN EQUIP. | | AU73010 |
| TRANSDUCERS | | UT65030 |
| UT SHEARWAVE EQUIP | ✓ | UT65080 |
| VACUUM BOX EQUIP | | TA83020 |
| VIDEOPROBE EQUIP. | | OT77220 |

### Miscellaneous Items Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| ON SITE VEHICLE | | OT77120 |
| Vehicle Rental | | OT77210 |
| Mobile Darkroom | | RT82020 |
| API - VAN - BY MONTH | | 1.1TV / OT77120 |
| API - TRUCK - BY DAY | ✓ | 1.1TT / OT77030 |
| PER DIEM / MAN / DAY | | 1.1PD / OT77130 |
| MILEAGE | | 1.1TM / OT77100 |
| AIRFARE | | OT77010 |

Comments: _____

_Omar Palacios_                    10-31-07
Technician's Signature              Date

_____          _____
Management's Signature            Date

_Doug Allen_  10.31.07
Client/Rep Signature              Date

# CONAM
Inspection & Engineering Services, Inc.

1875 Carmenita Ave.
Signal Hill Ca. 90755
(562)597-3622 Phone
(562)597-0051 Fax

## DAILY CUSTOMER TIMESHEET

Customer/Company Name: ENXCO
Location Address: 7001 Oak Creek Road
Day & Date of Service: Tractor 11-1-07

Customer Contact: Carlos Vega
Mojave CA. 93501
PO #: 53391

Conam Job #: 5-10176-133751
Project:
WO #:

| Employee Name | Employee Number | NDE Method | Conam Code | S/T Hrs. Worked | O/T Hrs. Worked | P/T Hrs. Worked | Per Diem |
|---|---|---|---|---|---|---|---|
| Shawn Bird | 100493 | U.T. | | 10 | 2 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### Consumables and Materials Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| FILM - UP TO 4.5" X 10" | | RT62010 |
| FILM - UP TO 4.5" X 17" | | RT62020 |
| FILM - UP TO 14" X 17" | | RT62000 |
| 14 MM - PREPARED BATH | | MT56000 |
| MT POWDER | | MT58040 |
| METAL MARKERS | | OT57060 |
| RESPIRATOR / CART. | | OT57120 |
| AIR MONITORS | | OT77200 |
| PT CLEANER | | PT60000 |
| PT DEVELOPER | | PT60010 |
| PT PENETRANT | | PT60020 |
| LINT FREE RAGS | | PT60030 |
| RT CHEMICALS | | RT62110 |
| HIGH TEMP COUPLANT | | UT65090 |
| UT COUPLANT - OZ | 4 | UT65110 |
| FREIGHT | | OT77060 |
| EQUIPMENT RENTAL | | OT77050 |
| MISC EXPENSE | | OT77110 |

### Equipment Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| ACFM EQUIPMENT | | ACT1000 |
| AE EQUIPMENT | | AE52000 |
| AUBT EQUIPMENT | | AU53000 |
| BRINNELL BARS | | VT66000 |
| BRINNELL BARS | | VT66010 |
| B-SCAN EQUIPMENT | | AU73040 |
| CALIBRATION BLK | | UT65010 |
| DIGITAL RT UNIT | | RT62370 |
| EDDY CURRENT EQUIP | | ET64010 |
| GENERATOR | | OT57080 |
| GIL EQUIPMENT | | AI70000 |
| IRIS EQUIPMENT | | AU73070 |
| LIXI EQUIPMENT | | RT62220 |
| LSI EQUIPMENT | | AU73030 |
| MANUAL UT SCOPE | | UT65050 |
| MFE EQUIPMENT | | TA83000 |
| MT BLACK LIGHT | | OT57000 |
| MT YOKE | | MT58090 |
| PMI EQUIPMENT | | OT77230 |

### Equipment Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| P-SCAN EQUIPMENT | | AU73000 |
| SOURCE - COBALT | | RT62120 |
| SOURCE - IR 192 | | RT62020 |
| TANK CRAWLER | | UT65090 |
| TOMASCAN EQUIP. | | AU73010 |
| TRANSDUCERS | / | UT65030 |
| UT SHEARWAVE EQUIP | | UT65060 |
| VACUUM BOX EQUIP | | TA83020 |
| VIDEOPROBE EQUIP | | OT77220 |

### Miscellaneous Items Utilized on Job Site:

| Description of Item | Quantity | Account Code # |
|---|---|---|
| ON SITE VEHICLE | / | OT77120 |
| Vehicle Rental | | OT77210 |
| Mobile Darkroom | | RT62020 |
| API - VAN - BY MONTH | | 1.1TV / OT77120 |
| API - TRUCK - BY DAY | | 1.1TT / OT77030 |
| PER DIEM / MAN /DAY | / | 1.1PD J OT77130 |
| MILEAGE | | 1.1TM / OT77100 |
| AIRFARE | | OT77010 |

Notes & Explanations

Comments:

Technician's Signature _____ Date 11-1-07

Management's Signature _____ Date 11/3/07

Client/Rep Signature _____ Date

CO033667

# ExxonMobil

**CONAM I & ES**

Contractor: REGINA

Employee Name: REGINA BREDA

Conam Job Number: 5588/16812

| DATE | DAY | PO Number | Craft Class | Time In | Time Out | Total hrs | ST hrs | OT hrs | DT hrs | WORK ORDER | Technician/Assistant | COMMENTS | Job Description |
|------|-----|-----------|-------------|---------|----------|-----------|--------|--------|--------|------------|----------------------|----------|-----------------|
| 6/1/04 | MON | 4509511554 | | | | | | | | | | | |
| 6/2/04 | TUE | 4509511554 | API 510 | 0730 | 1700 | 9.5 | 8 | 1.5 | | #OCID 7 | | 255-11A LEAK | |
| | WED | 4504511554 | API 510 | 0745 | 1545 | 8 | 7.5 | | | | | AT UNIT 1 | |
| | THU | 4504511554 | | | | | | | | | | | |
| | FRI | 4504511554 | | | | | | | | | | | |
| | SAT | 4504511554 | | | | | | | | | | | |
| | SUN | 4504511554 | | | | | | | | | | | |

| | ST | OT | DT |
|--|----|----|----|
| TOTAL HOURS | 15.5 | 15.5 | |

Consumables:

| | | |
|--|--|--|
| UT: | | |
| MT: | | |
| PT: | | |
| Film: 4.5x10 = | | 14x17 = | 4.5x17 = | 8x10 = | Misc. |

CUSTOMER APPROVAL:

SUPERVISOR APPROVAL:

EMPLOYEE SIGNATURE:

PO NUMBER

EXXON MOBIL INSPECTION DEPT → 9156259767570

06/07/2004    10:33    P01

NO. 633    P01

CO006172

# CONAM
## Inspection & Engineering Services, Inc.

1875 Coronado Ave.
Signal Hill CA, 90755
(562)597-3922  Phone
(562)597-4572  Fax

**Employee:** Anthony Mayo

**Client Name:** Conoco Phillips

**Customer Contact:** Eddie Arnado

**Conam Job #:** S-10276-137518

| Date | Charge / PO Number | Craft Class | Time In | Time Out | Total Hours | ST | OT | PT | Specify Description of work performed (ie. MT on 3 welds ino #12-3&6) | Name of Tech or Assistant on job |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/03 | | RT-II | 7:00 | 3:30 | 9 | 8 | 1 | | Travel Included | Tony Mayo |
| 12/04 | 4 | RT-II | 7:00 | 3:30 | 9 | 8 | 1 | | | |
| 12/05 | 5 | RT-II | 7:00 | 3:30 | 9 | 8 | 1 | | | |
| 12/06 | 8 | RT-II | 7:00 | 3:30 | 9 | 8 | | | | |
| 12/07 | 6 | RT-II | 7:00 | 3:30 | 9 | 8 | 1 | | | |
| | 3 | | | | | | | | | |
| | 9 | | | | 0 | | | | | |
| | 6 | | | | 0 | | | | | |
| | 0 | | | | 0 | | | | | |
| | 9 | | | | 0 | | | | | |
| | | | | | 0 | 0 | 0 | 0 | | |

**Comments:** Total points Pmi 386 points. This was tube inspection most of the day.

**Technician's Signature** / **Date**

**Management's Signature** / **Date**

Non-billable or billed no labor
Equity to be billed each month or billing cycle

### Consumables and Materials Utilized on Job Site:

| Description of Item | Account Code # | Quantity |
|---|---|---|
| FILM - 4.5 sq. in. (4.5"X 10") | RT/63010 | |
| FILM - 7.5 sq. in. (4.5"x 17") | RT/62030 | |
| FILM - 80 sq. in. (8" X 10") | RT/62060 | |
| FILM - 238 sq. in. (14"X17") | RT/62000 | |
| 14 AM - PREPARED BATH | MT/60000 | |
| MT POWDER | MT/65540 | |
| METAL MARKERS | OT/67000 | |
| RESPIRATORY / CART. | OT/67120 | |
| AIR MONITORING | OT/67200 | |
| PT CLEANER | PT/60000 | |
| PT DEVELOPER | PT/60010 | |
| PT PENETRANT | PT/60020 | |
| LINT FREE RAGS | PT/60030 | |
| RT CHEMICALS | RT/62110 | |
| HIGH TEMP COUPLANT | UT/65000 | |
| UT COUPLANT - OZ. | UT/65110 | |
| FREIGHT | OT/77060 | |
| EQUIPMENT RENTAL | OT/77080 | |
| MISC EXPENSE | OT/77119 | |
| GPR UNIT | GP/55000 | |

### Equipment Utilized on Job Site:

| Description of Item | Account Code # | Quantity |
|---|---|---|
| ACFM EQUIPMENT | ACT/0003 | |
| AE EQUIPMENT | AE5/0000 | |
| AUDIT EQUIPMENT | AU/6000 | |
| BRINNELL BARS | VT/65000 | |
| BRINNELL EQUIP | VT/66010 | |
| B-SCAN EQUIPMENT | AU/72040 | |
| CALIBRATION RACK | UT/65030 | |
| DIGITAL RT UNIT | RT/63070 | |
| EDDY CURRENT EQUIP | ET/54010 | |
| GENERATOR | OT/67000 | |
| GEL EQUIPMENT | AH/0000 | |
| IRIS EQUIPMENT | AU/72020 | |
| LRI EQUIPMENT | RT/62220 | |
| MANUAL UT SCOPE | AU/73010 | |
| MFE EQUIPMENT | AU/72030 | |
| MT BLACK LIGHT | UT/65000 | |
| MT YOKE | OT/67000 | |
| PMI EQUIPMENT | MT/65050 | |
| COMPACTION GAUGE | OT/77220 | |
| COMPUTER/LAPTOP | OT/77230 | |
| | OT/77280 | |

| Description of Item | Account Code # | Quantity |
|---|---|---|
| P-SCAN EQUIPMENT | | |
| SOURCE - COBALT | | |
| SOURCE - IR 192 | | |
| TANK CRAWLER | | |
| TRANSDUCERS | | |
| UT SHERAWAVE EQUIP | | |
| VACUUM BOX EQUIP | | |
| VIDEO PROBE EQUIP. | | |

| Description of Item | Account Code # |
|---|---|
| | AU/76000 |
| | RT/63120 |
| | RT/62210 |
| | UT/65000 |
| | UT/65030 |
| | UT/65090 |
| | TA/65020 |
| | OT/77220 |

### Miscellaneous Items Utilized on Job Site:

| Description of Item | Quantity | CGTB |
|---|---|---|
| OT SITE VEHICLE | | OT/77090 |
| Vehicle Rental | | OT/77210 |
| Mobile Darkroom | 1 (5 days) | RT/63010 |
| /DAY | | OT/77130 |
| MILEAGE | | OT/77100 |
| AIRFARE | | OT/77210 |

**Client/Rep Signature** / **Date**

**Client/Rep Signature** / **Date**

**Client/Rep Signature** / **Date**

CO032370