# EXHIBIT E

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:     (213) 892-9200
Facsimile:     (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

    v.

CONAM INSPECTION AND ENGINEERING
SERVICES, INC.,

        Defendant.

CASE NO.: C-07-4956-SI

**DECLARATION OF DENNIS
BERTOLOTTI IN SUPPORT OF
DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

**Date:     October 3, 2008**
**Time:     9:00 a.m.**
**Crtrm: 10**
**Judge: Hon. Susan Illston**

I, Dennis Bertolotti, declare as follows:

1.     I am an individual residing in the State of Illinois. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2.     I currently hold the title of President of Conam Inspection and Engineering Services, Inc. ("Conam"). I have held this position since sometime in late 2003 or early 2004. I was originally hired by Conam in 1991 and have held various corporate positions during my tenure with the Company. I became Vice President of the Company in 2001, and assumed the

DECLARATION OF DENNIS BERTOLOTTI IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

position of President in late 2003 or early 2004. In my position as President of Conam, I am responsible for overseeing all Conam operations throughout the United States, including in California. I am familiar with Conam's policies and procedures in California.

3.     Conam provides on-site "nondestructive testing," inspection, and quality assurance and control services for a number of facilities throughout California and worldwide, including oil refineries, petrochemical plants, chemical facilities, and power plants.

4.     Conam employs inspectors, testing technicians, and testing assistants who work on-site at facilities that are owned and operated by Conam's customers. The work performed by Conam employees varies from worksite-to-worksite, and can include services such as ultrasonic testing, radiography, magnetic particle testing, liquid penetrate testing, positive materials identification and visual inspections. Conam's customers rely on Conam's testing technicians and inspectors, whose services are integrated into each facility's overall efforts, to increase plant safety, minimize unscheduled downtime, and to allow for planning repair and replacement of critical components and systems.

5.     Depending on the nature of the service contracts, Conam provides testing and inspection services on an ongoing basis, or on a temporary, episodic "call-out" basis.

6.     In California, Conam coordinates its workforce from administrative offices in Signal Hill and Benicia. Currently, Conam provides services at customer facilities on an ongoing basis at five refineries in Southern California, including a British Petroleum Refinery in Carson (called "BP Carson"), an Exxon-Mobil Refinery in Torrance, a Valero Refinery in Wilmington, a Conoco-Phillips Refinery in Wilmington, and an INEOS chemical facility in Carson. Conam also regularly provides services to four refineries in Northern California, including a Shell Martinez Refinery, a Valero Refinery in Benicia, a Conoco-Phillips Refinery in Rodeo, and a Dow Chemical Refinery in Pittsburg.

7.     The number of Conam employees permanently assigned to each refinery ranges from 1 to 60. The number of employees permanently assigned to a particular refinery does not

DECLARATION OF DENNIS BERTOLOTTI IN
SUPPORT OF DEFENDANT'S OPPOSITION TO      - 2 -
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

change significantly from year to year. For example, in 2000, Conam had approximately 40 testing and inspection employees assigned to work at BP Carson. Today, that number is somewhere between 50 and 60.

8.     The number of employees assigned to a particular worksite is governed by the customer's needs. This need, and accordingly, the number of employees assigned to a particular refinery, can increase dramatically during a "turnaround," which is when a refinery shuts down for maintenance and repair. In some instances, the total number of employees working at a particular refinery can double in size during a "turnaround." The number of "turnarounds" in any given year varies from worksite-to-worksite, averaging one to two "turnarounds" per year. "Turnarounds" generally last two to three weeks, but can, on occasion, run as long as eight weeks. Once a "turnaround" ends, the number of employees assigned to the worksite is typically reduced to its pre-"turnaround" amount.

9.     In addition to the nine refineries listed above, Conam employs testing and inspection employees on a "call-out" basis. "Call-out" employees are not assigned to a particular worksite and, instead, perform testing and inspection services at different worksites throughout California, such as power plants, pipeline projects, offshore oil platforms, chemical facilities, boiler plants, refineries, and tank facilities. Conam does not maintain ongoing service contracts with its "call-out" customers, and instead provides testing and inspection services to these worksites as requested. Thus, the number, type, and location of Conam's "call-out" worksites in California can and does change significantly from year-to-year.

10.     Conam testing and inspection employees can work in several different positions throughout their tenure. Typically, Conam employees are hired as a Testing Assistant. In that position, the Testing Assistant will assist a designated Testing Technician. If the Testing Assistant demonstrates potential and obtains requisite testing and inspection certifications, he may be promoted to a Testing Technician. Most employees spend their entire careers as Testing Technicians. In some instances, a Testing Technician will be promoted into a supervisory role

DECLARATION OF DENNIS BERTOLOTTI IN
SUPPORT OF DEFENDANT'S OPPOSITION TO          - 3 -
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

1  with the company.  As a supervisor, the employee is in charge of overseeing other Testing

2  Assistants and Testing Technicians, in addition to performing limited testing and inspection

3  services for Conam's customers.

4        11.    In any one of these positions, testing and inspection employees can work for

5  Conam in a number of different capacities.  A testing and inspection employee may be assigned

6  to a single refinery for his or her entire career or to more than one refinery during that tenure, on a

7  full-time basis.  In this instance, employees work according to the schedule dictated by Conam's

8  customers.  Conam employees report each day to a Conam "lead supervisor" assigned to the

9  particular facility and/or an owner representative for their work assignments.

10        12.    A testing and inspection employee may also be hired as a "call-out" employee.  As

11  a general practice, "call-out" employees are not assigned to any particular facility or customer.

12  Instead, "call-out" employees are temporarily assigned to worksites.  Before a "call-out"

13  employee can begin his day, a Conam field supervisor from either the Signal Hill or Benicia

14  office must contact the employee with a work assignment.  Work assignments vary from day-to-

15  day and from worksite-to-worksite.  Ordinarily, "call-out" employees are assigned to one

16  worksite a day.  On some days, depending on the length of time it takes the employee to finish the

17  work assignment, the employee may be called out to more than one worksite.

18        13.    The number of "call-out" employees employed by Conam fluctuates based upon

19  customer demand.  During a "turnaround" or when customer demand is high, the number of "call-

20  out" employees increases significantly.  At other times, when customer demand is very low, "call-

21  out" employees may not receive work assignments and are removed from Conam's payroll.

22  When business picks up again, Conam will hire them back as "call-out" employees or on a

23  permanent basis if a position becomes available at one of the refineries.

24        14.    Furthermore, Conam employs a number of employees on a temporary basis.

25  During a "turnaround," for example, the number of testing and inspection employees required by

26  a Conam customer may increase significantly.  When this occurs, Conam may bring in employees

27

28  DECLARATION OF DENNIS BERTOLOTTI IN
SUPPORT OF DEFENDANT'S OPPOSITION TO     - 4 -
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

1   that travel from worksite-to-worksite exclusively working "turnarounds" or hire employees

2   through a temporary employment agency.  Conam employees that travel from worksite-to-

3   worksite for "turnarounds" are often called "turnaround" employees.  Employees hired on a

4   temporary basis through an employment agency are also called "turnaround" employees or

5   "contract" employees.

6       15.    During a "turnaround," Conam might also bring in Conam employees permanently

7   assigned to another California refinery who volunteer to work the "turnaround" on their

8   scheduled days off and/or bring in "call-out" employees from the Signal Hill and Benicia offices.

9   The number of employees Conam will bring into a refinery to work a "turnaround" depends on

10  the number of employees already assigned to the facility on a full-time basis, the length of the

11  "turnaround," and whether Conam's customers prefer to outsource "turnaround" work to other

12  testing and inspection companies.

13      16.    Within these broad categories, Conam employees can and do frequently move in

14  and out of their job positions.  For example, a testing and inspection employee may start with

15  Conam as a "call-out" employee and later move into a permanent position at a particular refinery,

16  or vice versa.  In addition, at the end of a "turnaround," Conam may hire a "contract" employee

17  as a "call-out" employee or as a full-time employee assigned to a particular worksite.

18      17.    The manner in which Conam's testing and inspection employees are paid varies

19  from worksite-to-worksite and on whether the employee is working as a "call-out" employee.

20      18.    All Conam employees receive an Employee Handbook upon commencing

21  employment and updated versions thereafter.  Since 2003, Conam has issued two employee

22  handbooks.  Both employee handbooks have an identical policy concerning meal breaks, which

23  reads as follows:

> You are encouraged to take a lunch break.  However, to ensure that
> workflow is not disrupted in your area, lunch breaks should be
> scheduled with your supervisor.  Lunch is not considered time
> worked.  Additional breaks may be scheduled at the discretion of
> your supervisor and in accordance with the applicable state laws.

DECLARATION OF DENNIS BERTOLOTTI IN            - 5 -
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

19.    Conam does not have a policy of discouraging or preventing its employees from taking a second meal break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13 day of August 2008, at Chicago, Illinois.

Dennis Bertolotti

DECLARATION OF DENNIS BERTOLOTTI IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI                    - 6 -                    08-271

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT F

1    MARCUS A. TORRANO (SBN 138874)
     CANDACE S. BERTOLDI (SBN 254725)
2    **FULBRIGHT & JAWORSKI L.L.P.**
     555 South Flower Street, 41st Floor
3    Los Angeles, California  90071
     Telephone:    (213) 892-9200
4    Facsimile:    (213) 892-9494
     mtorrano@fulbright.com
5    cbertoldi@fulbright.com

6    Attorneys for Defendant
     CONAM INSPECTION AND ENGINEERING
7    SERVICES, INC.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   GERALD LEE and STEVEN TAYLOR,          )   CASE NO.:  C-07-4956-SI
     individually and on behalf of all others similarly  )
12   situated,                              )
                                            )   **DECLARATION OF WENDY MYERS**
13              Plaintiffs,                  )   **IN SUPPORT OF DEFENDANT'S**
                                            )   **OPPOSITION TO PLAINTIFFS'**
14        v.                                )   **MOTION FOR CLASS**
                                            )   **CERTIFICATION**
15   CONAM INSPECTION AND ENGINEERING       )
     SERVICES, INC.,                        )   **Date:    October 3, 2008**
16                                          )   **Time:    9:00 a.m.**
                Defendant.                  )   **Crtrm: 10**
17                                          )   **Judge: Hon. Susan Illston**
                                            )
18   ─────────────────────────────

19        I, Wendy Myers, declare as follows:

20        1.    I am an individual residing in the State of California.  I make this declaration in

21   support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal

22   knowledge of the following, and can and will testify competently thereto.

23        2.    I am the Office Manager for the Southern California division of Conam Inspection

24   and Engineering Services, Inc. ("Conam").  I work out of the Southern California administrative

25   office for Conam in Signal Hill, California.  In my position as Office Manager for Conam, I am

26   responsible for overseeing all of human resources, accounts receivable, accounts payable and

27

28   DECLARATION OF WENDY MYERS IN              - 1 -
     SUPPORT OF DEFENDANT'S OPPOSITION TO
     MOTION FOR CLASS CERTIFICATION
     Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

1    payroll at Conam facilities in Southern California. I am therefore familiar with Conam's policies

2    and procedures in Southern California with regard to schedules, overtime policies and meal

3    breaks.

4        3.     Employees permanently assigned to a refinery in Southern California are paid

5    according to the work schedule in place at the particular worksite. For example, employees

6    assigned to BP Carson are paid pursuant to a 4/10 schedule. Employees assigned to Conoco-

7    Phillips are paid based on a 5/8 schedule. If an employee working a 4/10 schedule at BP Carson

8    is reassigned to Conoco-Phillips, that employee's schedule would change to a 5/8. Conam

9    employees assigned to a particular refinery continue to be paid according to their regular

10    schedule, even when their hours temporarily increase during a "turnaround."

11        4.     On average, Conam employs approximately 18 dedicated "call-out" employees in

12    Southern California. Up until approximately a year and a half ago, "call-out" employees were

13    paid according to how they began their workweek. For example, if a "call out" employee was

14    called out to work at BP Carson on Monday, Tuesday, and Wednesday of a given week and then

15    called out to work at a power plant on Friday, the employee would be paid according to a 4/10

16    schedule for the entire week. If, on the other hand, the "call out" employee started his week at the

17    power plant on Monday, and worked at BP Carson from Tuesday until Thursday, he would be

18    paid pursuant to a 5/8 schedule for that week.

19        5.     This pay practice has since changed and all "call-out" employees working out of

20    Conam's Signal Hill office are now paid according to a 5/8 schedule regardless of how they start

21    the workweek. This pay practice does not vary from worksite-to-worksite and does not change

22    when a "call-out" employee is temporarily assigned to work a "turnaround." Although "call-out"

23    employees ordinarily adopt the work schedule in effect at a particular worksite to which they are

24    temporarily assigned, including a "turnaround" schedule, "call-out" employees are still paid

25    according to their ordinary 5/8 schedule.

26

27

28    DECLARATION OF WENDY MYERS IN        - 2 -
        SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
        Case No. C-07-4956-SI

6.      "Turnaround" and "contract" employees in Southern California have been paid pursuant to a 5/8 schedule since at least September of 2003.

7.      All Conam employees receive an Employee Handbook upon commencing employment and updated versions thereafter. Since 2003, Conam has issued two employee handbooks. Both employee handbooks have an identical policy concerning meal breaks, which reads as follows:

> You are encouraged to take a lunch break. However, to ensure that workflow is not disrupted in your area, lunch breaks should be scheduled with your supervisor. Lunch is not considered time worked. Additional breaks may be scheduled at the discretion of your supervisor and in accordance with the applicable state laws.

True and correct copies of the pages that set forth Conam's meal period policies in the respective Employee Handbooks are attached to my declaration.

8.      By the very nature of their schedules, Conam testing and inspection employees, even those assigned to an alternative workweek schedule, ordinarily do not work more than ten hours in a single day. During a "turnaround" or for special projects and emergencies, employees will work more than the hours dictated by their ordinary schedule. Conam does not have a policy of discouraging or preventing its employees from taking a second meal break. I am unaware of anyone from Conam ever discouraging or preventing employees from taking a second meal break. Conam employees are not expected or encouraged to work through their second meal break.

9.      Conam employees do not record on their timesheets when or whether they took a first and second meal break, but are instructed to indicate when they miss their meal breaks.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13 day of August 2008, at Signal Hill, California.

Wendy Myers

DECLARATION OF WENDY MYERS IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 3 -

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT G

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California  90071
   Telephone:     (213) 892-9200
4  Facsimile:      (213) 892-9494
   mtorrano@fulbright.com
5  cbertoldi@fulbright.com

6  Attorneys for Defendant
   CONAM INSPECTION AND ENGINEERING
7  SERVICES, INC.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  GERALD LEE and STEVEN TAYLOR,          )  CASE NO.:  C-07-4956-SI
    individually and on behalf of all others similarly  )
12  situated,                              )
                                           )  **DECLARATION OF MIKE PRICE IN**
13               Plaintiffs,               )  **SUPPORT OF DEFENDANT'S**
                                           )  **OPPOSITION TO PLAINTIFFS'**
14         v.                              )  **MOTION FOR CLASS**
                                           )  **CERTIFICATION**
15  CONAM INSPECTION AND ENGINEERING       )
    SERVICES, INC.,                        )
16                                         )  **Date:     October 3, 2008**
                 Defendant.                )  **Time:  9:00 a.m.**
17                                         )  **Crtrm: 10**
                                           )  **Judge: Hon. Susan Illston**
    _____)

18

19         I, Mike Price, declare as follows:

20         1.     I am an individual residing in the State of California.  I make this declaration in

21  support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal

22  knowledge of the following, and can and will testify competently thereto.

23         2.     I am the General Manager for the Northern California division of Conam

24  Inspection and Engineering Services, Inc. ("Conam").  I have held this position since August of

25  2007.  In 1994, Conam acquired a company called Pacific Coast Testing.  At the time of this

26  acquisition, I was the site supervisor for the Shell Refinery in Martinez, California ("Shell

27

28  DECLARATION OF MIKE PRICE IN SUPPORT          - 1 -
    OF DEFENDANT'S OPPOSITION TO MOTION
    FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

Martinez") for Pacific Coast Testing. I continued in my capacity as site supervisor at Shell Martinez for Conam until 2003, when I left the Company. I returned to Conam in August of 2007 as general manager for the Northern California division of Conam. I work out of the Northern California administrative office for Conam in Benicia, California. In my position as General Manager, I am responsible for managing Conam's operations in Northern California. I am therefore familiar with Conam's policies and procedures in Northern California with regard to schedules, overtime policies and meal breaks.

3.    Employees permanently assigned to a refinery in Northern California are paid according to the work schedule in place at the particular worksite. For example, employees assigned to Shell Martinez are paid pursuant to a 9/80 schedule. During "turnarounds," Conam employees assigned to a particular refinery in Northern California are paid pursuant to a 5/8 schedule. Therefore, during "turnarounds," the Conam employees are paid overtime for every hour that they work more than eight hours in a day and more than forty hours in a week.

4.    On average, Conam employs approximately 30 "call-out" employees in Northern California. "Call-out" employees in Northern California are paid pursuant to a 5/8 schedule. It is my understanding that "call-out" employees have been paid pursuant to a 5/8 schedule since at least September of 2003. This pay practice does not vary from worksite-to-worksite and does not change when a "call-out" employee is temporarily assigned to work a "turnaround." Although "call-out" employees ordinarily adopt the work schedule in effect at a particular worksite to which they are temporarily assigned, including a "turnaround" schedule, "call-out" employees are still paid according to their ordinary 5/8 schedule. The only time that a "call-out" employee's method of payment changes is when that employee is assigned to a particular refinery for a long-term assignment. The "call-out" employee may then be paid according to the schedule in place at the refinery during the long-term assignment.

5.    "Turnaround" and "contract" employees in Northern California have been paid pursuant to a 5/8 schedule since at least September of 2003.

DECLARATION OF MIKE PRICE IN SUPPORT          - 2 -
OF DEFENDANT'S OPPOSITION TO MOTION
FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

6.    In or around February of 2000, I participated in an alternative workweek election at Shell Martinez.  The election resulted in a two-thirds majority vote for a 9/80 schedule at Shell Martinez.  I reported the results of this election to my Conam supervisors in the Chicago, Illinois office.

7.    All Conam employees receive an Employee Handbook upon commencing employment and updated versions thereafter.  Since 2003, Conam has issued two employee handbooks.  Both employee handbooks have an identical policy concerning meal breaks, which reads as follows:

> You are encouraged to take a lunch break.  However, to ensure that workflow is not disrupted in your area, lunch breaks should be scheduled with your supervisor.  Lunch is not considered time worked.  Additional breaks may be scheduled at the discretion of your supervisor and in accordance with the applicable state laws.

8.    By the very nature of their schedules, Conam testing and inspection employees, even those assigned to an alternative workweek schedule, ordinarily do not work more than ten hours in a single day.  During a "turnaround" or for special projects and emergencies, employees will work more than the hours dictated by their ordinary schedule.  Conam does not have a policy of discouraging or preventing its employees from taking a second meal break.  I am unaware of anyone from Conam ever discouraging or preventing employees from taking a second meal break.  Conam employees are not expected or encouraged to work through their second meal break.  Sometimes employees choose to work through their meal breaks in order to leave early or for other personal reasons.

9.    Conam employees do not record on their timesheets when or whether they took a first and second meal break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this ___ day of August 2008, at Benicia, California.

_____
Mike Price

DECLARATION OF MIKE PRICE IN SUPPORT
OF DEFENDANT'S OPPOSITION TO MOTION
FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 3 -

# EXHIBIT H

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>                    Defendant. | CASE NO.: C-07-4956-SI<br><br>**DECLARATION OF THOMAS SCHINDLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:    October 3, 2008**<br>**Time:    9:00 a.m.**<br>**Crtrm: 10**<br>**Judge: Hon. Susan Illston** |

I, Thomas Schindler, declare as follows:

1.      I am an individual residing in the State of California.  I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the following, and can and will testify competently thereto.

2.      I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Capital Projects Inspection Supervisor.  I have been employed by Conam since 1997.  I was originally employed as a Visual Inspector and was promoted to Capital Projects Inspection Supervisor approximately two years ago.  During my entire tenure with Conam, I have

DECLARATION OF THOMAS SCHINDLER IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

1  been assigned to the BP Refinery in Carson, California as a regular, full time employee and have

2  been paid pursuant to a 4/10 schedule.

3       3.    In or around 1998, I participated in an alternative workweek election at the BP

4  Refinery. The election resulted in a unanimous vote for a 4/10 schedule.

5       4.    During the times that I have worked more than ten hours in a day, no one from

6  Conam ever discouraged or prevented me from taking a second meal break. No one from Conam

7  has ever told me that I am not allowed to take a second meal break.

8       I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct. Executed this _13_ day of August 2008, at Carson, California.

10

11                              _Thomas Schindler_

12                              Thomas Schindler

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF THOMAS SCHINDLER IN          - 2 -
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT I

1   MARCUS A. TORRANO (SBN 138874)
    CANDACE S. BERTOLDI (SBN 254725)
2   **FULBRIGHT & JAWORSKI L.L.P.**
    555 South Flower Street, 41st Floor
3   Los Angeles, California 90071
    Telephone:    (213) 892-9200
4   Facsimile:     (213) 892-9494
    mtorrano@fulbright.com
5   cbertoldi@fulbright.com

6   Attorneys for Defendant
    CONAM INSPECTION AND ENGINEERING
7   SERVICES, INC.

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  GERALD LEE and STEVEN TAYLOR,              )   CASE NO.: C-07-4956-SI
    individually and on behalf of all others similarly  )
12  situated,                                  )
                                               )   **DECLARATION OF DIANE**
13                    Plaintiffs,              )   **MORELLI IN SUPPORT OF**
                                               )   **DEFENDANT'S OPPOSITION TO**
14           v.                                )   **PLAINTIFFS' MOTION FOR CLASS**
                                               )   **CERTIFICATION**
15  CONAM INSPECTION AND ENGINEERING           )
    SERVICES, INC.,                            )   **Date:    October 3, 2008**
16                                             )   **Time:   9:00 a.m.**
                      Defendant.               )   **Crtrm: 10**
17                                             )   **Judge: Hon. Susan Illston**
                                               )
18  _____

19          I, Diane Morelli, declare as follows:

20          1.      I am an individual residing in the State of New Jersey. I make this declaration in

21  support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal

22  knowledge of the following, and can and will testify competently thereto.

23          2.      I am currently employed by Conam Inspection and Engineering Services, Inc.

24  ("Conam") as the Director of Human Resources. I have been employed by Conam and have held

25  this position for the last year.

26

27

28  DECLARATION OF DIANE MORELLI IN           - 1 -
    SUPPORT OF DEFENDANT'S OPPOSITION TO
    MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

1         3     In June of 2008, I coordinated seven additional alternative workweek elections at

2 the refineries in California where the employees work according to alternative workweek

3 schedules. At all seven facilities, the alternative workweek schedules were affirmed by at least a

4 two-thirds majority and at four worksites, the schedule was unanimously affirmed. The results of

5 these elections were appropriately reported to the Department of Labor Statistics and Research.

6         4     During the course of this lawsuit, I have coordinated the gathering of timesheets

7 and other documents in response to demands for document production. Attached to this

8 opposition as Exhibit "D" are approximately twenty sample Conam timesheets. It is my

9 understanding that these documents have previously been produced to opposing counsel.

10         I declare under penalty of perjury under the laws of the United States of America and the

11 State of California that the foregoing is true and correct. Executed this ___ day of August 2008,

12 at Princeton Junction, New Jersey.

13

14                        _Diane Morelli_

15                        Diane Morelli

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER