# EXHIBIT J

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: C-07-4956-SI<br><br>**DECLARATION OF RENATO ECHEVARRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date: October 3, 2008**<br>**Time: 9:00 a.m.**<br>**Crtrm: 10**<br>**Judge: Hon. Susan Illston** |

I, Renato Echevarria, declare as follows:

1. I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2. I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Radiographic Testing Technician. I have been employed by Conam since 1999. I was originally employed as a Nondestructive Testing and Engineering Assistant and was

DECLARATION OF RENATO ECHEVARRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

Aug-13-2008 15:04 From-INSPECTION OFFICE Case 3:07-cv-04956-SI Document 32-5 Filed 08/15/2008 Page 3 of 19 +310 816 3423 T-808 P.002/002 F-942

promoted to a Radiographic Testing Technician in 2000.

3. The manner in which I have been paid by Conam has been dictated by the facility where I worked and whether I was working as "call-out" employee. I have been assigned to the BP Refinery in Carson, California as a regular, full time employee since 2002 and am paid pursuant to a 4/10 schedule. Throughout my tenure with Conam, I have also worked at the Shell and Exxon-Mobil refineries in Southern California and the Shell refinery in Northern California. I was originally hired as a "call-out" employee for Conam. As a "call-out" employee, I was assigned to work on various projects at different refineries and power plants throughout the state of California. While working as a "call-out" employee, I worked a 5/8 schedule for Conam. As a "call-out" employee, I was paid overtime when I worked more than eight hours in a day and more than forty hours in a week.

4. The only times that I have worked more than ten hours in a day was during a "turnaround," when a refinery is shut down for maintenance and repair. During the times that I worked more than ten hours, no one from Conam ever discouraged or prevented me from taking a second meal break. No one from Conam has ever told me that I am not allowed to take a second meal break. There have been times when I received more than one lunch break and took more than an hour for a lunch break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ___ day of August 2008, at Carson, California.

Renato Echevarria

DECLARATION OF RENATO ECHEVARRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 2 -

DOCUMENT PREPARED ON RECYCLED PAPER

DECLARATION OF RENATO ECHEVARRIA

# EXHIBIT K

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CONAM INSPECTION AND ENGINEERING SERVICES, INC.,

Defendant.

CASE NO.: C-07-4956-SI

**DECLARATION OF LAINE BLANCHARD IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**Date: October 3, 2008**
**Time: 9:00 a.m.**
**Crtrm: 10**
**Judge: Hon. Susan Illston**

I, Laine Blanchard, declare as follows:

1. I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2. I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Positive Materials Identification Assistant. I have been employed by Conam for approximately one year.

DOCUMENT PREPARED ON RECYCLED PAPER

3. The manner in which I have been paid by Conam has been dictated by the facility where I worked and whether I was working as a "call out" employee. I was originally hired as a "call-out" employee for Conam. I have been assigned to the Exxon-Mobil Refinery in Torrance, California as a regular, full time employee since November 2007, and am paid pursuant to a 4/10 schedule. I was hired by Conam as a "call-out" employee assigned to the BP refinery in Carson, California for approximately five months. I also periodically worked on a call-out basis at the BP Pipeline project. I received overtime for each hour I worked at the BP Pipeline project.

4. I work more than ten hours in a day during "turnarounds," when a refinery is shut down for maintenance and repair, and as needed depending on the particular project. During the times that I worked more than ten hours, no one from Conam ever discouraged or prevented me from taking a second meal break. There have been times when I received more than one lunch break in a single day. No one from Conam has ever told me that I am not allowed to take a second meal break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6 day of August 2008, at Torrance, California.

Laine Blanchard

DOCUMENT PREPARED ON RECYCLED PAPER

# EXHIBIT L

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: C-07-4956-SI<br><br>**DECLARATION OF SAIED BEHZADPOOR IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date: October 3, 2008**<br>**Time: 9:00 a.m.**<br>**Crtrm: 10**<br>**Judge: Hon. Susan Illston** |

I, Saied Behzadpoor, declare as follows:

1. I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2. I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Site Supervisor. As a Site Supervisor, I supervise approximately fourteen technicians and assistants. I have been employed by Conam for approximately five years. I was

DECLARATION OF SAIED BEHZADPOOR IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

originally hired as an engineer with the inspection group at the Exxon-Mobil Refinery in Torrance, California. During my entire tenure with Conam, I have been assigned to the Exxon-Mobil Refinery in Torrance, California as a regular, full time employee and have been paid pursuant to a 4/10 schedule.

3. I normally do not work more than ten hours in a day. On one occasion, I consistently worked more than ten hours a day for four to five weeks in order to complete a repair following a fire at the Exxon-Mobil Refinery. During the times that I worked more than ten hours, no one from Conam ever discouraged or prevented me from taking a second meal break. No one from Conam has ever told me that I am not allowed to take a second meal break. I have never told any of the employees that I supervise that they cannot take a second meal break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6 day of August 2008, at Torrance, California.

Saied Behzadpoor



DOCUMENT PREPARED ON RECYCLED PAPER

# EXHIBIT M

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: C-07-4956-SI<br><br>**DECLARATION OF ERIC FRITZE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date: October 3, 2008**<br>**Time: 9:00 a.m.**<br>**Crtrm: 10**<br>**Judge: Hon. Susan Illston** |

I, Eric Fritze, declare as follows:

1. I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2. I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Lead Technician. I have been employed by Conam for approximately thirteen years. I was originally hired as a Nondestructive Testing and Engineering Assistant and was

DECLARATION OF ERIC FRITZE IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

assigned to the Arco refinery (now called BP) in Carson, California.

3. The manner in which I have been paid by Conam has been dictated by the facility where I worked, whether I was working as a "call-out" employee, and how and where I started my workweek. I have been assigned to the Exxon-Mobil Refinery in Torrance, California as a regular, full time employee for approximately the last four years and am paid pursuant to a 4/10 schedule. From 2004 to 2005, I was paid pursuant to a 9/80 schedule at the Exxon-Mobil refinery.

4. During my tenure with Conam, I have worked as a "call-out" employee, although I have not worked as a "call-out" employee for the last two years. As a "call-out" employee, I was assigned to work on various projects at different refineries and power plants throughout the state of California. While working as a "call-out" employee, I usually worked a 5/8 schedule for Conam. Therefore, I was paid overtime when I worked more than eight hours in a day and more than forty hours in a week. However, my schedule and how my overtime was calculated was dictated by how I started my particular workweek. For example, if I started my workweek on a 5/8 schedule, I was paid overtime when I worked more than eight hours in a day and more than forty hours in a week. On the other hand, if I started my workweek on a 4/10 schedule, I was paid overtime when I worked more than ten hours in a day and more than forty hours in a week. I am unaware of Conam's current policy regarding scheduling and overtime for "call-out" employees.

5. I work more than ten hours in a day during "turnarounds," when a refinery is shut down for maintenance and repair, and as needed depending on the particular project. During the times that I worked more than ten hours, no one from Conam ever told me that I was not allowed to take a second meal break.

Document Prepared on Recycled Paper

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6 day of August 2008, at Torrance, California.

Eric Fritze

DECLARATION OF ERIC FRITZE IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 3 -

DOCUMENT PREPARED ON RECYCLED PAPER

# EXHIBIT N

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CONAM INSPECTION AND ENGINEERING SERVICES, INC.,

Defendant.

CASE NO.: C-07-4956-SI

**DECLARATION OF ELIJAH BENNETT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**Date: October 3, 2008**
**Time: 9:00 a.m.**
**Crtrm: 10**
**Judge: Hon. Susan Illston**

I, Elijah Bennett, declare as follows:

1. I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2. I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Positive Materials Identification Technician. I have been employed by Conam for approximately fourteen months. I was originally hired as a Positive Materials Identification

DECLARATION OF ELIJAH BENNETT IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

Assistant and was promoted to a Positive Materials Identification Technician in November 2007.

3. The manner in which I have been paid by Conam has been dictated by the facility where I worked and whether I was working as a "call-out" employee. I have been assigned to the Exxon-Mobil Refinery in Torrance, California as a regular, full-time employee since May 2007, and am paid pursuant to a 4/10 schedule. During my tenure, I also worked periodically as a "call-out" employee at the Shell refinery and at Conam's "Shop" in Southern California. While working as a "call-out" employee, I was paid overtime when I worked more than eight hours in a day and more than forty hours in a week.

4. I work more than ten hours in a day during "turnarounds," when a refinery is shut down for maintenance and repair, and as needed depending on the particular project. During the times that I worked more than ten hours, no one from Conam ever discouraged or prevented me from taking a second meal break. No one from Conam has ever told me that I am not allowed to take a second meal break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of August 2008, at Torrance, California.

Elijah Bennett

DOCUMENT PREPARED ON RECYCLED PAPER

# EXHIBIT O

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mtorrano@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CONAM INSPECTION AND ENGINEERING SERVICES, INC.,

Defendant.

CASE NO.: C-07-4956-SI

**DECLARATION OF JESUS TORRES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**Date: October 3, 2008**
**Time: 9:00 a.m.**
**Crtrm: 10**
**Judge: Hon. Susan Illston**

I, Jesus Torres, declare as follows:

1. I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2. I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Positive Materials Identification Supervisor. I have been employed by Conam since August 2006. I was originally hired as a Positive Materials Identification Technician and

DECLARATION OF JESUS TORRES IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

was promoted to a Positive Materials Identification Technician in July 2007.

3. I have been assigned to the Exxon-Mobil Refinery in Torrance, California as a regular, full-time employee since August 2006, and am paid pursuant to a 4/10 schedule. During my tenure, I also worked for approximately one month at the BP refinery in Carson, California during a "turnaround," which occurs when a refinery shuts down for maintenance and repair.

4. I only work more than ten hours in a day during a turnaround. During the times that I worked more than ten hours, no one from Conam ever discouraged or prevented me from taking a second meal break. No one from Conam has ever told me that I am not allowed to take a second meal break. I am also not aware of any Conam policy against taking a second meal period.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6 day of August 2008, at Torrance, California.

Jesus Torres
Jesus Torres

DECLARATION OF JESUS TORRES IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 2 -

DOCUMENT PREPARED ON RECYCLED PAPER