# EXHIBIT P

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California  90071
   Telephone:    (213) 892-9200
4  Facsimile:     (213) 892-9494
   mtorrano@fulbright.com
5  cbertoldi@fulbright.com

6  Attorneys for Defendant
   CONAM INSPECTION AND ENGINEERING
7  SERVICES, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 GERALD LEE and STEVEN TAYLOR,              )  CASE NO.:  C-07-4956-SI
   individually and on behalf of all others similarly )
12 situated,                                   )
                                               )  **DECLARATION OF HENRY PEREZ**
13              Plaintiffs,                     )  **IN SUPPORT OF DEFENDANT'S**
                                               )  **OPPOSITION TO PLAINTIFFS'**
14        v.                                    )  **MOTION FOR CLASS**
                                               )  **CERTIFICATION**
15 CONAM INSPECTION AND ENGINEERING           )
   SERVICES, INC.,                             )  **Date:    October 3, 2008**
16                                             )  **Time:   9:00 a.m.**
                Defendant.                      )  **Crtrm: 10**
17                                             )  **Judge: Hon. Susan Illston**
                                               )
18 _____

19        I, Henry Perez, declare as follows:

20        1.      I am an individual residing in the State of California.  I make this declaration in

21 support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal

22 knowledge of the following, and can and will testify competently thereto.

23        2.      I am currently employed by Conam Inspection and Engineering Services, Inc.

24 ("Conam") as a Pressure Safety Valve Coordinator.  I have been employed by Conam for

25 approximately eighteen years. I was originally hired as a "call-out" employee by Conam.

26

27

28

DECLARATION OF HENRY PEREZ IN              - 1 -
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

1       3.      The manner in which I have been paid by Conam has been dictated by the facility

2   where I worked and whether I was working as a "call-out" employee. I have been assigned to the

3   Exxon-Mobil Refinery in Torrance, California as a regular, full time employee for approximately

4   the last five years and am paid pursuant to a 4/10 schedule. As a "call-out" employee, I was

5   assigned to work on various projects at different refineries and power plants throughout the state

6   of California. While working as a "call-out" employee, I worked a 5/8 schedule for Conam. As a

7   "call-out" employee, I was paid overtime when I worked more than eight hours in a day and more

8   than forty hours in a week.

9       4.      I work more than ten hours in a day during "turnarounds," when a refinery is shut

10  down for maintenance and repair, and as needed depending on the particular project. During the

11  times that I worked more than ten hours, no one from Conam ever discouraged or prevented me

12  from taking a second meal break. No one from Conam has ever told me that I am not allowed to

13  take a second meal break.

14      I declare under penalty of perjury under the laws of the State of California that the

15  foregoing is true and correct. Executed this _6_ day of August 2008, at Torrance, California.

16

17                              _____

18                              Henry Perez

19

20

21

22

23

24

25

26

27

28  DECLARATION OF HENRY PEREZ IN
    SUPPORT OF DEFENDANT'S OPPOSITION TO          - 2 -
    MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT Q

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone:    (213) 892-9200
4  Facsimile:    (213) 892-9494
   mtorrano@fulbright.com
5  cbertoldi@fulbright.com

6  Attorneys for Defendant
   CONAM INSPECTION AND ENGINEERING
7  SERVICES, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 GERALD LEE and STEVEN TAYLOR,          )   CASE NO.: C-07-4956-SI
   individually and on behalf of all others similarly )
12 situated,                             )
                                         )   **DECLARATION OF ROGER**
13            Plaintiffs,                )   **HALSELL IN SUPPORT OF**
                                         )   **DEFENDANT'S OPPOSITION TO**
14      v.                               )   **PLAINTIFFS' MOTION FOR CLASS**
                                         )   **CERTIFICATION**
15 CONAM INSPECTION AND ENGINEERING      )
   SERVICES, INC.,                       )   **Date:    October 3, 2008**
16                                       )   **Time:    9:00 a.m.**
              Defendant.                 )   **Crtrm: 10**
17                                       )   **Judge:  Hon. Susan Illston**
                                         )
18  ─────────────────────────────────────

19        I, Roger Halsell, declare as follows:

20        1.    I am an individual residing in the State of California. I make this declaration in

21 support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal

22 knowledge of the following, and can and will testify competently thereto.

23        2.    I am currently employed by Conam Inspection and Engineering Services, Inc.

24 ("Conam") in the Pressure Safety Valves Execution department. I have been employed by

25 Conam for approximately two years. I have been assigned to the Exxon-Mobil Refinery in

26

27 DECLARATION OF ROGER HALSELL IN                 - 1 -
   SUPPORT OF DEFENDANT'S OPPOSITION TO
28 MOTION FOR CLASS CERTIFICATION
   Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

1  Torrance, California for the entire time that I have been employed with Conam.  I have also

2  occasionally worked as a tank inspector at the BP Refinery in Carson, California.  I have always

3  been paid pursuant to a 4/10 schedule.

4          3.       I work more than ten hours in a day during "turnarounds," when a refinery is shut

5  down for maintenance and repair, and as needed depending on the particular project.  During the

6  times that I worked more than ten hours, no one from Conam ever told me that I was not allowed

7  to take a second meal break.

8          I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct.  Executed this _6_ day of August 2008, at Torrance, California.

10

11

12                                          Roger Halsell

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF ROGER HALSELL IN                    - 2 -
    SUPPORT OF DEFENDANT'S OPPOSITION TO
    MOTION FOR CLASS CERTIFICATION
DOCUMENT PREPARED   Case No. C-07-4956-SI
ON RECYCLED PAPER

# EXHIBIT R

1    MARCUS A. TORRANO (SBN 138874)
     CANDACE S. BERTOLDI (SBN 254725)
2    **FULBRIGHT & JAWORSKI L.L.P.**
     555 South Flower Street, 41st Floor
3    Los Angeles, California  90071
     Telephone:    (213) 892-9200
4    Facsimile:    (213) 892-9494
     mtorrano@fulbright.com
5    jcapell@fulbright.com
     cbertoldi@fulbright.com
6
     Attorneys for Defendant
7    CONAM INSPECTION AND ENGINEERING
     SERVICES, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11   GERALD LEE and STEVEN TAYLOR,          )   CASE NO.:  C-07-4956-SI
     individually and on behalf of all others similarly   )
12   situated,                             )
                                           )   **DECLARATION OF FORREST**
13              Plaintiffs,                )   **O'CONNOR IN SUPPORT OF**
                                           )   **DEFENDANT'S OPPOSITION TO**
14         v.                              )   **PLAINTIFFS' MOTION FOR CLASS**
                                           )   **CERTIFICATION**
15   CONAM INSPECTION AND ENGINEERING       )
     SERVICES, INC.,                       )   **Date:    October 3, 2008**
16                                         )   **Time:  9:00 a.m.**
                Defendant.                 )   **Crtrm: 10**
17                                         )   **Judge:  Hon. Susan Illston**
                                           )
18   ─────────────────────────────

19
            I, Forrest O'Connor, declare as follows:
20
            1.    I am an individual residing in the State of California.  I make this declaration in
21
     support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal
22
     knowledge of the following, and can and will testify competently thereto.
23
            2.    I am currently employed by Conam Inspection and Engineering Services, Inc.
24
     ("Conam") as a Nondestructive Testing and Engineering Assistant, certified in Magnetic Particles
25
     Testing, Penetrant Testing, Ultrasonic Testing and Radiographic Testing.  I have been employed
26

27
     DECLARATION OF FORREST O'CONNOR IN         - 1 -
28   SUPPORT OF DEFENDANT'S OPPOSITION TO
     MOTION FOR CLASS CERTIFICATION
     Case No. C-07-4956-SI

1   by Conam since February of 2008.

2       3.    The manner in which I have been paid by Conam has been dictated by the facility

3   where I worked and whether I was working as a "call-out" employee.  I currently work at the

4   Shell Refinery in Martinez, California and am paid pursuant to a 9/80 schedule.  I was originally

5   hired as a "call-out" employee for Conam and worked in this position for approximately three

6   months.  As a "call-out" employee, I was assigned to work on special projects at different

7   refineries and power plants throughout the state of California.  While working as a "call-out"

8   employee, I worked a 5/8 schedule for Conam.  As a "call-out" employee, I was paid overtime

9   when I worked more than eight hours in a day and more than forty hours in a week.  I also

10  worked for the Valero Refinery in Benicia, California as a permanent employee for three months

11  and was paid pursuant to a 4/10 schedule.

12      4.    The only times that I have worked more than ten hours in a day was during a

13  "turnaround," when a refinery is shut down for maintenance and repair, and for special projects

14  and emergencies.  During the times that I worked more than ten hours, I was allowed to take a

15  second meal break.  No one from Conam ever discouraged or prevented me from taking a second

16  meal break.  No one from Conam has ever told me that I am not allowed to take a second meal

17  break.

18      I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.  Executed this ___ day of August 2008, at Martinez, California.

20

21  _____

    Forrest O'Connor

22

23

24

25

26

27

28  DECLARATION OF FORREST O'CONNOR IN          - 2 -
    SUPPORT OF DEFENDANT'S OPPOSITION TO
    MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

# EXHIBIT S

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California  90071
   Telephone:    (213) 892-9200
4  Facsimile:    (213) 892-9494
   mtorrano@fulbright.com
5  jcapell@fulbright.com
   cbertoldi@fulbright.com
6
   Attorneys for Defendant
7  CONAM INSPECTION AND ENGINEERING
   SERVICES, INC.
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11 GERALD LEE and STEVEN TAYLOR,          )  CASE NO.: C-07-4956-SI
   individually and on behalf of all others similarly )
12 situated,                              )
                                          )  **DECLARATION OF RICK SURBER
13              Plaintiffs,               )  IN SUPPORT OF DEFENDANT'S
                                          )  OPPOSITION TO PLAINTIFFS'
14         v.                             )  MOTION FOR CLASS
                                          )  CERTIFICATION**
15 CONAM INSPECTION AND ENGINEERING       )
   SERVICES, INC.,                        )
16                                        )  **Date:    October 3, 2008**
                Defendant.                )  **Time:    9:00 a.m.**
17                                        )  **Crtrm: 10**
                                          )  **Judge:  Hon. Susan Illston**
18 ─────────────────────────────────────

19
        I, Rick Surber, declare as follows:
20
        1.    I am an individual residing in the State of California.  I make this declaration in
21
   support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal
22
   knowledge of the following, and can and will testify competently thereto.
23
        2.    I am currently employed by Conam Inspection and Engineering Services, Inc.
24
   ("Conam") as a Site Coordinator.  I have been employed by Conam since November of 2003.  I
25
   was initially hired as a Nondestructive Testing and Engineering Assistant.  In 2005, I was
26

27
   DECLARATION OF RICK SURBER IN                    - 1 -
28 SUPPORT OF DEFENDANT'S OPPOSITION TO
   MOTION FOR CLASS CERTIFICATION
   Case No. C-07-4956-SI

1  promoted to a Nondestructive Testing and Engineering Technician.  As a Site Coordinator, I

2  occasionally perform testing and inspection work.

3      3.    I currently work, and have always worked, at the Shell Refinery in Martinez,

4  California and am paid pursuant to a 9/80 schedule.  As an Assistant, I occasionally worked the

5  weekends on a "call-out" basis and was paid overtime for all hours worked.

6      4.    I have worked more than ten hours in a day during a "turnaround," when a refinery

7  is shut down for maintenance and repair, and for special projects and emergencies.  During the

8  times that I worked more than ten hours, I was allowed to take and took a second meal break.  No

9  one from Conam ever discouraged or prevented me from taking a second meal break.  No one

10  from Conam has ever told me that I am not allowed to take a second meal break.

11      I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.  Executed this ___ day of August 2008, at Martinez, California.

13

14

15  Rick Surber

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF RICK SURBER IN                  - 2 -
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

# EXHIBIT T

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone:    (213) 892-9200
4  Facsimile:    (213) 892-9494
   mtorrano@fulbright.com
5  jcapell@fulbright.com
   cbertoldi@fulbright.com
6
   Attorneys for Defendant
7  CONAM INSPECTION AND ENGINEERING
   SERVICES, INC.
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  GERALD LEE and STEVEN TAYLOR,          )   CASE NO.: C-07-4956-SI
    individually and on behalf of all others similarly  )
12  situated,                              )
                                           )   **DECLARATION OF CHARLES**
13              Plaintiffs,                )   **JOHANNESSEN IN SUPPORT OF**
                                           )   **DEFENDANT'S OPPOSITION TO**
14        v.                               )   **PLAINTIFFS' MOTION FOR CLASS**
                                           )   **CERTIFICATION**
15  CONAM INSPECTION AND ENGINEERING       )
    SERVICES, INC.,                        )
16                                         )   **Date:    October 3, 2008**
                Defendant.                 )   **Time:    9:00 a.m.**
17                                         )   **Crtrm: 10**
                                           )   **Judge:  Hon. Susan Illston**
18  ─────────────────────────────────────

19
          I, Charles Johannessen, declare as follows:
20
          1.    I am an individual residing in the State of California.  I make this declaration in
21
    support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal
22
    knowledge of the following, and can and will testify competently thereto.
23
          2.    I am currently employed by Conam Inspection and Engineering Services, Inc.
24
    ("Conam") as a Nondestructive Testing and Engineering Technician, certified in Magnetic
25
    Particles Testing, Penetrant Testing, Ultrasonic Testing and Radiographic Testing.  I was
26

27
    DECLARATION OF CHARLES JOHANNESSEN        - 1 -
28  IN SUPPORT OF DEFENDANT'S OPPOSITION
    TO MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

1    employed by Conam from approximately 1981 to 1983, 1995 to 2003, and returned in February

2    of 2008.

3    3.    I currently work, and have always worked except for the years of 1981 to 1983, at

4    the Shell Refinery in Martinez, California.  From 1995 to approximately 1997, I was paid

5    pursuant to a 5/8 schedule.  In approximately 1997, I voted in an alternative workweek schedule

6    election and my schedule was changed to a 9/80.  I remained on a 9/80 schedule until I left

7    Conam in 2003.  I returned to Conam in February of 2008 as a "call-out" employee and was paid

8    pursuant to a 5/8 schedule.  I performed "call-out" work for about a month and then became a

9    permanent employee at the Shell Refinery, working a 9/80 schedule.

10    4.    I have worked more than ten hours in a day during a "turnaround," when a refinery

11    is shut down for maintenance and repair, and for special projects and emergencies.  During the

12    times that I worked more than ten hours, I was allowed to take a second meal break.  No one from

13    Conam ever discouraged or prevented me from taking a second meal break.  No one from Conam

14    has ever told me that I am not allowed to take a second meal break.

15    I declare under penalty of perjury under the laws of the State of California that the

16    foregoing is true and correct.  Executed this 7 day of August 2008, at Martinez, California.

17

18

19    Charles Johannessen

20

21

22

23

24

25

26

27

28    DECLARATION OF CHARLES JOHANNESSEN        - 2 -
      IN SUPPORT OF DEFENDANT'S OPPOSITION
      TO MOTION FOR CLASS CERTIFICATION
DOCUMENT PREPARED    Case No. C-07-4956-SI
ON RECYCLED PAPER