# EXHIBIT U

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
mtorrano@fulbright.com
jcapell@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: C-07-4956-SI<br><br>**DECLARATION OF JUSTIN DECKER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:    October 3, 2008**<br>**Time:    9:00 a.m.**<br>**Crtrm: 10**<br>**Judge: Hon. Susan Illston** |

I, Justin Decker, declare as follows:

1.    I am an individual residing in the State of California. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the following, and can and will testify competently thereto.

2.    I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Nondestructive Testing and Engineering Technician, certified in Magnetic Particles Testing, Penetrant Testing, Ultrasonic Testing and Radiographic Testing. I have been

DECLARATION OF JUSTIN DECKER IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

1  employed by Conam since May of 2004.  I was initially hired as a Nondestructive Testing and

2  Engineering Assistant on a call-out basis.

3      3.      The manner in which I have been paid by Conam has been dictated by the facility

4  where I worked and whether I was working as a "call-out" employee.  I currently work at the

5  Shell Refinery in Martinez, California and am paid pursuant to a 9/80 schedule.  I was originally

6  hired as a "call-out" employee for Conam and worked in this position for approximately one year.

7  As a "call-out" employee, I was assigned to work on special projects at different refineries and

8  power plants throughout the state of California.  While working as a "call-out" employee, I

9  worked a 5/8 schedule for Conam.  As a "call-out" employee, I was paid overtime when I worked

10  more than eight hours in a day and more than forty hours in a week.

11     4.      The only times that I have worked more than ten hours in a day was during a

12  "turnaround," when a refinery is shut down for maintenance and repair, and for special projects

13  and emergencies.  During the times that I worked more than ten hours, I was allowed to take a

14  second meal break.  No one from Conam ever discouraged or prevented me from taking a second

15  meal break.  No one from Conam has ever told me that I am not allowed to take a second meal

16  break.

17      I declare under penalty of perjury under the laws of the State of California that the

18  foregoing is true and correct.  Executed this _7_ day of August 2008, at Martinez, California.

19

20  _____

21  Justin Decker

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT V

MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
mtorrano@fulbright.com
jcapell@fulbright.com
cbertoldi@fulbright.com

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.:  C-07-4956-SI<br><br>**DECLARATION OF ALEJANDRO RAMOS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date:    October 3, 2008**<br>**Time:   9:00 a.m.**<br>**Crtrm: 10**<br>**Judge: Hon. Susan Illston** |

I, Alejandro Ramos, declare as follows:

1.     I am an individual residing in the State of California.  I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the following, and can and will testify competently thereto.

2.     I am currently employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a Nondestructive Testing and Engineering Technician, certified in Magnetic Particles Testing, Penetrant Testing, Ultrasonic Testing and Radiographic Testing.  I have been

DECLARATION OF ALEJANDRO RAMOS IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

1   employed by Conam since November of 2005. I was initially hired as a Nondestructive Testing
2   and Engineering Assistant on a call-out basis.

3         3.      The manner in which I have been paid by Conam has been dictated by the facility
4   where I worked and whether I was working as a "call-out" employee. I was originally hired as a
5   "call-out" employee for Conam at the Shell Refinery and worked in this position for
6   approximately one month. While working as a "call-out" employee, I worked a 5/8 schedule for
7   Conam. As a "call-out" employee, I was paid overtime when I worked more than eight hours in a
8   day and more than forty hours in a week. I currently work at the Shell Refinery in Martinez,
9   California and am paid pursuant to a 9/80 schedule.

10        4.      I have worked more than ten hours in a day during a "turnaround," when a refinery
11  is shut down for maintenance and repair, and for special projects and emergencies. During the
12  times that I worked more than ten hours, I was allowed to take a second meal break. No one from
13  Conam ever discouraged or prevented me from taking a second meal break. No one from Conam
14  has ever told me that I am not allowed to take a second meal break.

15        I declare under penalty of perjury under the laws of the State of California that the
16  foregoing is true and correct. Executed this ___ day of August 2008, at Martinez, California.

17

18
19                                              Alejandro Ramos
20

21

22

23

24

25

26

27

28

DECLARATION OF ALEJANDRO RAMOS IN          - 2 -
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT W

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone:    (213) 892-9200
4  Facsimile:    (213) 892-9494
   mtorrano@fulbright.com
5  jcapell@fulbright.com
   cbertoldi@fulbright.com
6
   Attorneys for Defendant
7  CONAM INSPECTION AND ENGINEERING
   SERVICES, INC.
8
                UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10

11  GERALD LEE and STEVEN TAYLOR,          )    CASE NO.: C-07-4956-SI
    individually and on behalf of all others similarly  )
12  situated,                              )
                                           )    **DECLARATION OF KYLE**
13                Plaintiffs,              )    **MALTSBERGER IN SUPPORT OF**
                                           )    **DEFENDANT'S OPPOSITION TO**
14        v.                               )    **PLAINTIFFS' MOTION FOR CLASS**
                                           )    **CERTIFICATION**
15  CONAM INSPECTION AND ENGINEERING       )
    SERVICES, INC.,                        )
16                                         )    **Date:   October 3, 2008**
                  Defendant.               )    **Time:  9:00 a.m.**
17                                         )    **Crtrm: 10**
                                           )    **Judge: Hon. Susan Illston**
18  ─────────────────────────────         )

19
20        I, Kyle Maltsberger, declare as follows:

21        1.    I am an individual residing in the State of California. I make this declaration in

22  support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal

23  knowledge of the following, and can and will testify competently thereto.

24        2.    I have been employed by Conam Inspection and Engineering Services, Inc.

25  ("Conam") since December of 2005 as a Nondestructive Testing and Engineering Assistant,

26  certified in Magnetic Particles Testing, Penetrant Testing, Ultrasonic Testing and Radiographic

27
28  DECLARATION OF KYLE MALTSBERGER IN          - 1 -
    SUPPORT OF DEFENDANT'S OPPOSITION TO
    MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

1    Testing.

2         3.       The manner in which I have been paid by Conam has been dictated by the facility

3    where I worked and whether I was working as a "call-out" employee. I was originally hired as a

4    full time employee for Conam at the Shell Refinery. I then began working as a "call-out"

5    employee. As a "call-out" employee, I usually work a 5/8 schedule and am paid overtime when I

6    work more than eight hours in a day and more than forty hours in a week. However, I usually

7    work a 4/10 schedule when assigned to the Valero Refinery in Benicia, California. When I work

8    on an extended project (but not a turnaround) at the Shell Refinery in Martinez, California, I am

9    paid pursuant to a 9/80 schedule. I am always paid pursuant to a 5/8 schedule while working on a

10   turnaround.

11        4.       I have worked more than ten hours in a day during a "turnaround," when a refinery

12   is shut down for maintenance and repair, and for special projects and emergencies. During the

13   times that I worked more than ten hours, I was allowed to take a second meal break. No one from

14   Conam ever discouraged or prevented me from taking a second meal break. No one from Conam

15   has ever told me that I am not allowed to take a second meal break.

16        I declare under penalty of perjury under the laws of the State of California that the

17   foregoing is true and correct. Executed this _07_ day of August 2008, at Martinez, California.

18

19

20                                                    Kyle Maltsberger

21

22

23

24

25

26

27

28   DECLARATION OF KYLE MALTSBERGER IN            - 2 -
     SUPPORT OF DEFENDANT'S OPPOSITION TO
     MOTION FOR CLASS CERTIFICATION
     Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT X

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone:     (213) 892-9200
4  Facsimile:     (213) 892-9494
   mtorrano@fulbright.com
5  jcapell@fulbright.com
   cbertoldi@fulbright.com
6
   Attorneys for Defendant
7  CONAM INSPECTION AND ENGINEERING
   SERVICES, INC.
8
                 UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11  GERALD LEE and STEVEN TAYLOR,          )    CASE NO.: C-07-4956-SI
    individually and on behalf of all others similarly  )
12  situated,                              )
                                           )    **DECLARATION OF BRAD CARLON**
13               Plaintiffs,               )    **IN SUPPORT OF DEFENDANT'S**
                                           )    **OPPOSITION TO PLAINTIFFS'**
14      v.                                 )    **MOTION FOR CLASS**
                                           )    **CERTIFICATION**
15  CONAM INSPECTION AND ENGINEERING       )
    SERVICES, INC.,                        )
16                                         )    **Date:     October 3, 2008**
                 Defendant.                )    **Time:  9:00 a.m.**
17                                         )    **Crtrm: 10**
                                           )    **Judge: Hon. Susan Illston**
18  ─────────────────────────────────────  )

19
20      I, Brad Carlon, declare as follows:

21      1.     I am an individual residing in the State of California.  I make this declaration in

22  support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal

23  knowledge of the following, and can and will testify competently thereto.

24      2.     I am currently employed by Conam Inspection and Engineering Services, Inc.

25  ("Conam") as a Nondestructive Testing Assistant.  I have been employed by Conam since August

26  of 2007.

27
28  DECLARATION OF BRAD CARLON IN              - 1 -
    SUPPORT OF DEFENDANT'S OPPOSITION TO
    MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

3.    I currently work, and have always worked, at the Shell Refinery in Martinez, California and am paid pursuant to a 9/80 schedule.

4.    I have worked more than ten hours in a day during a "turnaround," when a refinery is shut down for maintenance and repair, and for special projects and emergencies. During the times that I worked more than ten hours, I was allowed to take and took a second meal break. No one from Conam ever discouraged or prevented me from taking a second meal break. No one from Conam has ever told me that I am not allowed to take a second meal break.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of August 2008, at Martinez, California.

Brad Carlon

DECLARATION OF BRAD CARLON IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT Y

1 MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
2 **FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
3 Los Angeles, California 90071
Telephone:     (213) 892-9200
4 Facsimile:     (213) 892-9494
mtorrano@fulbright.com
5 jcapell@fulbright.com
cbertoldi@fulbright.com
6
Attorneys for Defendant
7 CONAM INSPECTION AND ENGINEERING
SERVICES, INC.
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11 | GERALD LEE and STEVEN TAYLOR, | ) | CASE NO.: C-07-4956-SI |
12 | individually and on behalf of all others similarly situated, | ) | |
13 | | ) | **DECLARATION OF JACKSON** |
| Plaintiffs, | ) | **SMITH IN SUPPORT OF** |
14 | v. | ) | **DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS** |
15 | CONAM INSPECTION AND ENGINEERING | ) | **CERTIFICATION** |
| SERVICES, INC., | ) | |
16 | | ) | **Date:   October 3, 2008** |
| Defendant. | ) | **Time:  9:00 a.m.** |
17 | | ) | **Crtrm: 10** |
| | ) | **Judge: Hon. Susan Illston** |
18 | | ) | |

19

20 I, Jackson Smith, declare as follows:

21         1.      I am an individual residing in the State of California.  I make this declaration in

22 support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal

23 knowledge of the following, and can and will testify competently thereto.

24         2.      I am currently employed by Conam Inspection and Engineering Services, Inc.

25 ("Conam") as an American Petroleum Institute 570 Inspector.  I have been employed by Conam

26 since June 1995.  I was initially hired as a Nondestructive Testing and Engineering Assistant and

27

28 DECLARATION OF JACKSON SMITH IN                    - 1 -
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

1  was later promoted to a Nondestructive Testing and Engineering Technician.

2      3.    The manner in which I have been paid by Conam has been dictated by the facility

3  where I worked and whether I was working as a "call-out" employee.  I was originally hired to

4  work at the Exxon Refinery (now Valero) and worked a 5/8 schedule.  I also occasionally worked

5  as a "call-out" employee.  While working as a "call-out" employee, I worked a 5/8 schedule and

6  was paid overtime when I worked more than eight hours in a day and more than forty hours in a

7  week.  I have worked at the Shell Refinery in Martinez, California since October of 1995 and am

8  paid pursuant to a 9/80 schedule.

9      4.    I have participated and voted in two secret ballot elections for alternative

10 workweek schedules.

11     5.    I have worked more than ten hours in a day during a "turnaround," when a refinery

12 is shut down for maintenance and repair, and for special projects and emergencies.  During the

13 times that I worked more than ten hours, I was allowed to take and took a second meal break.  No

14 one from Conam ever discouraged or prevented me from taking a second meal break.  No one

15 from Conam has ever told me that I am not allowed to take a second meal break.

16     I declare under penalty of perjury under the laws of the State of California that the

17 foregoing is true and correct.  Executed this ___ day of August 2008, at Martinez, California.

18

19     _Jackson Smith_

20     Jackson Smith

DECLARATION OF JACKSON SMITH IN
SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
Case No. C-07-4956-SI

- 2 -

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT Z

1  MARCUS A. TORRANO (SBN 138874)
   CANDACE S. BERTOLDI (SBN 254725)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone:    (213) 892-9200
4  Facsimile:    (213) 892-9494
   mtorrano@fulbright.com
5  jcapell@fulbright.com
   cbertoldi@fulbright.com
6
   Attorneys for Defendant
7  CONAM INSPECTION AND ENGINEERING
   SERVICES, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  GERALD LEE and STEVEN TAYLOR,           )   CASE NO.: C-07-4956-SI
    individually and on behalf of all others similarly  )
12  situated,                                 )
                                             )   **DECLARATION OF JOHN**
13                  Plaintiffs,               )   **YINGLING IN SUPPORT OF**
                                             )   **DEFENDANT'S OPPOSITION TO**
14          v.                                )   **PLAINTIFFS' MOTION FOR CLASS**
                                             )   **CERTIFICATION**
15  CONAM INSPECTION AND ENGINEERING          )
    SERVICES, INC.,                           )
16                                           )   **Date:    October 3, 2008**
                    Defendant.               )   **Time:    9:00 a.m.**
17                                           )   **Crtrm: 10**
                                             )   **Judge: Hon. Susan Illston**
18                                           )

19
          I, John Yingling, declare as follows:
20
          1.     I am an individual residing in the State of California. I make this declaration in
21
    support of Defendant's Opposition to Plaintiffs' Motion for Class Certification. I have personal
22
    knowledge of the following, and can and will testify competently thereto.
23
          2.     I am currently employed by Conam Inspection and Engineering Services, Inc.
24
    ("Conam") as a Nondestructive Testing and Engineering Technician, certified in Magnetic
25
    Particles Testing, Penetrant Testing, Ultrasonic Testing and Radiographic Testing. I have been
26

27
    DECLARATION OF JOHN YINGLING IN            - 1 -
28  SUPPORT OF DEFENDANT'S OPPOSITION TO
    MOTION FOR CLASS CERTIFICATION
    Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER

1    employed by Conam since September of 2006.  I was initially hired as a Nondestructive Testing

2    and Engineering Assistant.

3        3.    I currently work, and have always worked, at the Shell Refinery in Martinez,

4    California.  I am paid pursuant to a 9/80 schedule.

5        4.    I have worked more than ten hours in a day during a "turnaround," when a refinery

6    is shut down for maintenance and repair, and for special projects and emergencies.  During the

7    times that I worked more than ten hours, no one from Conam ever discouraged or prevented me

8    from taking a second meal break.  No one from Conam has ever told me that I am not allowed to

9    take a second meal break.

10        I declare under penalty of perjury under the laws of the State of California that the

11    foregoing is true and correct.  Executed this ___ day of August 2008, at Martinez, California.

12

13    _____

14    John Yingling

15

16

17

18

19

20

21

22

23

24

25

26

27

28    DECLARATION OF JOHN YINGLING IN          - 2 -
      SUPPORT OF DEFENDANT'S OPPOSITION TO
      MOTION FOR CLASS CERTIFICATION
      Case No. C-07-4956-SI

DOCUMENT PREPARED
ON RECYCLED PAPER