STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
steventindall@rhdtlaw.com

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
1629 Telegraph Ave, Fourth Floor
Oakland, California 94612
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF STEVEN M. TINDALL IN SUPPORT OF CLASS CERTIFICATION MOTION<br><br>Date: November 7, 2008 (new hearing date)<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

I, Steven M. Tindall, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Rukin Hyland Doria & Tindall LLP, co-counsel of record for the individual and proposed representative plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit A is an employee declaration from current Conam employee Victor Figueroa, which this office received since the filing of Plaintiffs' class certification motion. Mr. Figueroa's declaration indicates that he signed the declaration under penalty of perjury.

3. Attached hereto as Exhibit B is an employee declaration from former Conam employee Marquis S. Worley, which this office received since the filing of Plaintiffs' class certification motion. Mr. Worley's declaration indicates that he signed the declaration under penalty of perjury.

4. Attached hereto as Exhibit C is a revised employee declaration from current Conam employee Brandon DeGuia, which this office received since the filing of Plaintiffs' class certification motion. Mr. DeGuia's declaration indicates that he signed the declaration under penalty of perjury.

5. Attached hereto as Exhibit D is an employee declaration from former Conam employee Daniel Kelly, which this office received since the filing of Plaintiffs' class certification motion. Mr. Kelly's declaration indicates that he signed the declaration under penalty of perjury.

6. Attached hereto as Exhibit E is an employee declaration from former Conam employee Lukas Owen, which this office received since the filing of Plaintiffs' class certification motion. Mr. Owen's declaration indicates that he signed the declaration under penalty of perjury.

7. After receiving Conam's opposition brief, I instructed my staff to read through all of the many thousands of time records produced by Conam in this case to locate all of the time records of the five Conam declarants who suggested in their declarations that they actually took second meal periods—Renato Echevarria, Laine Blanchard, Rick Surber, Brad Carlon, and

Jackson Smith. I reviewed the time sheets from each of them that my staff located. None of these time sheets indicate that any of the five declarants ever received a second, 30-minute meal period. In addition, the time sheets of Renato Echevarria and Laine Blanchard indicate that they only received one half-hour meal period when they worked more than ten hours in a day. Attached hereto as Exhibit F are all of the time sheets of Mr. Echevarria located by my staff that show days in which he worked more than ten hours in a day. Attached hereto as Exhibit G are the time sheets of Mr. Blanchard showing days in which he worked more than ten hours in a day.

8. Throughout the course of this litigation, I have reviewed thousands of payroll and time records of Conam employees. To date, I have not seen a single employee record indicating that a Conam employee has *ever* taken a second, 30-minute meal period during the Class Period.

9. Attached hereto as Exhibit H is an excerpt from the Department of Labor Standards Enforcement Policies and Interpretations Manual, § 56.14.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, executed this 22nd day of August, 2008 in San Francisco, California.

_____
Steven M. Tindall