# EXHIBIT A

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>DECLARATION OF VICTOR FIGUEROA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

I, Victor Figueroa, declare under penalty of perjury:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I have been employed by Conam Inspection and Engineering Services, Inc.

DECLARATION OF VICTOR FIGUEROA IN SUPPORT OF CLASS CERTIFICATION

1  ("Conam") as a Technician since approximately October 2007 at the BP Refinery in Carson,
2  California. While I have worked for the majority of my time as a Conam employee at the BP
3  Refinery in Carson, California, I have also worked at approximately 10 other locations.

4      3. My current hourly wage at Conam is $19.00 per hour.

5      4. The majority of the time I have worked for Conam, I have worked a 4/10
6  schedule—meaning that I am scheduled to work a 10-hour shift, four days per week. For
7  approximately three months of my employment with Conam, I have worked a 7/12 schedule—
8  meaning that I am scheduled to work a 12-hour shift, seven days per week. I have occasionally
9  worked longer shifts, such as 16-hour days.

10     5. When I work a 4/10 schedule or a 7/12 schedule, I am not paid time and a half
11 for the 9th and 10th hours I work in a day. I am instead paid only straight time for those hours.
12 This has been the case for the entirety of my employment with Conam.

13     6. When I work over 10 hours per day, I never get a second half-hour meal period.
14 I have never been told I could or should take a second meal period when I work more than 10
15 hours in a day. This has been the case in all of the locations where I have worked for Conam, for
16 the entirety of my employment with Conam. On the days that I have worked more than 10 hours
17 in a day, I have taken only one ½-hour meal period.

18     7. I do not recall ever voting in a secret ballot election for an alternative
19 workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not
20 believe I ever voted in such an election. In the time that I have worked at the BP Refinery in
21 Carson, California, the number of Conam employees working at that location has ranged from
22 approximately 30 to approximately 90.

23     8. When I began working for Conam, I was required to complete a mandatory
24 training course, which took me almost two weeks (approximately 72 hours) to finish. I believe I
25 was paid only minimum wage for the hours that it took to complete this required training course,
26 a rate that amounted to less than half my normal hourly rate.

27
28     I declare under penalty of perjury under the laws of the United States and the state

-2-

DECLARATION OF VICTOR FIGUEROA IN SUPPORT OF CLASS CERTIFICATION

1  of California that the foregoing is true and correct to the best of my knowledge.
2        Executed in _____, California on _____, 2008.

3

4                              _____
5                                  VICTOR FIGUEROA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

DECLARATION OF VICTOR FIGUEROA IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT B

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>DECLARATION OF MARQUIS S. WORLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge:  Hon. Susan Illston |

I, Marquis S. Worley, declare under penalty of perjury:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I was employed by Conam Inspection and Engineering Services, Inc.

("Conam") as a technician from sometime in December of 2007 to February 28, 2008 at the Shell Refinery in Martinez, California. I worked as a technician for the entirety of my employment with Conam.

3. My last hourly wage at Conam was approximately $26.50 per hour.

4. When I worked for Conam, I worked a 4/10s schedule—meaning that I was scheduled to work a 10 hour shift, four days per week.

5. When I worked a 4/10s schedule, I was not paid time and a half for the hours that I worked over eight hours in a day. I was instead paid only straight time for those hours.

6. When I worked over 10 hours per day, I never got a second half-hour meal period. I was never told I could or should take a second meal period when I worked more than 10 hours in a day. I also never understood that I had a right to take a second meal period when I worked more than 10 hours in a day. On the days in which I worked more than 10 hours in a day, I only took one ½ hour meal period, if any designated meal period at all.

8. I did not ever vote in any kind of ballot election for an alternative workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California, on August 18, 2008.

MARQUIS S. WORLEY

DECLARATION OF MARQUIS S. WORLEY IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT C

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>DECLARATION OF BRANDON DEGUIA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

I, BRANDON DEGUIA, declare under penalty of perjury:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I have been employed by Conam Inspection and Engineering Services, Inc.

1  ("Conam") from approximately September 2006 to approximately August 2007 as an Assistant, and since approximately August 2007 as a Radiography Inspector Level II, at the BP Refinery in Carson, California and at approximately three other locations (including a PMI location in Gardena, California and a Hyperion power plant in El Segundo, California) in California.

3. My current hourly wage at Conam was approximately $22.00 per hour.

4. The majority of the time I have worked for Conam, I have worked a 4/10s schedule—meaning that I was scheduled to work a 10 hour shift, four days per week. For approximately 7 months, cumulative, of my employment with Conam, I have worked a 7/12 schedule – meaning that I was schedule to work a 12-hour shift, seven days per week. I have occasionally worked longer shifts, such as 16-hour days.

5. When I work a 4/10 schedule or a 7/12 schedule, I am not paid time and a half for the 9th and 10th hours I work in a day. I am instead paid only straight time for those hours. This has been the case for the entirety of my employment with Conam.

6. When I work over 10 hours per day, I never get a second half-hour meal period. I have never been told I could or should take a second meal period when I work more than 10 hours in a day. I was not aware that I had a right to take a second meal period when I work more than 10 hours in a day. On the days that I work more than 10 hours in a day, I only take one ½ hour meal period. This has been the case for the entirety of my employment with Conam, at all of the locations where I have worked for Conam.

7. I do not recall ever voting in a secret ballot election for an alternative workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I ever voted in such an election. In the time that I have been working for Conam, the number of Conam employees working at the BP Refinery in Carson, California has ranged from approximately 40 employees to approximately 100 employees.

8. In the time that I have worked for Conam, I have spent approximately 4 weeks (approximately 160 hours) completing training courses required by the company. For three of these weeks, I was paid minimum wage; for the last week, I was paid half of my normal hourly rate.

-2-

DECLARATION OF BRANDON DEGUIA IN SUPPORT OF CLASS CERTIFICATION

1  I declare under penalty of perjury under the laws of the United States and the state
2  of California that the foregoing is true and correct to the best of my knowledge.
3  Executed in _____, California on _____, 2008.

_____
BRANDON DEGUIA

# EXHIBIT D

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>DECLARATION OF DANIEL M. KELLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

I, Daniel M. Kelly, declare under penalty of perjury:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I was employed by Conam Inspection and Engineering Services, Inc.

1  ("Conam") as an assistant radiographer from approximately January 17, 2008 to July 25, 2008 at
2  the Shell Refinery in Martinez, California, Valero Refinery in Benicia, California, BP/Arco
3  Refinery in Carson, California, BP Refinery in Sacramento, California, Dow Chemical in
4  Pittsburg, California and Tesoro Refinery in Concord, California. I worked as an assistant
5  radiographer for the entirety of my employment with Conam.

6      3. My last hourly wage at Conam was approximately $13.50 per hour.

7      4. The majority of the time I worked for Conam at each of the facilities (except the
8  Shell Refinery in Martinez), I worked a 4/10s schedule—meaning that I was scheduled to work a
9  10 hour shift, four days per week. I occasionally worked longer shifts, such as 5/10s (10 hour
10 shifts, five days per week).

11     5. When I worked a 4/10s or 5/10s schedule, I was not paid time and a half for
12 the hours that I worked over eight hours in a day. I was instead paid only straight time for those
13 hours.

14     6. At the Shell Refinery in Martinez, California, I worked a 6/12s schedule.

15     7. When I worked over 10 hours per day, I never got a second half-hour meal
16 period. I was never told I could or should take a second meal period when I worked more than 10
17 hours in a day. I also never understood that I had a right to take a second meal period when I
18 worked more than 10 hours in a day. This was the case in all of the refineries/power plants
19 where I worked for Conam. On the days in which I worked more than 10 hours in a day, I only
20 took one ½ hour meal period.

21     8.  I do not recall ever voting in a secret ballot election for an alternative
22 workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not
23 believe I ever voted in such an election.

24     I declare under penalty of perjury under the laws of the United States and the state
25 of California that the foregoing is true and correct to the best of my knowledge.
26     Executed in Lafayette, California, on August 24, 2008.

27
28                                                */s/ Daniel Kelly*
                                               DANIEL M. KELLY

DECLARATION OF DANIEL M. KELLY IN SUPPORT OF CLASS CERTIFICATION

# EXHIBIT E

STEVEN M. TINDALL (SBN 187862)
ZACHARY R. CINCOTTA (SBN 226947)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way, Suite 201
Oakland, California 94621
Telephone: (510) 567-8400
Facsimile: (510) 567-8444
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>DECLARATION OF LUKAS OWEN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

I, Lukas Owen, declare under penalty of perjury:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I was employed by Conam Inspection and Engineering Services, Inc. ("Conam") as a technician from approximately January 20, 2008 through March 18, 2008 at the Shell Refinery in Martinez, California. I also worked at the Valero Refinery in Benicia, California and the Tesoro Refinery in Concord, California. I worked as an assistant radiographer for the entirety of my employment with Conam.

3. My last hourly wage at Conam was approximately $13.50 per hour.

4. When I worked for Conam, I worked a 4/10s schedule—meaning that I was scheduled to work a 10 hour shift, four days per week. I also worked a 5/10s schedule (10 hour shifts, five days per week) and a 6/12 schedule (12 hour shifts, six days per week).

5. When I worked a 4/10s or 5/10s schedule, I was not paid time and a half for the hours that I worked over eight hours in a day. I was instead paid only straight time for those hours.

6. When I worked over 10 hours per day, I never got a second half-hour meal period. I was never told I could or should take a second meal period when I worked more than 10 hours in a day. I also never understood that I had a right to take a second meal period when I worked more than 10 hours in a day. On the days in which I worked more than 10 hours in a day, I only took one ½ hour meal period.

7. I do not recall ever voting in a secret ballot election for an alternative workweek schedule (or "AWS"), such as a 4/10 schedule, while working at Conam, and I do not believe I ever voted in such an election.

////

////

DECLARATION OF LUKAS OWEN IN SUPPORT OF CLASS CERTIFICATION

1　　I declare under penalty of perjury under the laws of the United States and the state of
2　California that the foregoing is true and correct to the best of my knowledge.
3　　　　Executed in Lafayette, California, on August 21, 2008.

*Lucas Owen* (signature)
Lucas Owen

DECLARATION OF LUCAS OWEN IN SUPPORT OF CLASS CERTIFICATION