| | |
|---|---|
| MARCUS A. TORRANO (SBN 138874)<br>CANDACE S. BERTOLDI (SBN 254725)<br>**FULBRIGHT & JAWORSKI L.L.P.**<br>555 South Flower Street, 41st Floor<br>Los Angeles, California  90071<br>Telephone:     (213) 892-9200<br>Facsimile:      (213) 892-9494<br><br>Attorneys for Defendant<br>CONAM INSPECTION AND ENGINEERING<br>SERVICES, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>v.<br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>           Defendant. | CASE NO.: 3:07-cv-04956-SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND EXPERT DESIGNATION DEADLINES**<br><br>**Courtroom:** 10<br>**Judge:**     Hon. Susan Illston |

Plaintiffs Gerald Lee and Steven Taylor and Defendant Conam Inspection and Engineering Services, Inc., through their attorneys of record, jointly submit the following stipulation for continuance of further case management conference and expert designation deadline in this action.

WHEREAS, Plaintiffs filed their motion for class certification on August 1, 2008, Defendant filed its opposition on August 15, 2008, and Plaintiffs filed their reply brief on August 22, 2008;

70397055.1

| | |
|---|---|
| 1 | WHEREAS, the parties believe it is in their best interests and in the best interests of judicial efficiency to attempt to resolve this matter through mediation; |
| 3 | WHEREAS, the parties have agreed to mediation with Mark Rudy of Rudy, Exelrod & Zieff, a mediator with substantial experience in employment class-action litigation; |
| 5 | WHEREAS, the parties have reserved with Mark Rudy the date of October 13, 2008 to conduct the mediation; |
| 7 | WHEREAS, by Orders of August 19, 2008 (electronic Document No. 34), the hearing on Plaintiffs' motion for class certification was rescheduled to November 7, 2008 in order to allow the parties the opportunity to attempt to settle this matter through mediation prior to the hearing; |
| 10 | WHEREAS the parties believe that it would promote judicial efficiency as well as the interests of all of the parties to continue the case management conference currently set for October 3, 2008 until November 7, 2008, so that it may occur after the Court's hearing on class certification and after the parties mediate on October 13, 2008; |
| 14 | WHEREAS, by Orders of January 17, 2008 (electronic Document No. 15) the parties' last day to designate experts in this action is October 6, 2008; |
| 16 | WHEREAS, the parties are continuing to analyze the information and discovery exchanged in this action thus far in an effort to ascertain salient facts necessary for mediation; |
| 18 | WHEREAS, investigation and analysis in this action are ongoing and will not be completed before the mediation, the parties believe that it is in their best interests and would be more practical and efficient for the currently scheduled expert designation deadline and related cut-off dates to be continued until after the mediation in order to allow the parties enough time to determine whether experts should be designated in this action. |
| 23 | IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PARTIES THAT: |
| 24 | 1. The further case management conference currently set for October 3, 2008 at 2:30 p.m. will be rescheduled to November 7, 2008, at 2:30 p.m., so to be conducted after Plaintiffs' motion for class certification is heard. |

DOCUMENT PREPARED ON RECYCLED PAPER

2. The expert designation deadline and related cut-off dates in this action be moved to a date convenient to the Court at least 60 days after the scheduled mediation – that is, on or after December 5, 2008.

Respectfully submitted,

DATED: October 1, 2008　　　　　　　　　　FULBRIGHT & JAWORSKI, LLP

By: _____
　　　Marcus Torrano
　　　Attorneys for Defendant

DATED: October 1, 2008　　　　　　　　　　RUKIN HYLAND DORIA & TINDALL

By: _____/s/_____
　　　Steven Tindall

LAW OFFICE OF ELLYN MOSCOWITZ
Ellyn Moscowitz

Attorneys for Plaintiffs

**IT IS SO ORDERED:**

_____
Hon. Susan Illston
United States District Court Judge