STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND & DORIA LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

ELLYN MOSCOWITZ (State Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ
1629 Telegraph Ave, Fourth Floor
Oakland, California 94612
Telephone: (510) 899-6240
Facsimile: (510) 899-6245
emoscowitz@moscowitzlaw.com

Attorneys for Individual and Representative Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC,<br><br>Defendant. | CASE NO. 3:07-cv-04956-SI<br><br>CLASS ACTION<br><br>NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE<br><br>**Courtroom:** 10<br>**Judge:** Hon. Susan Illston |

Plaintiffs Gerald Lee and Steve Taylor and Defendant Conam Inspection and Engineering Services, Inc., through their attorneys of record, jointly submit the following notice to the Court and stipulation regarding the hearing on class certification and the case management conference in this action.

1      WHEREAS, the hearing on Plaintiffs' motion for class certification is currently scheduled to be held by the Court on November 7, 2008 at 9:00 a.m.;

    WHEREAS, the Court has scheduled a case management conference in this matter on November 7, 2008 at 2:30 p.m.;

    WHEREAS, on October 13, 2008, the parties conducted an all-day mediation with Mark Rudy of Rudy, Exelrod & Zieff, a mediator with substantial experience in employment class action litigation;

    WHEREAS, as a result of this mediation and settlement negotiations following the mediation, the parties have agreed to a settlement of this proposed class action, pending resolution of final settlement terms and preliminary and final approval by the Court;

    WHEREAS, the parties are working out the detailed terms of the settlement, which they hope to present to the Court for final approval shortly;

    WHEREAS, the parties believe it is in the interests of the parties and of judicial efficiency to postpone the class certification hearing and case management conference until the settlement approval process has taken place;

    IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PARTIES that (1) the hearing on Plaintiffs' motion for class certification will be taken off calendar, subject to being rescheduled if the settlement does not receive final Court approval; (2) the case management conference will be taken off calendar; and (3) the parties will schedule a preliminary approval hearing with the Court promptly after reaching a final settlement agreement.

Respectfully submitted,

DATED: October 31, 2008   RUKIN HYLAND DORIA & TINDALL LLP

By: _____
Steven M. Tindall

LAW OFFICE OF ELLYN MOSCOWITZ
Ellyn Moscowitz

Attorneys for Plaintiffs

-2-

NOTICE OF SETTLEMENT AND STIPULATION REGARDING CLASS CERTICIATION HEARING

DATED: October 31, 2008        FULBRIGHT & JAWORSKI, LLP

                               By: /s/ Marcus A. Torrano
                                   Marcus A. Torrano
                                   Attorneys for Defendant

### [PROPOSED] ORDER

For good cause shown, the Court hereby takes the class certification hearing and case management conference, currently scheduled for November 7, 2008, off calendar. If necessary, the parties may reschedule the class certification hearing if the settlement does not receive final approval by the Court. The parties are instructed to reserve with the Court a date for preliminary approval of the settlement promptly after reaching a final settlement agreement. The parties shall submit any papers in support of preliminary settlement approval at least two weeks before the preliminary approval hearing date.  which shall be scheduled for no later than 12/12/08.

**IT IS SO ORDERED.**

/s/ Susan Illston
Hon. Susan Illston
United States District Court Judge

-3-

NOTICE OF SETTLEMENT AND STIPULATION REGARDING CLASS CERTICIATION HEARING