MARCUS A. TORRANO (SBN 138874)
CANDACE S. BERTOLDI (SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
CONAM INSPECTION AND ENGINEERING
SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO.: 3:07-cv-04956-SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND NOTICE TO COURT REGARDING SIGNING OF SETTLEMENT AGREEMENT**<br><br>Courtroom: 10<br>Judge:　　Hon. Susan Illston |

TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT COURT JUDGE:

At the Case Management Conference on January 16, 2008, the parties indicated that they had reached final settlement terms but that the detailed settlement agreement had not yet been signed by all parties. The Court indicated that, if the settlement agreement were not signed by January 23, the parties would need to appear in person for a further Case Management Conference on January 30, 2009. All parties and their counsel have now signed the settlement agreement. As such, the parties hereby STIPULATE that a further CMC is no longer necessary and respectfully request that the Court take the further CMC off calendar pending settlement

DOCUMENT PREPARED
ON RECYCLED PAPER

approval. Plaintiffs will file their motion for preliminary settlement approval within 14 days and will request a hearing date on the motion within two weeks of filing the motion.

Respectfully submitted,

DATED: January 23, 2009

FULBRIGHT & JAWORSKI, LLP

By: _____/S/_____
Marcus Torrano
Attorneys for Defendant

DATED: January 23, 2009

RUKIN HYLAND DORIA & TINDALL

By: _____/S/_____
Steven Tindall

LAW OFFICE OF ELLYN MOSCOWITZ
Ellyn Moscowitz

Attorneys for Plaintiffs

### [PROPOSED] ORDER

In light of the signing of the final settlement agreement, the Court hereby takes the Further Case Management Conference, currently scheduled for January 30, 2009, off calendar. Within 14 days of this Order, Plaintiffs shall file their motion for preliminary approval of the class action settlement reached in this action and shall notice the motion for a hearing at least two weeks after filing it.

**IT IS SO ORDERED.**

_____
Hon. Susan Illston
United States District Court Judge