UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>Defendant. | CASE NO.: 3:07-CV-04956-SI<br><br>**[PROPOSED] ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT** |

Plaintiffs' motion for preliminary approval of a class action settlement came on for hearing on ___February 20___, 2009. Counsel for both sides appeared. The Court, having reviewed the papers and documents presented, heard the statements of counsel, and considered the matter, and for good cause shown, the Court hereby ORDERS the following:

1. The Court GRANTS preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Joint Stipulation of Settlement and Release Between Plaintiffs and Defendant ("Settlement" or "Stipulation") filed by the parties. The Court preliminarily finds that the terms of the Settlement are fair, adequate, and reasonable to the Class.

[PROPOSED] ORDER GRANTING PRELIMINARY SETTLEMENT APPROVAL
Case No. C-07-4956-SI

- 1 -

2. The Court hereby preliminarily finds that the Stipulation was the product of serious, informed, non-collusive negotiations conducted at arms' length by the parties. In making this preliminary finding, the Court considered the nature of the claims, the amounts and kinds of benefits to be paid in settlement, the allocation of settlement proceeds among the class members, and the fact that a settlement represents a compromise of the parties' respective positions rather than the result of a finding of liability at trial. The Court further preliminarily finds that the terms of the Stipulation have no obvious deficiencies and do not improperly grant preferential treatment to any individual class member. Accordingly, the Court preliminarily finds that the Stipulation was entered into in good faith.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, and the Class Representatives' service payments should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled for June 19, 2009, at 9:00 a.m., in Courtroom 10.

4. The Court approves, as to form and content, the Notice of Class Action Settlement ("Notice"), in substantially the form attached to the Joint Stipulation of Settlement and Release as Exhibit "A," and the Claim Form in substantially the form attached thereto as Exhibit "B." The Court approves the procedure for Class Members to participate in, to opt out of, and to object to the Settlement as set forth in the Notice.

5. The Court directs the mailing of the Notice and the Claim Form by first-class mail to the Class Members in accordance with the Implementation Schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice and the Claim Form, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the

circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. The Court Grants conditional certification of the provisional settlement class, in accordance with the Stipulation for the purpose of this Settlement only.

7. The Court APPROVES Rukin Hyland Doria & Tindall LLP and the Law Offices of Ellyn Moscowitz and as Class Counsel.

8. The Court APPROVES CPT Group, Inc., as the Claims Administrator.

9. The Court ORDERS the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline for Claims Administrator to Mail the Notice and the Claim Form to Class Members | April 6, 2009 [45 calendar days after Order Granting Preliminary Approval] |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement, Motion for Attorneys' Fees, Costs, and Enhancement Award | May 11, 2009 [10 calendar days before Opt Out and Objection Deadline—that is, 35 days after mailing of the Notice and Claim Form to Class Members] |
| Deadline for Class Members to Postmark Requests for Exclusions | May 21, 2009 [45 calendar days after mailing of the Notice and Claim Form to Class Members] |
| Deadline for Receipt by Court and Counsel of any Objections to Settlement | May 21, 2009 [45 calendar days after mailing of the Notice and Claim Form to Class Members] |
| Deadline for Class Members to Postmark Claim Forms | June 4, 2009 [60 calendar days after mailing of the Notice and Claim Form to Class Members] |
| Final Fairness Hearing and Final Approval | June 19, 2009, at 9:00 a.m. [at least 105 days after Order Granting Preliminarily Approval] |

**IT IS SO ORDERED.**

Date: 2/20/09 _____

*[signature]*

Hon. Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING PRELIMINARY SETTLEMENT APPROVAL
Case No. C-07-4956-SI

-3-