**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD LEE and STEVEN TAYLOR, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>CONAM INSPECTION AND ENGINEERING SERVICES, INC.,<br><br>          Defendant. | ) CASE NO.: 3:07-cv-04956-SI<br>)<br>)<br>) **CLASS ACTION**<br>)<br>) **[PROPOSED] ORDER RE: JOINT**<br>) **STIPULATION FOR CONTINUANCE**<br>) **OF DEADLINE TO MAIL NOTICES**<br>) **AND CLAIM FORMS TO CLASS**<br>) **MEMBERS**<br>)<br>)<br>) **Courtroom:** 10<br>) **Judge:**    Hon. Susan Illston<br>) |

The Court, having reviewed the Joint Stipulation submitted by the parties, and good cause appearing therefore, hereby ORDERS the following:

1.    The deadline to mail the Notices and Claim Forms currently set for April 6, 2009 is hereby continued to April 13, 2009.

**IT IS SO ORDERED:**

Dated: _____    By _____
                                           Hon, Susan Illston
                                         United States District Court Judge

70526540.1

DOCUMENT PREPARED
ON RECYCLED PAPER